UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER,<br>Plaintiffs | : | CIVIL ACTION<br>NO. 3:00CV97 (EBB) |
| VS. | : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS,<br>Defendants | : | MAY 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Laurie R. Steinberg, respectfully requests that she be allowed to withdraw her appearance on behalf of South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer in the above-captioned matter. In support of this Motion, undersigned counsel represents: that as of May 14, 2004, I will no longer be associated with the law firm of Halloran & Sage. South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer will continue to be represented by Kenneth R. Slater, Jr. of Halloran & Sage LLP who has an appearance entered in this case.

        THE PLAINTIFFS,
        SOUTH LYME PROPERTY OWNERS
        ASSOCIATION, INC., CHARLES AND
        VICTORIA PARSONS AND JOAN BYER


BY_____
    Laurie R. Steinberg of
    HALLORAN & SAGE LLP
    Federal Bar #ct24461
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103

## **CERTIFICATION**

This is to certify that on this 6th day of May, 2004, I hereby mailed a copy of the foregoing to:

Thomas R. Gerarde, Esq.
John J. Radshaw III, Esq.
David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Mark K. Branse, Esq.
Branse & Willis LLC
41-C New London Turnpike
Glastonbury, CT  06033

 

_____
Laurie R. Steinberg

546699_1.DOC