UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER,<br>Plaintiffs . | : CIVIL ACTION<br>NO. 3:00CV97 (EBB) |
| VS. | : |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS,<br>Defendants | :  MAY 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Laurie R. Steinberg, respectfully requests that she be allowed to withdraw her appearance on behalf of South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer in the above-captioned matter. In support of this Motion, undersigned counsel represents: that as of May 14, 2004, I will no longer be associated with the law firm of Halloran & Sage. South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer will continue to be represented by Kenneth R. Slater, Jr. of Halloran & Sage LLP who has an appearance entered in this case.