UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 300CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : : | JUNE 10, 2004 |

## MOTION FOR CONTINUANCE

The defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, hereby move for continuance of the scheduled jury selection for August 10, 2004 and trial in this matter for August 25 – 31 2004.

Participating in the trial now scheduled for August 2004 would unavoidably conflict with trial counsel's family vacation.  Attorney Thomas R. Gerarde was advised by Attorney Erin M. Kallaugher, this Court's senior law clerk, that the first available date for jury selection is is January 11, 2005 with evidence to follow.

Undersigned counsel could not ascertain plaintiff's counsel's position as to this motion.

WHEREFORE, the defendants pray this motion is granted.

DEFENDANTS,
TOWN OF OLD LYME, ET AL

By___/s/ John J. Radshaw, III____
John J. Radshaw, III, ct19882
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361

## **C E R T I F I C A T I O N**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 10th day of June 2003.

Kenneth R. Slater, Jr., Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse & Willis, LLC
41-C New London Tpke.
Glastonbury, CT  06033-2038


                                                     /s/ John J. Radshaw, III
                                            John J. Radshaw, III