UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SOUTH LYME PROPERTY
OWNERS ASSOCIATION, ET AL:

v.   :   Case No. 3:00-CV-00097 (EBB)

TOWN OF OLD LYME, ET AL. :

ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

___ A ruling on the following motions which are currently pending: Doc.# 46 Motion for Summary Judgment_____

_X_ A settlement conference

___ A conference to discuss the following:

___ Other:_____

SO ORDERED this 21st day of July, 2004 at _____, Connecticut.

SENIOR UNITED STATES DISTRICT JUDGE