UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 3:00CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : | APRIL 26, 2006 |

## **APPEARANCE**

Please enter the appearance of Jeffrey E. Potter, as attorney for the defendants, Town of Old Lyme, Town of Old Lyme Zoning Commission, Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert, Sharon Colvin and Marilyn Ozols, in the above matter, in addition to the appearances already on file by this firm.

DEFENDANTS,
TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS


By____/s/ Jeffrey E. Potter_____
Jeffrey E. Potter, ct26356
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

<u>CERTIFICATION</u>

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 26th day of April, 2006.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse & Willis, LLC
41-C New London Tpke.
Glastonbury, CT  06033-2038

               /s/ Jeffrey E. Potter