UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 300CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : | MAY 1, 2006 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), David S. Monastersky moves the Court for permission to withdraw his appearance filed on behalf of all defendants in the above-captioned matter.

Attorneys Thomas R. Gerarde, John J. Radshaw, III and Jeffrey E. Potter of this firm have entered appearances on behalf of all defendants.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS


By____/s/ David S. Monastersky___
  David S. Monastersky, ct13319
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (fax)
  E-Mail:  dmonstersky@hl-law.com

## CERTIFICATION

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of May, 2006.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse & Willis, LLC
41-C New London Tpke.
Glastonbury, CT  06033-2038

                                                    _____/s/ David S. Monastersky_____
                                                    David S. Monastersky