UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 300CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : | MAY 8, 2006 |

## MOTION TO MODIFY THE SCHEDULING ORDER

The defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, hereby move to modify the scheduling order following what is likely, but sadly, been an unproductive year of settlement talks.  While the parties were very close, a fundamental misunderstanding about one element of the settlement process did not result in an agreement despite the good faith efforts of the defendants.  Magistrate Judge Margolis was intimately involved in these issues and fully understands the good faith efforts of the defendants.

Based on the plaintiffs' desire for a trial, some items need to be addressed prior to a trial date.  Accordingly, the defendants propose that the parties address some remaining discovery issues by November 1, 2006.

ORAL ARGUMENT IS NOT REQUESTED

That the defendants are permitted to file a dispositive motion by December 1, 2006 and that if a dispositive motion is not filed by such date the joint trial memorandum will be filed by January 1, 2007 or thirty days after any decision on the dispositive motion and that this case be trial ready after January 1, 2007.

Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiffs, Attorney Kenneth R. Slater, and has been advised that the plaintiffs object to the granting of this motion.

WHEREFORE, the defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, respectfully request that their motion be granted, and that the case management deadlines be modified in accordance with the dates set forth herein.

DEFENDANTS,
TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS

By/s/John J. Radshaw
  John J. Radshaw, III, ct19882
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (fax)
  e-mail:  jradshaw@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 8th day of May, 2006.

Kenneth R. Slater, Jr., Esquire  
Laurie R. Steinberg, Esquire  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT  06103-4303

Eric Knapp, Esquire  
Branse, Willis & Knapp, LLC  
41-C New London Tpke.  
Glastonbury, CT  06033-2038

                              /s/John J. Radshaw  
                              John J. Radshaw, III