UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES PARSONS, VICTORIA PARSONS, AND JOAN BYER | :    NO: 300CV97EBB |
| V. | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | :    JUNE 20, 2006 |

## APPEARANCE

Please enter the appearance of Eric Knapp as attorney for the Defendants, Town of Old Lyme Zoning Commission, Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert, Sharon Colvin and Marilyn Ozols, in addition to the appearances of Thomas R. Gerarde, John J. Radshaw, III, and Mark K. Branse in the above-captioned matter.

DEFENDANTS,
TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFER, SHARON COLVIN AND MARILYN OZOLS

By: _____
Eric Knapp, Esq.
Branse, Willis & Knapp, LLC
148 Eastern Boulevard, Suite 301
Glastonbury, CT 06033
Tel.: (860) 659-3735
Fed. Bar No.: CT14440

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via first class mail, postage pre-paid, via U.S. Mail, to the following counsel of record:

Thomas R. Gerarde, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT   06114

John J. Radshaw, III, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

_____
Eric Knapp
Commissioner Superior Court

G:\WP60\Old Lyme\Old Lyme - South Lyme Federal Appearance for EK.wpd