FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 NOV 13 P 3: 04

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | NO.: 300CV97 (EBB) |
| v. | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | NOVEMBER 11, 2006 |

## MOTION TO MODIFY THE SCHEDULING ORDER

The defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, hereby move to modify the scheduling order

The requested additional time will be necessary as defense counsel will be on a long planned, pre-paid wedding vacation from November 11, 2006 until November 24, 2006, returning to the office on November 27, 2006.

The modifications sought are: extension of discovery until December 15, 2006; and dispositive motions by January 15, 2007 and that if a dispositive motion is not filed by such date the joint trial memorandum will be filed by February 1, 2007 or thirty days after any decision on the dispositive motion and that this case be trial ready after January 1, 2007.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, respectfully request that their motion be granted, and that the case management deadlines be modified in accordance with the dates set forth herein.

> DEFENDANTS,
> TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS
>
> By/s/John J. Radshaw
>   John J. Radshaw, III, ct19882
>   Howd & Ludorf, LLC
>   65 Wethersfield Avenue
>   Hartford, CT 06114
>   (860) 249-1361
>   (860) 249-7665 (fax)
>   e-mail: jradshaw@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 10th day of November 2006.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse, Willis & Knapp, LLC
41-C New London Tpke.
Glastonbury, CT  06033-2038

/s/John J. Radshaw
John J. Radshaw, III