### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : | NO.: 300CV97 (EBB) |
| v. | : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : | JANUARY 11, 2007 |

## MOTION FOR EXTENSION OF TIME

The defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, hereby move to extend the time in which to file a dispositive motion until February 5, 2007.

Lead counsel has been unable to attend to finish the motion for summary judgment and supporting documents due to the hospitalization of a family member.

The undersigned has contacted the plaintiffs' counsel and he has not responded to indicate consent.

WHEREFORE, the defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, respectfully request that their motion be granted.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANTS,
TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS

By /s/John J. Radshaw
   John J. Radshaw, III, ct19882
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   e-mail:  jradshaw@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 11th day of January 2007.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse, Willis & Knapp, LLC
41-C New London Tpke.
Glastonbury, CT  06033-2038

/s/John J. Radshaw
John J. Radshaw, III