UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 300CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : : | FEBRUARY 4, 2007 |

## MOTION FOR EXTENSION OF TIME

The defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, hereby move to extend the time in which to file a dispositive motion until Friday, February 9, 2007.

The dispositive motion has been delayed by three different technical problems: (1) the PDF process, (2) a loss of a considerable portion of the memorandum of law in support, and (3) inability to finalize research with downtime on Westlaw.

Defendants' counsel has sought the consent of opposing counsel and could not learn his position before filing this motion.

WHEREFORE, the defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS

ORAL ARGUMENT IS NOT REQUESTED

RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, respectfully request that their motion be granted.

DEFENDANTS,
TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS

By /s/John J. Radshaw
   John J. Radshaw, III, ct19882
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   e-mail:  jradshaw@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 4th day of February 2007.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse, Willis & Knapp, LLC
41-C New London Tpke.
Glastonbury, CT  06033-2038

/s/ John J. Radshaw
John J. Radshaw, III