UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 300CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : : | FEBRUARY 8, 2007 |

## **MOTION FOR EXTENSION OF TIME**

The defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, hereby move to extend the time in which to file a dispositive motion until Tuesday, February 20, 2007.

Defendants' counsel is loathe to ask for any more time but Murphy's Law has struck and counsel cannot, despite his best efforts, solve this hardware problem.

The defendants have filed one motion for summary judgment in this case and have done so on this date. In order to attempt to meet the page limits for briefs in this District and streamline the issues for decision, the defendants divided the motions and memoranda based on the defendants' status. Although planning on filing both, the motion and supporting documents for the municipal defendants has been delayed by a hardware failure at counsel's firm. Repairs were made earlier this week and counsel

ORAL ARGUMENT IS NOT REQUESTED

assured the repairs were sufficient and expected to file their brief timely. With the hardware failure, the network is partially paralyzed and at the time of drafting, counsel could not reasonably ascertain when repairs would be made.

The defendants are aware of the indulgence of the court and opposition counsel and could not locate a technician to repair the hardware before the deadline on February 9, 2007 and thus ask for additional time until February 20, 2007.

Defendants' counsel has sought the consent of opposing counsel and could not learn his position before filing this motion.

WHEREFORE, the defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, respectfully request that their motion be granted.

DEFENDANTS,
TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS

By/s/John J. Radshaw
   John J. Radshaw, III, ct19882
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   e-mail: jradshaw@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 8th day of February 2007.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse, Willis & Knapp, LLC
41-C New London Tpke.
Glastonbury, CT  06033-2038

/s/ John J. Radshaw
John J. Radshaw, III