UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES PARSONS, VICTORIA PARSONS and JOAN BYER,<br><br>                                    *Plaintiffs,*<br><br>                         v.<br><br>TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN and MARILYN OZOLS,<br><br>                                    *Defendants.* | CIVIL ACTION NO.<br><br>3:00 CV 0097 (EBB)<br><br><br><br><br><br><br><br>FEBRUARY 9, 2007 |

### MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS FRIES, JAMES, MARSH, RISOM, SEIFERT, AND COLVIN

Pursuant to Fed.R.Civ.P. 56 and D.Conn.L.R. 56, the individual defendants, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, and SHARON COLVIN, submit that there is no genuine dispute about any material fact and they are entitled to summary judgment as to all claims presented by the plaintiffs' Amended Complaint dated May 29, 2001.

In support of their motion, the defendants offer as follows:

1. All federal claims against, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, and SHARON COLVIN, the individual members of the Old Lyme Zoning Commission

ORAL ARGUMENT IS REQUESTED

in their individual capacities, are barred by the doctrine of legislative immunity;

2. All federal claims against, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, and SHARON COLVIN, the individual members of the Old Lyme Zoning Commission in their individual capacities, are barred by the doctrine of qualified immunity;

3. All federal claims against ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, and SHARON COLVIN, the individual members of the Old Lyme Zoning Commission in their official capacities, fail to state claims upon which relief may be granted;

4. With the dismissal of all federal claims against the individual defendants, the District Court should decline to entertain jurisdiction over the state law claims;

5. All state law claims against, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, and SHARON COLVIN, the individual members of the Old Lyme Zoning Commission, are barred by the doctrine of governmental immunity;

6. Because there is no private right of action for money damages under the Connecticut Constitution as claimed by the plaintiffs, the amended

      complaint fails to state a claim upon which relief may be granted against ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, and SHARON COLVIN, the individual members of the Old Lyme Zoning Commission; and

7. The individual defendants incorporate the arguments made by the co-defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, and MARILYN OZOLS, in their Motion for Summary Judgment dated February 9, 2007 and accompanying memorandum of law as if fully set forth herein.

Simultaneously with this motion, the defendants have field a memorandum of law in support as well as a statement of material facts not in dispute accompanied with admissible evidence showing there is no genuine dispute about any material fact.

WHEREFORE, the individual defendants, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, and SHARON COLVIN pray that their Motion for Summary Judgment dated February 9, 2007 is granted in all respects.

        THE DEFENDANTS,
ERIC FRIES, GEORGE JAMES,
JANE MARSH, THOMAS RISOM,
WALTER SEIFERT, and SHARON
COLVIN.

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (f)

## C E R T I F I C A T I O N

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of February 2007.

| | |
|---|---|
| Kenneth R. Slater, Jr., Esquire | Eric D. Knapp, Esquire |
| HALLORAN & SAGE, LLP | BRANSE, WILLIS & KNAPP, LLC |
| One Goodwin Square | 148 Eastern Blvd., Suite 301 |
| 225 Asylum Street | Glastonbury, CT  06033 |
| Hartford, CT  06103-4303 | |

/s/ John J. Radshaw, III
John J. Radshaw, III