UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES PARSONS, VICTORIA PARSONS and JOAN BYER,<br><br>                                  *Plaintiffs,*<br><br>            v.<br><br>TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN and MARILYN OZOLS,<br><br>                                  *Defendants.* | CIVIL ACTION NO.<br><br>3:00 CV 0097 (EBB)<br><br><br><br><br><br><br><br><br><br>FEBRUARY 9, 2007 |

### LOCAL RULE 56 STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS FRIES, JAMES, MARSH, RISOM, SEIFERT, AND COLVIN

Pursuant to D.Conn.L.R. 56, the individual defendants, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, and SHARON COLVIN, submit the following statement of material facts not in dispute in support of their Motion for Summary Judgment dated February 9, 2007.

1. The original complaint in this case was dated December 29, 1999 and was served upon any defendant no earlier than that date - December 29, 1999. *See* **Exhibit A,** Summons & Complaint dated December 29, 1999 (Doc. Entry #1).

2. At all times relevant to the allegations of the complaint, the individual defendants, Eric Fries, George James, Jane Marsh, Thomas Risom,

Walter Seifert and Sharon Colvin, served as members of the Town of Old Lyme Zoning Commission as volunteers and without compensation of any kind. *See* **Exhibit B**, p. 2, ¶¶6-7, Affidavit of Ann Brown, February 7, 2007.

3. Some or all of the individual defendants, Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert and Sharon Colvin, voted to adopt certain Amendments to the Regulations of the Town of Old Lyme Zoning Commission. Such Amendments to the Regulations were made in 1995. *See* **Exhibit C1-3**, Minutes of the Old Lyme Zoning Commission.

4. Before voting to adopt the regulations, the individual defendants, Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert and Sharon Colvin, reviewed documents, heard testimony, consulted with counsel and deliberated among each other before voting to adopt the challenged regulations. *See* **Exhibit C1-3,** Minutes of the Old Lyme Zoning Commission; **Exhibit D**, Depo. Fries, Vol. 1, p. 34:1-22, 33:21-5, 52:19-21, 69:211-5, 71:1-16, 74:21-5, 75:1-25, 76:1-3; **Exhibit E**, Depo. James, Vol. 2, 38:14-25; **Exhibit F**, Depo. Marsh, Vol. 1, 37:22-25, 38:1-25, 39:1-25, 40:1-14, 42"10-25, 43:1-16l.

5. Based on the challenged regulations themselves and Connecticut law, the defendants, Fries, James, Marsh, Risom, Seifert and Colvin, the individual members of the Town of Old Lyme Zoning Commission, had

      no role in any appeal from the application of the challenged regulations to individual properties in Old Lyme. *See* **Exhibit B**, p. 2, ¶8, Affidavit of Ann Brown, February 7, 2007; Conn. Gen. Stat. § 8-2 *et seq.*

6. At the time the individual defendants voted for the regulations or the amendments to the regulations, they were acting in their official capacity as Commissioners of the Old Lyme Zoning Commission. *See* **Exhibit C1-3**, Minutes of the Old Lyme Zoning Commission.

7. The public health and safety interests adopted by the Old Lyme Zoning Commission underlying the Challenged Regulations are legitimate and lawful. *See* Mem. Dec. 03/07/02, p. 13 (Doc. Entry #44); Mem. Dec. 07/27/01, p. 26 (Doc. Entry #21).

8. The Challenged Regulations were adopted by the Old Lyme Zoning Commission on April 10, 1995, effective June 5, 1995. *See* **Exhibit C1-3**, Minutes of the Old Lyme Zoning Commission.

        RESPECTFULLY SUBMITTED,

        THE DEFENDANTS,
        ERIC FRIES, GEORGE JAMES,
        JANE MARSH, THOMAS RISOM,
        WALTER SEIFERT, and SHARON
        COLVIN.

        _____
        John J. Radshaw, III, ct19882
        HOWD & LUDORF, LLC
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (f)

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of February 2007.

| | |
|---|---|
| Kenneth R. Slater, Jr., Esquire | Eric D. Knapp, Esquire |
| HALLORAN & SAGE, LLP | BRANSE, WILLIS & KNAPP, LLC |
| One Goodwin Square | 148 Eastern Blvd, Suite 301 |
| 225 Asylum Street | Glastonbury, CT  06033-2038 |
| Hartford, CT  06103-4303 | |

        _____
        John J. Radshaw, III