UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES PARSONS, VICTORIA PARSONS and JOAN BYER,<br><br>　　　　　　　　　　　*Plaintiffs,*<br><br>　　　　　v.<br><br>TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN and MARILYN OZOLS,<br><br>　　　　　　　　　　　*Defendants.* | CIVIL ACTION NO.<br><br>3:00 CV 0097 (EBB)<br><br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 7, 2007 |

### AFFIDAVIT OF ANN BROWN

　　　　The undersigned, after being duly cautioned and sworn, hereby deposes and says:

　　　　1.　　I am over eighteen (18) years of age.

　　　　2.　　I am the Zoning Enforcement Officer for the Old Lyme Zoning Commission.

　　　　3.　　I am familiar with the facts and circumstances of the plaintiffs' Complaint dated December 29, 1999 and Amended Complaint May 29, 2001.

　　　　4.　　I make this affidavit in support of the Motion for Summary Judgment dated February 8, 2007 on behalf of the individual defendants: Eric

# EXHIBIT B

Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert and Sharon Colvin.

5. Regular members of the Old Lyme Zoning Commission are elected by the electorate of the Town of Old Lyme and alternate members are appointed by the Board of Selectmen.

6. During their tenure, the regular and alternate members of the Old Lyme Zoning Commission serve without compensation of any kind.

7. My review of the records of the Old Lyme Zoning Commission indicates that Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert and Sharon Colvin served as regular or alternate members of the Town of Old Lyme Zoning Commission as volunteers and without compensation of any kind.

8. During their tenure as regular or alternate members of the Old Lyme Zoning Commission, Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert and Sharon Colvin, had no role in any appeal from the application of the challenged regulations to individual properties in Old Lyme.

_____/s/_____<br>
ANN BROWN

STATE OF CONNECTICUT    :

                                    :    *ss:*    *Old Lyme*

COUNTY OF NEW LONDON    :

    Subscribed and sworn to before me this 7th day of February, 2007.

                                                                     _____/s/_____
                                                                  Notary Public/Commissioner
                                                                  of the Superior Court