UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS         :
ASSOCIATION, INC., CHARLES AND     :
VICTORIA PARSONS AND JOAN BYER,    :
          Plaintiffs               :
                                   :
VS                                 : 3:00CV97(EBB)
                                   :
TOWN OF OLD LYME, TOWN OF OLD      :
LYME ZONING COMMISSION,            :
ERIC FRIES, GEORGE JAMES,          :
JANE MARSH, THOMAS RISOM,          :
WALTER SEIFERT, SHARON COLVIN AND  :
MARILYN OZOLS,                     :
          Defendants               :
- - - - - - - - - - - - - - - - - -X

**VOLUME II**

Deposition of GEORGE JAMES taken at the
offices of Halloran & Sage, 225 Asylum
Street, Hartford, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on August 15, 2003, at
1:16 p.m.



DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS

117 RANDI DRIVE                100 PEARL ST., 14th FL.
MADISON, CT 06443              HARTFORD, CT 06103-4506
  203 245-9583                      800 839-6867

**EXHIBIT E**

1   recommendation that you've suggested the Zoning
2   Commission adopted, that is the premise that the Water
3   Pollution Control Authority so vigorously contests when
4   the DEP believes that those areas should be served by
5   sewer treatment because on-site septic systems do not
6   provide adequate treatment of waste water?
7           MR. RADSHAW:  Object to the form of the
8       question.
9   A   You lost me there a little bit.  Can you --
10          MR. SLATER:  Could you read the question
11      back, please.
12          (THEREUPON, THE REFERRED TO
13          QUESTION WAS READ BACK.)
14  A   I'm not sure what you're asking, but our
15  effort all along has been to comply with DEP
16  regulations and requirements.  We've gone to a lot of
17  expense hiring professionals to help us with water
18  testing and our focus has always been on public health
19  and safety.
20          So the premise, if there is any premise, it
21  is public health and safety.  We are working, I think,
22  very diligently and proactively to do that job and do
23  it well.  And whether that happens to be the zoning
24  group or the WPCA or any other town official, we're
25  working trying to protect public health and safety.

CERTIFICATE

I hereby certify that I am a Notary Public, in and for the state of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 3rd day of September, 2003.

Audra Quinn, RPR, LSR
Notary Public

My commission expires: 7/31/2006
LSR No. 106