```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS              :
ASSOCIATION, INC., CHARLES AND          :
VICTORIA PARSONS AND JOAN BYER,         :
              Plaintiffs                :
                                        :
VS                                      : 3:00CV97(EBB)
                                        :
TOWN OF OLD LYME, TOWN OF OLD           :
LYME ZONING COMMISSION,                 :
ERIC FRIES, GEORGE JAMES,               :
JANE MARSH, THOMAS RISOM,               :
WALTER SEIFERT, SHARON COLVIN AND       :
MARILYN OZOLS,                          :
              Defendants                :
- - - - - - - - - - - - - - - - - - - -X
```

Deposition of JANE MARSH taken at the offices of Halloran & Sage, 300 Plaza Middlesex, Middletown, Connecticut, before Audra Quinn, RPR, Licensed Shorthand Reporter #106, and Notary Public, in and for the State of Connecticut on July 23, 2003, at 9:15 a.m.



DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS

| 117 RANDI DRIVE | 100 PEARL ST., 14th FL. |
| MADISON, CT 06443 | HARTFORD, CT 06103-4506 |
| 203 245-9583 | 800 839-6867 |

**EXHIBIT F**

1  something to me that requires a lot of attention in
2  order to have the town be able to do what it has been
3  doing without creating a serious pollution problem.
4      Q   Is it fair to say that the town has opposed
5  construction to sewers within the town of Old Lyme for
6  decades?
7      A   I'd say it's opposing not just construction
8  of sewers, but it's opposing all the things that come
9  along with the construction of sewers. I mean it's a
10 much larger issue than just that. But it has tried in
11 I would say not such a negative term, but in a positive
12 way to maintain the status quo. And probably earlier
13 on it was not as aware as to what it had to do to
14 maintain the status quo, but I believe over time, it's
15 a small town after all, over time many more people and
16 more time and more expertise has been devoted to paying
17 attention to this particular issue so that -- because
18 it seems to be kind of a widespread community desire to
19 maintain Old Lyme as it is without becoming too modern
20 and developed and everything else. That's sort of
21 ingrained in a lot of people that live there.
22     Q   What problems come with the construction of a
23 sewer system?
24     A   Well, first of all, you have to locate one,
25 and you have to dig up all the roads and put everything

1  in and that's a major disruption. Locating one you
2  have to find a piece of property, and everyone assumes
3  it would be pretty good size to have one, if it's one
4  big one or multiple smaller ones or whatever. It seems
5  like a major commitment.
6         I mean the town of Deep River where I
7  practice was finally ordered to do one and it had no
8  choice, and it was a major involvement of the town for
9  numbers of years to actually get that up and running
10 and it continues to be. It's a continuing factor in
11 that town because they're talking about whether some
12 little laterals should be expanded, and it involves the
13 attention of the community constantly.
14        So it's physical installation, location, the
15 disruption to people while all that's going on. And
16 then the financial burden that is imposed on people in
17 general in the town and then specifically the people
18 who are required to pay for the system if bills come
19 in. And I mean this may be more of a personal belief,
20 but I bet it's shared by many members of the community,
21 is that the more bills that become required and
22 automatic that you don't have a choice about, the more
23 that dictates the type of person that can live there,
24 the type of financial situation they have to be in,
25 what kind of use they have to put their property to.

```
 1   It starts driving in a rather relentless way property
 2   uses and the type of people that may be able to live
 3   there because it's generally viewed to be that it's
 4   going to be expensive.  And looking at that Point of
 5   Woods whole thing, I think at least in my mind it bore
 6   it out looking at what those people would be facing in
 7   terms of expense to just do their little part.
 8             So it's that, and then once everything is
 9   installed and, you know, you may lose some people
10   because they can't handle the installation and the
11   financial burden.  So you may be eliminating a certain
12   group of a population in town, and then you have an
13   ongoing expense and the new ones that come in may have
14   a completely different attitude with respect to the
15   property because they have to make it work for them so
16   they can afford to pay the bills that it generates.  So
17   you may have pressure to use the properties in other
18   ways than it was formerly used, and you may have
19   pressure to extend the development of those properties
20   because they are -- they have bills associated with
21   them.
22             And you know, for people who have no interest
23   or concern about a particular community and how it
24   wishes to live and exist, there could be proposals for
25   things that would take the town in a completely
```

1  different direction and turn it into a Waterford or a
2  much more intensely developed, more urban type
3  community. And I think it's -- you see each person
4  that might consider that will consider it in either
5  shorter term or longer term. I have a tendency to
6  consider things in the longest possible term and that
7  has been my feeling that although some of the initial
8  things might not be great that over time that the
9  installation of sewage treatment system and public
10 water supply in conjunction with one another have the
11 potential and the likelihood of fundamentally changing
12 the character and type of community that is there. It
13 might not happen in five years, but it happens in
14 fifteen.
15      Q    Do you think that the fear of the change in
16 character of the town of Old Lyme is the fundamental or
17 overriding basis for opposition to construction of
18 sewerage in the town of Old Lyme?
19      A    I can't say whether it's fundamental because
20 that's something that would be personal, but I know
21 that it enters into the decision making of people when
22 they're considering whether they'll try to keep things
23 the way they are, and that includes each individual
24 property having its own septic system and its own well,
25 that the belief in keeping things as they are, some

1  overlay one over the other. Just because we say you
2  can doesn't mean that all other regulations support
3  that. So while I'd say yes, there's a fundamental
4  function that the zoning regulations play with respect
5  to saying yes, that's how many dwelling units are
6  allowed from the zoning standpoint, there are other
7  things that affect how many that can actually be built
8  because the particular piece of property has to
9  perform.
10      Q    I understand. I'm looking at it from
11 reverse. I might have misunderstood you before, but it
12 sounded like part of at least your personal concern
13 about what construction of a sewer would bring in terms
14 of the character of the community is concern that that
15 would change the character of development and the
16 density of development of properties in the town of Old
17 Lyme. Is that fair to say?
18      A    Yes. And you see that can happen in reverse
19 because of the pressures brought to bear. Remember
20 that who sits on the Zoning Commission is a function of
21 an election. All regulations, therefore, adopted by
22 that commission are the function of who sits there at
23 that particular time. Who's elected is a function of
24 who is there and who is coming and the attitudes that
25 the people who are voting in that election have, and it

1  is a majority rule, you know, when you come down to the
2  election. And I think, at least in my observations,
3  rural communities become suburban and become urban in a
4  process of the migration of people into the town who
5  have different attitudes and they can remove the prior
6  or the people get tired out. I don't know. But the
7  zoning regulations are only regulations adopted by a
8  particular group of people and they can all be canned
9  one afternoon and replaced by a whole different set.
10           So if you're an occupant of a town, you're
11 aware that nothing is guaranteed. And so you have to
12 have vigilance beyond just saying, oh, I can sit back
13 and relax because I've got zoning regulations. Those
14 regulations can be changed at any minute. So you have
15 to have input in many, many ways in order to protect
16 the character of your town.
17      Q    Turning to Point of Woods which was the basis
18 of the meeting that you referred to at the DEP. The
19 Point of Woods plan would involve connecting to an
20 existing water pollution control facility located
21 outside of the town of Old Lyme. Is that correct?
22      A    Yes, that's correct.
23      Q    Having reviewed those plans, what are your
24 concerns with Point of Woods going forward with that
25 plan?

CERTIFICATE

I hereby certify that I am a Notary Public, in and for the state of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 5th day of August, 2003.

_Audra Quinn_
Audra Quinn, RPR, LSR
Notary Public

My commission expires: 7/31/2006
LSR No. 106