UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS          :
ASSOCIATION, INC., CHARLES AND      :
VICTORIA PARSONS AND JOAN BYER,     :
                 Plaintiffs         :
                                    :
VS                                  : 3:00CV97(EBB)
                                    :
TOWN OF OLD LYME, TOWN OF OLD       :
LYME ZONING COMMISSION,             :
ERIC FRIES, GEORGE JAMES,           :
JANE MARSH, THOMAS RISOM,           :
WALTER SEIFERT, SHARON COLVIN AND   :
MARILYN OZOLS,                      :
                 Defendants         :
- - - - - - - - - - - - - - - - -X

Deposition of MERVIN ROBERTS taken at the
offices of Halloran & Sage, 300 Plaza
Middlesex, Middletown, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on September 24, 2003, at
1:25 p.m.



DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE              100 PEARL ST., 14th FL.
MADISON, CT 06443            HARTFORD, CT 06103-4506
  203 245-9583                   800 839-6867

EXHIBIT C-3

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFFS:

KENNETH R. SLATER, JR., ESQ.
HALLORAN & SAGE
225 Asylum Street
Hartford, Connecticut   06103


ON BEHALF OF THE DEFENDANTS:

JOHN J. RADSHAW, III, ESQ.
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, Connecticut   06114-1190

```
 1                        MERVIN ROBERTS,
 2    residing at One Duck River Lane, Old Lyme, Connecticut,
 3    having first been duly sworn, deposed and testified as
 4    follows:
 5    DIRECT EXAMINATION
 6    BY MR. SLATER:
 7         Q    Good afternoon, Mr. Roberts.  Have you ever
 8    participated in a deposition before?
 9         A    No.
10         Q    Just a few basic ground rules.  As you can
11    see, the reporter is taking down all of our words.  So
12    I'm certain there's going to be instances where you can
13    anticipate the completion of my question and have an
14    answer for it, but I'd ask you to refrain from
15    answering until I'm completed, and I'll try to do the
16    same with you so she's able to take all of our words
17    down.
18              Also, your attorney or the town's attorney
19    would reserve the right to read and sign the
20    deposition.  So you'll have an opportunity to get the
21    actual transcript of your testimony in the event that
22    there are misspellings or typographical errors that you
23    would correct.
24         A    Would that be today?
25         Q    No.
```

1   Illinois on that topic --

2       A    Yes.

3       Q    -- or was it more than one course?

4       A    One course.  And another one on water supply

5   as I vaguely remember now.

6       Q    Thank you for helping me clarify for the

7   purposes of my subsequent questions of those terms.

8            What roles have you served in municipal

9   government for the town of Old Lyme?

10      A    Conservation commissioner.  I founded the

11  Conservation Commission of the town of Old Lyme and I

12  was the first chairman and I remained on the commission

13  for about 20 years.  That was the first that I

14  remember.

15      Q    And when was the Conservation Commission

16  established approximately?

17      A    Around 1965 as I vaguely remember it now.

18      Q    And what was the responsibility --

19      A    No.  I'm beginning to think that it might

20  have been in '63, and then I came back -- yes.  I'll

21  correct that first statement that I made.  I started

22  the Conservation Commission before we moved away.  So

23  it was sometime between 1960 and 1965 that I started

24  it.  I was then the chairman.  I moved away for those

25  two years, and I can remember that I got a letter from

1    the -- what brings it back to me is that I got a letter

2    from the First Selectman saying that he heard I was

3    moving back to Old Lyme and he took -- he just assumed

4    that I was interested.  He put me back on the

5    commission even before I moved to town.

6        Q    Which selectman was that?

7        A    That would have been Merl Bugby, the late

8    Merl Bugby.

9        Q    And what was the charge of the Conservation

10   Commission?

11       A    In those days?

12       Q    In those days?

13       A    There was an act, a state enabling act that

14   permitted the homeowners to get a tax relief if they

15   put easements on their property to restrict its use.

16   And in addition to that, as time went on, the law also

17   included requirements that all property owners whose

18   land abutted wetlands or inland marshes had to have a

19   setback, and we would enforce that setback.  So that

20   was also a duty of the Conservation Commission.  All

21   intended to improve the quality of our environment.

22       Q    And did you suggest that you were a driving

23   force in having that commission established in the town

24   of Old Lyme?

25       A    I created it.

1    Q    When you say you created it, what do you mean
2  by that?

3    A    I went to the selectman and told him that
4  there was this law, the state law in Hartford that we
5  could embrace in Old Lyme, and they said if you want to
6  do that, form a committee.  And I said I'm damned if
7  I'm going to be in a committee.  I want to be in a
8  commission or nothing.  On the strength of that they
9  created a commission.  I don't believe in committees,
10  unless they lead to something.

11    Q    We might come back to that, but what other
12  roles have you served in government for the town of Old
13  Lyme in addition to being a member of the Conservation
14  Committee?

15    A    I've been a justice of the peace for 30
16  years.

17        I've been a selectman for ten years.  I'm not
18  now, but I was from roughly 1987 to 1997 I was a
19  selectman.  I had five terms, five two-year terms.

20        And I recreated or re-established an existing
21  commission, the oldest one in the town of Old Lyme, the
22  Shellfish Commission, resurrected it, and it's active
23  now.

24        And while I was a selectman I was involved
25  with the other selectmen in resolving the ongoing

1    problems of our lagoons, our septic lagoons.  And these
2    are -- there was nothing erupting.  There was -- it was
3    just the ongoing problem that every selectman has with
4    every lagoon.  And as I studied it, I realized that it
5    was not a wholesome way to work it just to have the
6    Water Pollution Control Authority vested in three
7    selectmen.  And my reasoning was that the three
8    selectmen could all leave office at the same time, and
9    I preferred to have some kind of an arrangement where
10   there would be a staggered membership so that there
11   would be some continuity of service and some continuity
12   of understanding.  And this I was able to effect by
13   taking the duties and responsibilities of the existing
14   WPCA which was vested in the selectmen and transferring
15   it to a group representative of all of the boards and
16   commissions and the beach people and everybody else who
17   I can think of that might be the least bit interested
18   in our waste materials.
19       Q    Can you explain what these lagoons were and
20   what the ongoing problems were with the lagoons?
21       A    The ongoing problems -- and I must emphasize
22   because otherwise I can easily be taken out of context,
23   we didn't have a sudden failure of something, but
24   rather in the ordinary maintenance of these lagoons,
25   money was being spent, taxpayers' money of the town of

1    Old Lyme, and in order to make sure that it was being

2    wisely spent, the selectmen and later on this other

3    group helped to give the town the best advice about the

4    operation and maintenance of lagoons, and this is what

5    we did.

6        Q    What exactly are the lagoons?  What are their

7    function?

8        A    Whether it's one lagoon or many, the idea is

9    that that septage that's pumped out by the honey dipper

10   that you'd prefer to call, I don't know, a pump out

11   sanitary pumper or something, anyway, he has to take

12   that stuff some place.  Now, that liquid has some

13   semisolids, solids and water and it's heavy, and most

14   sewage treatment plants charge by the gallon and adjust

15   the price depending on the solid content and certain

16   chemical contents, but obviously the less you take to

17   the sewage treatment plant the less you're going to

18   have to pay the sewage treatment plant for.  And since

19   that's taxpayers' money, again, what we wanted to do

20   was to reduce the volume and also the biological

21   content, the nitrogen, for example, in that septage

22   before we shipped it in order to get the best possible

23   price.  And that's the reason for a lagoon.

24        Now, in the lagoon through evaporation, the

25   quantity of water is reduced.  So we've saved money.

1   If it rains a lot, then we lose money.  Also, there is
2   in some lagoons, not all, but in some lagoons, a
3   natural percolation of the water through the soils, and
4   in that process, as it would be in a leach field in
5   your own home, biological processes take place so that
6   eventually that water as it percolates becomes part of
7   the potable groundwater that we rely on.  So eventually
8   we end up with thicker semisolids in that lagoon than
9   we started out with.

10        And when we reach a point where the cost
11  benefit analysis tells us it's time to muck it out, we
12  muck it out with a bulldozer or a drag line excavator,
13  and we put this stuff now not watery but rather
14  semisolid into trucks and we haul it off to somebody
15  who will dispose of it according to the way the law is
16  at that present time.  And that might be incineration,
17  it might be burial in a landfill, it might be a further
18  treatment in somebody else's sewage treatment plant,
19  depending on which is the cheapest way at that
20  particular moment.

21        Q    Was it your concern with respect to the
22  management of these lagoons that caused you to advocate
23  taking control over -- water pollution control from
24  First Selectmen and having it placed with another
25  commission?

1     A     That was the beginning of it, but there was

2     another force concurrent that came a little bit later

3     on and went along parallel with it and that was that we

4     got in around 1982 or so an abatement order from the

5     DEP in Hartford telling us that we were polluting, and

6     we said polluting what.  And the argument has gone on

7     for the last 21 years.  They have yet to show me where

8     the town of Old Lyme is polluting.  What they have is

9     evidence rather that they have a formula.  The

10    evidence is their formula, and it doesn't cut any ice

11    with me.

12    Q     The order that you're referring to, I'll show

13    you a document which has a marking, bate stamp type

14    number of OPL 63 on the top of it and ask is that the

15    order that you were referencing?

16    A     I'm looking for a date.  Oh, yes, 1981.  This

17    is probably -- seems to me, yes.  There might be

18    several others like it, but the order to abate

19    pollution is what I'm referring to, and there's a

20    reference here to Malcolm Pirnie.  Yes, it's this one

21    or one very similar to it, yes.

22            MR. RADSHAW:  Just so we're clear,

23        you're saying this is part of the abatement

24        order?

25            THE WITNESS:  Yes, or maybe that's the

1          whole abatement order.  I don't remember.

2                 MR. RADSHAW:  It looks like it was dated

3          10, August, '81.

4                 THE WITNESS:  That would be about the

5          time, and it was --

6                 MR. RADSHAW:  There's no question

7          pending.

8                 MR. SLATER:  First of all, let's have

9          this marked as MFR-1.

10       (THEREUPON, PLAINTIFF'S EXHIBIT NO. MFR-1,

11             ORDER DATED 8/10/81,

12          WAS MARKED FOR IDENTIFICATION.)

13    A    So that thing had been hanging over our

14    heads.

15                MR. RADSHAW:  There's no question

16          pending.          .

17    BY MR. SLATER:

18    Q    In your last answer, you suggested that there

19    were -- that the basis of this order was theoretical.

20    Is that fair to say?

21    A    That their basis was a theory.  Their claims

22    and Malcolm Pirnie's were not based on fact.  They were

23    based on opinion and on theoretical considerations that

24    were cooked up in distant places.

25    Q    Is it fair to say that you are a long

1    standing and vocal opponent to sewers?

2        A    No, it's not fair to say.

3        Q    How would you describe your opinion regarding

4    the use of sewers to treat waste water?

5        A    Our culture creates communities like

6    Middletown which could not survive without a sewer, and

7    I'm realistic.  Middletown has to have a sewer, and if

8    it has to have a sewer, it has to have a sewage

9    treatment plant.  I don't object to that.

10       Q    Why does a city like Middletown have to have

11   a sewer?

12       A    I'm looking out the window.  The buildings

13   are so close together that there's absolutely no way --

14   and the areas between them are all paved, and it

15   doesn't lend itself to the conventional septic system

16   and leaching with tank and leaching field that one

17   would need in order to properly assimilate those wastes

18   that would be generated in a place like this.

19       Q    Is there scientific literature regarding the

20   ability of soils to assimilate waste water?

21       A    Oh, yes.  That's how it happens.  That's how

22   these systems work going all the way back to the

23   cesspool of 200 years ago.

24       Q    Is it fair to say that the representatives of

25   the Department of Environmental Protection that were

1    issuing this order or advocating use of a sewer in Old

2    Lyme reached the very same conclusion with respect to

3    parts of Old Lyme because the density of the

4    development does not adequately support on-site septic

5    systems?

6                  MR. RADSHAW:  Object to the form of the

7            question.  You can answer.

8    A    I wish you'd rephrase it and make it a

9    little -- you got too many parts in there for me to --

10   BY MR. SLATER:

11   Q    Understood.  You've suggested that it's

12   obvious in a place like the city of Middletown that

13   soils can't support the waste water generated from the

14   density of development.  Isn't that the same

15   conclusion that the Department of Environmental

16   Protection has made in that order and in concluding

17   that the density of development in parts of Old Lyme

18   are such that the soils there cannot adequately

19   assimilate waste water?

20                 MR. RADSHAW:  I'll still object to the

21            form of the question.

22                 You can answer.

23   A    I'll try to answer it, but I'm not sure that

24   I'm properly answering it, but I'm going to try.

25                 When we realized that the DEP was

1   resurrecting this order of 1981 in around 1995 or

2   thereabouts, give or take a few years, we called on

3   engineers from the DEP and the Department of Health,

4   and at every meeting that we held in Town Hall of Old

5   Lyme, and they're all recorded meetings, these men were

6   present and they advised us that Old Lyme should

7   embrace a Sewer Avoidance Program.  Now, if that

8   answers your question, I don't know.  If it doesn't

9   answer it, ask your question some other way.

10      Q    Well, let's go back to what is the theory

11  that you don't agree with that formed the basis of the

12  order that's in MFR-1.

13      A    Their theory says that it's prima fascia that

14  there is pollution if the percolation rate of the soil

15  causes some of the unpurified waste water to leave your

16  property lines, period.  That's what they say.  If some

17  of the -- if by their formula the percolation rate of

18  the soil permits deleterious materials to cross your

19  property line, you are polluting.

20          And then by extension of that thought, they

21  get to the point where we're polluting Long Island

22  Sound, and I've accused them of lying.  I publicly

23  accused them of lying, and there's no way that they

24  can -- I don't know what else to say.  I don't know how

25  else to put it to you.  Ask another question.

1      Q    Are you familiar with the Public Health
2  Code?
3      A    I hired the sanitarian, Ron Rose, the present
4  Old Lyme sanitarian.  I hired him, but I hired him
5  because he's familiar with the Public Health Code and I
6  don't have to be.  So, no, I'm not familiar with the
7  Public Health Code.
8      Q    Are you aware that there are separation
9  distance imposed by the Public Health Code so that
10  there's a certain distance between, for example, an
11  on-site well and a septic system?
12     A    Yes.  That's common knowledge.  I think the
13  figure is 75 or 100 feet or something like that.  Yes.
14     Q    Do you have any knowledge as to what
15  underlies that?
16     A    It was empirical.  They discovered if they
17  were closer than that, it was a possibility of
18  contamination, but it wasn't on a case by case basis or
19  a lot by lot basis.  It was just an arbitrary number
20  that they found through experience seemed to make a
21  safe margin for error and it worked.  It's worked --
22  historically it works.
23     Q    Following -- what did the town of Old Lyme do
24  in response to this order that we've identified as
25  MFR-1?

1      A    Well, my best recollection is that we told

2   these people that the pollution that Malcolm Pirnie

3   claimed was only on paper.  That is to say there was no

4   evidence as a result of chemical testing of the waters

5   that confirmed any of the things, any of the claims

6   that the DEP and Malcolm Pirnie had been making.  And

7   then we went ahead -- what did we do.  We got test

8   wells located in many places in the town of Old Lyme

9   monitored by consulting professional engineers, Dames &

10  Moore, world famous, and Nathan Jacobson, highly

11  respected in Connecticut.  And they supervised and took

12  samples from these test wells and they confirmed that

13  what I have to say is right and what the state had to

14  say is wrong.

15     Q    There's been a report or conclusion by Dames

16  & Moore or Nathan Jacobson that the septic systems,

17  on-site septic systems in the town of Old Lyme,

18  particularly in the beach communities, are not causing

19  pollution to Long Island Sound?

20     A    I do believe so, and I think that's part of

21  the public record and you can find it.  I don't have a

22  copy.

23     Q    But it's your belief that that is a

24  conclusion that they reached?

25     A    As I remember reading those reports, that was

1  the conclusion that I came to from their reports, yes.
2  And it's also confirmed by the Department of
3  Agriculture of the state of Connecticut that says right
4  off those beaches that these people are talking about,
5  as shellfish commissioner I ought to know, I could open
6  those beds for human consumption of raw clams if I
7  wished, but I don't for other reasons.
8       Q    Are you aware that in 1995 the Zoning
9  Commission of the town of Old Lyme enacted a regulation
10 that would prohibit the off season use of any property
11 located in the R10 zone if it is less than 10,000
12 square feet?
13      A    Yes.  I don't remember the dots and the
14 commas, but yes, in general I'm aware of that.  I used
15 to be a zoning commissioner, too.  I'd forgotten that.
16      Q    In what window of time did you serve as a
17 zoning commissioner?
18      A    In the early sixties.
19      Q    You were a member of the Board of Selectmen
20 at the time the Zoning Commission considered and
21 adopted those amendments in 1995?
22      A    To the best of my knowledge, yes.
23      Q    Did you --
24      A    But I think what they were doing was
25 reiterating --

1              MR. RADSHAW:  Mr. Roberts, trust me.

2         Please listen carefully to Attorney Slater's

3         questions only because I know you have a

4         great deal of experience, and he's going to

5         be able -- he's going to ask you all that

6         information.  Just let him finish his

7         question and then you can tell him.

8    A    I jump ahead.  I'm sorry.

9    BY MR. SLATER:

10   Q    It makes it difficult for someone who's

11   trying to take our words down.

12        I think you were starting to say it was an

13   extension or what were you about to say regarding the

14   adoption of that regulation in 1995.

15   A    There was a Mr. Hartung, H-a-r-t-u-n-g, and I

16   believe that he was the proprietor of Old Colony Beach,

17   one of the beach associations now in Old Lyme.  And

18   Hartung delivered water to his cottages, his summer

19   cottages by pipe.  So they didn't have individual

20   wells, but we delivered the water to them through pipes

21   that ran right on the surface.  They weren't buried.

22   They weren't buried below the frost line.  They weren't

23   buried at all.  And the reason for this was it was

24   easier for him to drain the water out of those pipes so

25   they wouldn't freeze in the wintertime, which obviously

1    said to me and the whole world that neither Hartung nor

2    the people who occupied those cottages ever intended to

3    be there except for 12 months.  And some of those

4    cottages in that community were rented and some of them

5    were owned by these people who in turn would sometimes

6    sublet them during that summer period.  So I'd say that

7    what the Zoning Commission was doing was simply in a

8    way putting into a regulation or a law or an ordinance,

9    whatever you call it, what was customary, what the

10    people had been doing for years.

11        Q    Had the town of Old Lyme been for a

12    substantial period of time prior to 1995 attempting to

13    prevent people from using properties in beach

14    communities during winter months?

15        A    I don't know.  I knew the sanitarian and, of

16    course, I was involved in town government, but at the

17    moment I don't remember that, the answer to that

18    question.  I don't remember.

19        Q    Did you take a position as a member of the

20    Board of Selectmen or as a citizen of the town of Old

21    Lyme with regard to the Zoning Commission's adoption of

22    a regulation that would prohibit off season use of

23    properties?

24            MR. RADSHAW:  Object to the form of the

25        question.

1          You can answer.

2     A     Would you be good enough to ask it again.

3   BY MR. SLATER:

4     Q     Sure.  Did you take a position either in your

5   capacity as a citizen of the community or as a

6   selectman --

7     A     Prior to?

8     Q     -- regarding the commission's adoption of the

9   regulations in 1995 that would restrict off season use

10  of certain properties in Old Lyme?

11    A     No, I don't believe that I took a position.

12  However, bearing in mind that it was customary for

13  those cottages to close down in the wintertime, I

14  didn't think that it was any more than just an

15  evolution of the law catching up with what people were

16  doing.

17    Q     I understand that, but did you take a

18  position with that or --

19    A     No.  I was never -- during that period as --

20  a selectman doesn't tell the Zoning Commission what to

21  do.  So no, I didn't.  The answer is no.

22    Q     During 1995 were you serving on any boards or

23  commissions of the town of Old Lyme other than the

24  Board of Selectmen?

25    A     Only the Shellfish Commission, and this was

1    deliberate because the Shellfish Commission does not

2    derive its money from the budget of the town of Old

3    Lyme.  We derive our income from the sale of shellfish,

4    and by statute law we're permitted to retain that money

5    in an account separate from the town money and to spend

6    it for just the resource, for its protection, for its

7    improvement, for the education of the people concerning

8    it.

9         And so I considered that there wouldn't be

10   any conflict of interest of being a shellfish

11   commissioner and a selectman, but I was nothing else.

12   I was justice of the peace I think during that period.

13        Q    Did the Shellfish Commission take any

14   position with respect to the zoning regulation limiting

15   off season use?

16        A    No, we did not.  We had other fish to fry so

17   to speak.

18        Q    Does the -- going back to what you previously

19   described as the two different reasons for having Water

20   Pollution Control Authority removed from the Board of

21   Selectmen and placed with another agency, was it you

22   personally that advocated that another commission be

23   established for that purpose?

24        A    Yes, it was.  In fact, I was the one that

25   spoke to the town meeting and told them essentially

1  what I just told you.  I addressed the town meeting at

2  the night that they voted for this enlarged WPCA rather

3  than the three man WPCA.

4      Q    When was the three man WPCA established?

5      A    Whenever the statute law was established.  I

6  don't know when that was.  Whenever the state in

7  Hartford said that there was a -- that every town could

8  have a WPCA, it was an automatic thing.  The selectmen

9  became the WPCA.

10     Q    It's your understanding that the Board of

11 Selectmen didn't have to formally accept that

12 responsibility?

13     A    I have no idea.

14          MR. RADSHAW:  Ken, I'm pretty sure that

15          all towns, if you don't have one or more of

16          the particular commissions, unless they must

17          be established they all fall on the shoulders

18          of the selectmen.  I'm pretty sure it's the

19          same thing with the Housing Authority.  Every

20          town has to have a Housing Authority.

21          MR. SLATER:  I wasn't aware that -- is

22          it your understanding, John, that every town

23          has to have a Water Pollution Control

24          Authority?

25          MR. RADSHAW:  Yes.  Even the towns that

1          are completely served by private water or

2          private water company, they have to have a

3          WPCA.  For instance, Bridgeport, Bridgeport

4          subcontracted out all of its water -- the

5          water is all private.  All of its sewer

6          collection to a company.  They used to be

7          PSG.  It's now U.S. Filter and they

8          transferred all of their employees.  So the

9          only thing left for the WPCA is an executive

10         director, the commissioners and a secretary

11         and that's it because they essentially exist

12         only to administer that one contract.

13                 City of New London is that way.

14                 MR. SLATER:  I'm aware of towns that

15             have different mechanisms.

16                 MR. RADSHAW:  You have to have a WPCA.

17                 MR. SLATER:  I wasn't aware you had to

18             have one.

19     BY MR. SLATER:

20         Q    The meeting, Mr. Roberts, that you're

21     referring to, did that result in the adoption of this

22     ordinance creating a Water Pollution Control

23     Authority?

24         A    As I remember it, it was unanimous.  Yes.

25                 MR. RADSHAW:  Mr. Roberts, he's asking

1          you to take a look at the ordinance and let

2          him know if that's the one that was passed on

3          that day.

4     A     In fact, it's my handwriting on the top where

5  I wrote, "Pass, town meeting, 28 March '95, MF Roberts,

6  Selectman.  Ordinance creating a Water Pollution

7  Control Authority."  That's right.

8               MR. SLATER:  I'd like to identify that

9          as MFR-2, please.  Also noted at the top, the

10          document number on the top is 4794.

11          (THEREUPON, PLAINTIFF'S EXHIBIT NO. MFR-2,

12                    ORDINANCE,

13          WAS MARKED FOR IDENTIFICATION.)

14  BY MR. SLATER:

15     Q     Mr. Roberts, prior to the establishment of

16  this Water Pollution Control Authority, were there

17  committees established in the town with respect to

18  water pollution control issues?

19     A     Yes, there were.  There were two of them.

20  One was called the Septic Study Committee.  And I

21  previously told you that I don't believe in committees,

22  but I knew in this case they were going to die or be

23  abolished or converted into something else in the very

24  near future and that's the only reason I was willing to

25  proceed with them, be involved with them.  So yes,

 1    there's no question about that.

 2        Q    And what was the name of the second

 3    committee?

 4        A    Second committee was called the Sewer

 5    Avoidance Committee.  Later on -- first it was just a

 6    Sewer Study Committee, and then later on after we were

 7    helped by people like George Hicks and Scully and some

 8    of the others out of the DEP in Hartford, we thought

 9    that the Sewer Avoidance Committee would help to

10    define where we were going because by that time it was

11    obvious that the state was endorsing, in fact

12    encouraging.  We did it because they helped us to do

13    it.  We probably wouldn't have done it had they not

14    even suggested it.

15        Q    What did they suggest?

16        A    That we adopt a Sewer Avoidance Program and

17    we did.

18        Q    What is sewer avoidance in your

19    understanding?

20        A    Sewer avoidance -- well, you just finished

21    defining a sewer as something longer than the pipe that

22    goes from the house to the septic tank, and this is

23    precisely what we wanted to do was we didn't say sewer

24    prohibition.  We said sewer avoidance.  We were going

25    to try to avoid sewers where it was appropriate to

1    avoid sewers.  And we found that, for example, we have

2    several sewers in the town of Old Lyme.  We have one at

3    the shopping center that's been working fine for quite

4    a while.  There's a structural system there and there

5    are pumps and filters that have to be changed

6    periodically and so on, and there are maintenance

7    people that come and look at it.  We have a sewer in

8    Old Lyme.

9         Q    Earlier I thought you were suggesting that

10    when we use the term sewer, it was when waste water was

11    going to be transported a significant distance?

12        A    Well, this one that I just mentioned, it is a

13    significant distance.  It's several hundred feet rather

14    than from, as I pointed out on the other, ten feet or

15    so from the house to the septic tank.  This is a

16    structural system.  It's got pumps and all sorts of

17    things in it at the shopping center, and we encouraged

18    it.

19        Q    And what other sewers exist in the town of

20    Old Lyme under the way you're defining it?

21        A    I'm not certain, but it may be that one or

22    two of the more recent developments, like I believe

23    there's one at the Old Lyme Inn, which has what we

24    would technically call a sewer, and another one that's

25    being built by District 18 which is a sovereignty

1    within the town of Old Lyme for schools.  That's going

2    to have a sewer, too.  And we didn't object.

3                    MR. RADSHAW:  Would this be a good

4                moment to take a break?

5                    MR. SLATER:  Sure.

6                (THEREUPON, A RECESS WAS TAKEN

7                    FROM 2:32 TO 2:37.)

8                (THEREUPON, THE REFERRED TO

9                    TESTIMONY WAS READ BACK.)

10       A    Then the third one that I mentioned

11   previously was the A&P.

12   BY MR. SLATER:

13       Q    Can you describe what kind of structural

14   systems these properties are utilizing that would

15   result --

16       A    No.

17       Q    And you're defining them as a sewer?

18       A    Oh, just that as contrast, a sewage treatment

19   system that has more than a septic tank and a leaching

20   field or a cesspool comes closer to a -- I don't want

21   to talk about a sewer, but a sewage treatment system

22   that -- I'm groping for a word.  I've lived with this

23   for quite a while now, but I'm groping for the right

24   word where a technology more complicated than the

25   natural process that takes place in a septic tank and a

1    leach field.

2        Q    Is there a way that we can define to

3    distinguish between a situation where a property has an

4    on-site system that's using the kind of technology that

5    you just mentioned with a structural sewer system

6    serving a much larger number of persons, such as the

7    systems that exist in, for example, East Lyme or New

8    London?

9        A    I have a problem with the long question.   I

10   lose it.   Try to make a shorter question for me and

11   I'll try to answer it.   I'm not trying to be devious.

12   I just have a problem there.

13       Q    Understood.   Would you agree that most people

14   wouldn't expect that the on-site system serving the A&P

15   as a sewer?

16       A    Oh, I see what you're getting at.   That kind

17   of a definition really doesn't trouble me so much, and

18   I'll tell you why and you got to bear with me.   The

19   latest law that came out of Hartford legislature calls

20   for or permits alternative systems.   These alternative

21   systems are, I'm positive, going to bridge the gap

22   between something you might say as primitive as a

23   cesspool and as sophisticated as the system at

24   Middletown or at the A&P.   So that that way of defining

25   is evolving while we're talking, and it's going to be

1   addition, they actually walked the land which is more

2   than you can say for some of these other guys, like

3   Malcolm Pirnie who I don't think ever walked the land.

4   And not only they, but later on Dames & Moore -- pardon

5   me, later on Nathan Jacobson did the same thing.  So

6   there's no question that the town supported the

7   expenditure of an awful lot of money with these

8   consultants who worked with us and for us.

9          MR. RADSHAW:  Ken, not to interrupt you,

10         I think that second document you have, that's

11         not an attachment.

12         MR. SLATER:  Let's go off the record for

13         a moment.

14     (THEREUPON, THERE WAS A DISCUSSION

15              OFF THE RECORD.)

16  BY MR. SLATER:

17     Q    Mr. Radshaw pointed out that there is a

18  reference, and it was actually a document I was going

19  to show you in a moment, to an attachment to the first

20  meeting of the Old Lyme Sewer Avoidance Study

21  Committee, the minutes of which are identified as

22  MFR-5.  I'd like to show you a document and see if you

23  are familiar with it.

24     A    (Witness reviewed.)

25         I'm not, but I'm refreshing my memory, trying

1  to.  Okay.  I'm sorry it wasn't dated.  Was it attached
2  to something that was dated?
3      Q    I point you to the third paragraph of MFR-5
4  where it indicates that the chairman opened the meeting
5  by introducing an issues study agenda.
6      A    Okay.  It has to be.  I would go along with
7  that.  It makes sense, even though I don't remember it.
8      Q    Do you recall whether you created the
9  agenda?
10     A    I guess I did.  I guess I did.  I might have
11  not done it alone.  I may have done it with
12  George Hicks or Herzig or George Frigon or somebody
13  like that helping me.
14     Q    Let's identify that.
15     A    It has to have my thumbprint on it somewhere
16  because even some of the style of the wording is
17  something I would say.
18             MR. SLATER:  Could we mark that as the
19         next exhibit.
20         (THEREUPON, PLAINTIFF'S EXHIBIT NO. 6,
21         SEWER AVOIDANCE ISSUES STUDY AGENDA,
22         WAS MARKED FOR IDENTIFICATION.)
23  BY MR. SLATER:
24     Q    That's MFR-6, and again, at the top of the
25  document it is number 5889.

1          Were the issues that the committee were

2    studying include the issue of whether a structural

3    solution of a sewer treatment plant serving a large

4    number of persons was an appropriate mechanism to treat

5    waste water in Old Lyme?

6          A    All I can do is read from it because I

7    wouldn't remember it except that you showed it to me,

8    but it says right here, groundwater monitoring, examine

9    the concept of community leach fields on purchased,

10   leased or condemned or easement land.  There's no doubt

11   about it that a community leach field is a leach field

12   some distance away from the on site -- this is off

13   site.  As soon as it's a community thing, it's off

14   site.  Site meaning property lines.  So there's no

15   question that we were already willing to embrace -- in

16   fact, we tried to do that in several places, and we

17   were turned down by other forces outside of the WPCA.

18         Q    Tried to do what?

19         A    Tried to have community leach fields which

20   would mean that there would be a sewer some place and a

21   pump on it that would drive the waste water to an area

22   that was better for the digestion and percolation of

23   these wastes.  It says so right here.  It says,

24   "Examine the concept of community leaching fields on

25   purchased, leased, condemned, easement land."

1      Q     Is that the same thing as the kind of

2   structural sewer plant that serves communities in New

3   London, for example?

4      A     No.   It's a lesser degree of sophistication,

5   but these are all shades of gray.   I don't know.   Every

6   individual can draw the line anywhere he pleases.

7      Q     So it's your testimony that the Sewer

8   Avoidance Study Committee concluded within its charge

9   an evaluation of whether or not a sewer, structural

10  sewer plant, by that I do not mean a community system,

11  is that an appropriate mechanism to treat waste water

12  in Old Lyme?

13     A     We never rejected it out of hand.   We

14  rejected it only after long and serious study and

15  data.

16     Q     Did you ever hire a consultant to answer that

17  question?

18     A     Yes.   Both Nathan Jacobson and Dames & Moore

19  gave us reports that made this absolutely clear that

20  we'd be wasting our money and our resources by sewering

21  Old Lyme to dump the water, the waste water into --

22  treated waste water into Long Island Sound or into any

23  of the rivers that flow into the sound.

24     Q     Who reached that conclusion?

25     A     We reached it after advice from Dames &

1  Moore, Nathan Jacobson and the DEP engineers, including

2  George Hicks, who's still in charge up there.

3     Q    George Hicks has reached the conclusion that

4  a structural sewer plant is not necessary?

5     A    At that time he did.  He's reversed himself

6  since then because the powers up there pretty much told

7  him that they'd fire him if he kept hammering at sewer

8  avoidance.  So he shut up and changed his tune.

9              MR. SLATER:  You want to take a brief

10             break now?

11             MR. RADSHAW:  Sure.

12             (THEREUPON, A RECESS WAS TAKEN

13               FROM 3:30 TO 3:42.)

14  BY MR. SLATER:

15     Q    Before the break you suggested that you

16  thought that Mr. Hicks had reversed his earlier

17  position because of pressure from superiors?

18     A    Yes, that's right.

19     Q    Do you know who in particular pressured him?

20     A    No.

21     Q    What do you base your belief that it was, in

22  fact, pressure of superiors that caused him to change

23  position?

24     A    Well, there was a time when he would even

25  call me to ask for minutes of the WPCA, which we

1   offered to send him all the time, and he would ask for
2   them if we neglected to send them to him.  After a
3   while I discovered that if we didn't send them to him,
4   he didn't even ask for them.  And over the course of
5   years I realized that we weren't getting the support
6   from him that we were accustomed to in advice and
7   counsel.

8           And where we had previously been engaged in
9   all of the aspects of a Sewer Avoidance Program which
10  he helped us to develop, he no longer participated in
11  that, and we couldn't get the help that we thought we
12  should be getting from a public servant in the
13  Department of Environmental Protection.  And when we
14  appealed some of the things that had transpired with
15  people like Griece to Hicks, we didn't get any kind of
16  a favorable response where I'll take care of it or I'll
17  straighten him out or I'll find out what the difference
18  of opinion is or maybe I can do something to correct
19  this.  It never happened.  So on the strength of that,
20  you heard what I said.
21      Q    At the time the Sewer Avoidance Committee was
22  formed, had the town engaged any consultants to deal
23  with issues arising from the DEP's 1981 order?
24      A    I don't remember the timing, but it's a
25  matter of record and you can probably dredge it out.

```
 1                    J U R A T

 2          I have read the foregoing 98 pages and hereby

 3          acknowledge the same to be a true and correct

 4          record of the testimony.

 5

 6

 7

 8                    _____

 9                         MERVIN ROBERTS

10

11   Subscribed and sworn to

12   _____.

13   Before me this _____ day of

14   _____,2003.

15

16

17

18

19   _____

20   Notary Public

21   My Commission Expires:

22

23

24

25
```

1

2                    C E R T I F I C A T E

3

4        I hereby certify that I am a Notary Public, in and

5    for the state of Connecticut, duly commissioned and

6    qualified to administer oaths.

7        I further certify that the deponent named in the

8    foregoing deposition was by me duly sworn, and

9    thereupon testified as appears in the foregoing

10   deposition; that said deposition was taken by me

11   stenographically in the presence of counsel and reduced

12   to typewriting under my direction, and the foregoing is

13   a true and accurate transcript of the testimony.

14       I further certify that I am neither of counsel nor

15   attorney to either of the parties to said suit, nor am

16   I an employee of either party to said suit, nor of

17   either counsel in said suit, nor am I interested in the

18   outcome of said cause.

19       Witness my hand and seal as Notary Public this

20   14th day of October , 2003.

21

22                    _____

23                    Audra Quinn, RPR, LSR
                      Notary Public

24   My commission expires:  7/31/2006
     LSR No. 106

25