UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS          :
ASSOCIATION, INC., CHARLES AND      :
VICTORIA PARSONS AND JOAN BYER,     :
                Plaintiffs          :
                                    :
VS                                  : 3:00CV97(EBB)
                                    :
TOWN OF OLD LYME, TOWN OF OLD       :
LYME ZONING COMMISSION,             :
ERIC FRIES, GEORGE JAMES,           :
JANE MARSH, THOMAS RISOM,           :
WALTER SEIFERT, SHARON COLVIN AND   :
MARILYN OZOLS,                      :
                Defendants          :
- - - - - - - - - - - - - - - - -X

        Deposition of JANE MARSH taken at the offices
        of Halloran & Sage, 300 Plaza Middlesex,
        Middletown, Connecticut, before Audra Quinn,
        RPR, Licensed Shorthand Reporter #106, and
        Notary Public, in and for the State of
        Connecticut on July 23, 2003, at 9:15 a.m.



        DEL VECCHIO REPORTING SERVICES, LLC
        PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE              100 PEARL ST., 14th FL.
MADISON, CT 06443            HARTFORD, CT 06103-4506
  203 245-9583                  800 839-6867

EXHIBIT C-5

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFFS:

KENNETH R. SLATER, JR., ESQ.
HALLORAN & SAGE
225 Asylum Street
Hartford, Connecticut  06103


ON BEHALF OF THE DEFENDANTS:

JOHN J. RADSHAW, III, ESQ.
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, Connecticut  06114-1190

```
 1                          JANE MARSH,
 2   business address at 6 Elm Street, Deep River,
 3   Connecticut, having first been duly sworn, deposed and
 4   testified as follows:
 5   DIRECT EXAMINATION
 6   BY MR. SLATER:
 7        Q     Good afternoon.
 8        A     Good afternoon.
 9        Q     We already know one another, and I'm pretty
10   confident that you're familiar with the deposition
11   process.
12        A     Yes.
13        Q     So I won't go through --
14        A     We don't have to do any of it if you think
15   you need to.  I'm feeling up to it today.
16        Q     What is your home address?
17        A     It's 55 Old Shore Road in Old Lyme,
18   Connecticut.
19        Q     And how long has that been your residence?
20        A     Fifty-two years.
21        Q     I don't want to be too presumptuous, but
22   should I assume that's been your only residence?
23        A     Yes.  Actually until I was six I lived on
24   Mile Creek Road, but I moved to that in 1958.
25        Q     And Mile Creek Road is also in Old Lyme?
```

1  something to me that requires a lot of attention in

2  order to have the town be able to do what it has been

3  doing without creating a serious pollution problem.

4      Q    Is it fair to say that the town has opposed

5  construction to sewers within the town of Old Lyme for

6  decades?

7      A    I'd say it's opposing not just construction

8  of sewers, but it's opposing all the things that come

9  along with the construction of sewers.  I mean it's a

10 much larger issue than just that.  But it has tried in

11 I would say not such a negative term, but in a positive

12 way to maintain the status quo.  And probably earlier

13 on it was not as aware as to what it had to do to

14 maintain the status quo, but I believe over time, it's

15 a small town after all, over time many more people and

16 more time and more expertise has been devoted to paying

17 attention to this particular issue so that -- because

18 it seems to be kind of a widespread community desire to

19 maintain Old Lyme as it is without becoming too modern

20 and developed and everything else.  That's sort of

21 ingrained in a lot of people that live there.

22     Q    What problems come with the construction of a

23 sewer system?

24     A    Well, first of all, you have to locate one,

25 and you have to dig up all the roads and put everything

1  in and that's a major disruption.  Locating one you

2  have to find a piece of property, and everyone assumes

3  it would be pretty good size to have one, if it's one

4  big one or multiple smaller ones or whatever.  It seems

5  like a major commitment.

6           I mean the town of Deep River where I

7  practice was finally ordered to do one and it had no

8  choice, and it was a major involvement of the town for

9  numbers of years to actually get that up and running

10 and it continues to be.  It's a continuing factor in

11 that town because they're talking about whether some

12 little laterals should be expanded, and it involves the

13 attention of the community constantly.

14           So it's physical installation, location, the

15 disruption to people while all that's going on.  And

16 then the financial burden that is imposed on people in

17 general in the town and then specifically the people

18 who are required to pay for the system if bills come

19 in.  And I mean this may be more of a personal belief,

20 but I bet it's shared by many members of the community,

21 is that the more bills that become required and

22 automatic that you don't have a choice about, the more

23 that dictates the type of person that can live there,

24 the type of financial situation they have to be in,

25 what kind of use they have to put their property to.

1    It starts driving in a rather relentless way property
2    uses and the type of people that may be able to live
3    there because it's generally viewed to be that it's
4    going to be expensive.  And looking at that Point of
5    Woods whole thing, I think at least in my mind it bore
6    it out looking at what those people would be facing in
7    terms of expense to just do their little part.

8             So it's that, and then once everything is
9    installed and, you know, you may lose some people
10   because they can't handle the installation and the
11   financial burden.  So you may be eliminating a certain
12   group of a population in town, and then you have an
13   ongoing expense and the new ones that come in may have
14   a completely different attitude with respect to the
15   property because they have to make it work for them so
16   they can afford to pay the bills that it generates.  So
17   you may have pressure to use the properties in other
18   ways than it was formerly used, and you may have
19   pressure to extend the development of those properties
20   because they are -- they have bills associated with
21   them.

22            And you know, for people who have no interest
23   or concern about a particular community and how it
24   wishes to live and exist, there could be proposals for
25   things that would take the town in a completely

1  different direction and turn it into a Waterford or a
2  much more intensely developed, more urban type
3  community.  And I think it's -- you see each person
4  that might consider that will consider it in either
5  shorter term or longer term.  I have a tendency to
6  consider things in the longest possible term and that
7  has been my feeling that although some of the initial
8  things might not be great that over time that the
9  installation of sewage treatment system and public
10  water supply in conjunction with one another have the
11  potential and the likelihood of fundamentally changing
12  the character and type of community that is there.  It
13  might not happen in five years, but it happens in
14  fifteen.
15      Q    Do you think that the fear of the change in
16  character of the town of Old Lyme is the fundamental or
17  overriding basis for opposition to construction of
18  sewerage in the town of Old Lyme?
19      A    I can't say whether it's fundamental because
20  that's something that would be personal, but I know
21  that it enters into the decision making of people when
22  they're considering whether they'll try to keep things
23  the way they are, and that includes each individual
24  property having its own septic system and its own well,
25  that the belief in keeping things as they are, some

1    overlay one over the other.  Just because we say you

2    can doesn't mean that all other regulations support

3    that.  So while I'd say yes, there's a fundamental

4    function that the zoning regulations play with respect

5    to saying yes, that's how many dwelling units are

6    allowed from the zoning standpoint, there are other

7    things that affect how many that can actually be built

8    because the particular piece of property has to

9    perform.

10    Q    I understand.  I'm looking at it from

11    reverse.  I might have misunderstood you before, but it

12    sounded like part of at least your personal concern

13    about what construction of a sewer would bring in terms

14    of the character of the community is concern that that

15    would change the character of development and the

16    density of development of properties in the town of Old

17    Lyme.  Is that fair to say?

18    A    Yes.  And you see that can happen in reverse

19    because of the pressures brought to bear.  Remember

20    that who sits on the Zoning Commission is a function of

21    an election.  All regulations, therefore, adopted by

22    that commission are the function of who sits there at

23    that particular time.  Who's elected is a function of

24    who is there and who is coming and the attitudes that

25    the people who are voting in that election have, and it

1    is a majority rule, you know, when you come down to the

2    election.  And I think, at least in my observations,

3    rural communities become suburban and become urban in a

4    process of the migration of people into the town who

5    have different attitudes and they can remove the prior

6    or the people get tired out.  I don't know.  But the

7    zoning regulations are only regulations adopted by a

8    particular group of people and they can all be canned

9    one afternoon and replaced by a whole different set.

10         So if you're an occupant of a town, you're

11   aware that nothing is guaranteed.  And so you have to

12   have vigilance beyond just saying, oh, I can sit back

13   and relax because I've got zoning regulations.  Those

14   regulations can be changed at any minute.  So you have

15   to have input in many, many ways in order to protect

16   the character of your town.

17        Q    Turning to Point of Woods which was the basis

18   of the meeting that you referred to at the DEP.  The

19   Point of Woods plan would involve connecting to an

20   existing water pollution control facility located

21   outside of the town of Old Lyme.  Is that correct?

22        A    Yes, that's correct.

23        Q    Having reviewed those plans, what are your

24   concerns with Point of Woods going forward with that

25   plan?

1      A    Well, you see, what my concern is in part, I

2    mean, it's not the actual physically doing it and will

3    it work.  I mean, I have a question still in my mind is

4    all of this necessary for what problems they identified

5    and isn't it not more a scientific possibility they're

6    basing the whole thing on.

7            But other than that, the actual hooking into

8    the system because it's going to be individuals in

9    Point of Woods who are going to have to shell out the

10   money and it's going to be individuals in Point of

11   Woods paying their annual fees and all that.  It isn't

12   the actual installation of it more as what will that

13   installation do to the character of Point of Woods and

14   to who's living there and what they do with their

15   properties.  And if only some people want to do it and

16   not all the others, what effects do the people that

17   want to do, you know, that are so hip to do it and so

18   interested that they can get it in place and get it

19   going, how does that influence all those others who

20   just want to have little simple cottages and they want

21   to hand them down for generations and they don't want

22   big expenses associated with them.  How does it affect

23   all those people because those are the people I have

24   sympathies for, the ones that want to keep their beach

25   community the way it is.  So it's a simple, enjoyable,

1                    J U R A T

2        I have read the foregoing 75 pages and hereby

3        acknowledge the same to be a true and correct

4        record of the testimony.

5

6

7

8                    _____

9                         JANE MARSH

10

11   Subscribed and sworn to

12   _____.

13   Before me this _____ day of

14   _____,2003.

15

16

17

18

19   _____

20   Notary Public

21   My Commission Expires:

22

23

24

25

```
1

2                        C E R T I F I C A T E

3

4          I hereby certify that I am a Notary Public, in and

5     for the state of Connecticut, duly commissioned and

6     qualified to administer oaths.

7          I further certify that the deponent named in the

8     foregoing deposition was by me duly sworn, and

9     thereupon testified as appears in the foregoing

10    deposition; that said deposition was taken by me

11    stenographically in the presence of counsel and reduced

12    to typewriting under my direction, and the foregoing is

13    a true and accurate transcript of the testimony.

14         I further certify that I am neither of counsel nor

15    attorney to either of the parties to said suit, nor am

16    I an employee of either party to said suit, nor of

17    either counsel in said suit, nor am I interested in the

18    outcome of said cause.

19         Witness my hand and seal as Notary Public this

20    _5th_  day of __August__ , 2003.

21

22                              _____
                                Audra Quinn, RPR, LSR
23                              Notary Public

24    My commission expires:   7/31/2006
      LSR No. 106
25
```