UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS          :
ASSOCIATION, INC., CHARLES AND      :
VICTORIA PARSONS AND JOAN BYER,     :
                    Plaintiffs      :
                                    :
VS                                  : 3:00CV97(EBB)
                                    :
TOWN OF OLD LYME, TOWN OF OLD       :
LYME ZONING COMMISSION,             :
ERIC FRIES, GEORGE JAMES,           :
JANE MARSH, THOMAS RISOM,           :
WALTER SEIFERT, SHARON COLVIN AND   :
MARILYN OZOLS,                      :
                    Defendants      :
- - - - - - - - - - - - - - - -X


**VOLUME II**


Deposition of GEORGE JAMES taken at the
offices of Halloran & Sage, 225 Asylum
Street, Hartford, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on August 15, 2003, at
1:16 p.m.



DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE              100 PEARL ST., 14th FL.
MADISON, CT 06443           HARTFORD, CT 06103-4506
  203 245-9583                  800 839-6867

EXHIBIT C-6

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFFS:

KENNETH R. SLATER, JR., ESQ.
HALLORAN & SAGE
225 Asylum Street
Hartford, Connecticut   06103


ON BEHALF OF THE DEFENDANTS:

JOHN J. RADSHAW, III, ESQ.
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, Connecticut   06114-1190

1  recommendation that you've suggested the Zoning

2  Commission adopted, that is the premise that the Water

3  Pollution Control Authority so vigorously contests when

4  the DEP believes that those areas should be served by

5  sewer treatment because on-site septic systems do not

6  provide adequate treatment of waste water?

7          MR. RADSHAW:  Object to the form of the

8          question.

9      A    You lost me there a little bit.  Can you --

10         MR. SLATER:  Could you read the question

11         back, please.

12         (THEREUPON, THE REFERRED TO

13         QUESTION WAS READ BACK.)

14     A    I'm not sure what you're asking, but our

15  effort all along has been to comply with DEP

16  regulations and requirements.  We've gone to a lot of

17  expense hiring professionals to help us with water

18  testing and our focus has always been on public health

19  and safety.

20         So the premise, if there is any premise, it

21  is public health and safety.  We are working, I think,

22  very diligently and proactively to do that job and do

23  it well.  And whether that happens to be the zoning

24  group or the WPCA or any other town official, we're

25  working trying to protect public health and safety.

```
 1                    J U R A T

 2          I have read the foregoing 81 pages and hereby

 3          acknowledge the same to be a true and correct

 4          record of the testimony.

 5

 6

 7

 8                        _____

 9                        GEORGE JAMES

10

11   Subscribed and sworn to

12   _____.

13   Before me this _____ day of

14   _____,2003.

15

16

17

18

19   _____

20   Notary Public

21   My Commission Expires:

22

23

24

25
```

1

2                  C E R T I F I C A T E

3

4       I hereby certify that I am a Notary Public, in and

5   for the state of Connecticut, duly commissioned and

6   qualified to administer oaths.

7       I further certify that the deponent named in the

8   foregoing deposition was by me duly sworn, and

9   thereupon testified as appears in the foregoing

10  deposition; that said deposition was taken by me

11  stenographically in the presence of counsel and reduced

12  to typewriting under my direction, and the foregoing is

13  a true and accurate transcript of the testimony.

14      I further certify that I am neither of counsel nor

15  attorney to either of the parties to said suit, nor am

16  I an employee of either party to said suit, nor of

17  either counsel in said suit, nor am I interested in the

18  outcome of said cause.

19      Witness my hand and seal as Notary Public this

20  _3ᵉᵈ_ day of _September_ , 2003.

21

22                           _Audra Quinn_

23                           Audra Quinn, RPR, LSR
                             Notary Public

24  My commission expires:  7/31/2006
    LSR No. 106

25