# 1990

# TOWN PLAN
# OF
# DEVELOPMENT

# OLD LYME, CONNECTICUT

## *ADOPTED MARCH 22, 1990*

EXHIBIT I-1

The Planning Commission would like to thank the many Boards, Commissions and citizens who have given their time and skills to make this plan possible.

### OLD LYME PLANNING COMMISSION

Barbara M. Deitrick, Chairman
Leroy Strohla, Vice Chairman
Alan Bayreuther, Secretary
Benjamin Marbury
Jane Marsh

ALTERNATES
Edmund J. O'Brien
Robert H. Pierson

### INTRODUCTION

As required by Section 8-23 of the Connecticut General Statutes, Old Lyme adopted its first Plan of Development in 1965. The 1975 Revised Plan reflected a growing awareness of protecting the Town's natural resource base. In 1982, the Coastal Municipal Program, developed in response to the Connecticut Coastal Management Act, was adopted as an amendment to the 1975 Plan.

The 1990 Plan was formulated at the end of a decade of substantial development pressures in Connecticut and the Northeast. Issues of central concern became the rapid increases in the costs of land and housing, the potential for development of important natural areas and the fear of losing the small town atmosphere of Old Lyme. Even though the development boom peaked in 1988 and Connecticut had moved into a significant recession by 1990, the effects of the intense development pressures of the 1980's continued to be seen and felt.

The Plan was prepared in three steps: (1) available information was inventoried, (2) problems and opportunities analyzed, and (3) specific goals and recommendations developed. Four citizens' committees gathered information and made recommendations concerning land use, public health and safety, the Town's economic base and community facilities. A Plan Questionnaire was mailed to every household. Nearly 700 were returned, many with helpful comments and suggestions. Technical help was provided by the Connecticut River Estuary Regional Planning Agency.

**Adopted on March 22, 1990** the 1990 Plan of Development for Old Lyme, Connecticut includes and reaffirms the recommendations contained in the Town's Coastal Municipal Program. This document is a summary of the full Plan which is available for review at the Town Hall office of the Planning Commission.

**BACKGROUND**

**Natural Resources**

Situated on the east side of the Connecticut River where it meets
Long Island Sound, Old Lyme's most outstanding natural feature is its
estuarine environment. Hundreds of acres of tidal marsh fringe the
river and large estuarine islands, protected coves and rocky
headlands enhance the waterfront. Along the 14 miles of Long Island
Sound shorefront, beach strands are narrow and interspersed with
rocky bluffs, small rivers and streams.

Inland from the coastal plain three linear ridges run north to south
delineating the boundaries of the Town's major drainage basins of the
Lieutenant, Black Hall and Four Mile Rivers. Among minor but
essential stream systems are those of the Duck River, Mile Creek,
Armstrong Brook and Swan Brook. An estimated 2,000 acres of inland
wetlands are an intrinsic component of these drainage systems. To
the north, another important natural resource, Rogers Lake, covers
about 300 acres in the Towns of Old Lyme and Lyme.

**Development Patterns**

The Town of Old Lyme encompasses some 27.1 square miles. About 75%
of the land area remains undeveloped of which one sixth is held as
passive open space by the State, Town or private conservation
interests. However, several large parcels have no permanent
protection and might be developed in the future. Of the remaining
undeveloped land, about 44% has very severe limitations for
development because of wet soils, very steep slopes and shallow
bedrock. These conditions create problems for on-site sewage
disposal upon which Old Lyme relies entirely. In addition, private
individual wells are the principal source of domestic water for all
but beach areas served by small community water systems.

Early development followed the Boston Post Road and the Shore Road
focusing on three areas: the village center along Lyme Street, the
Rogers Lake-Laysville area, and the seasonal communities along Long
Island Sound. In the 1920's small lots were carved out along Rogers
Lake for summer cottages. Today, most of these have become year-
round homes. Over the past several decades, year-round, single
family residential subdivision homes have spread into previously
rural areas of Town. The willingness of property owners to sell
larger tracts of land has been the determining factor in the location
of new development rather than ease of development or allowable
zoning densities.

## POPULATION

During the first half of the 20th Century, Old Lyme's year-round population grew slowly from 1,180 people in 1900 to 2,141 by 1950. Following the opening of the Connecticut Turnpike in 1958, shore towns experienced more rapid rates of growth. From 5,274 people in 1960, Old Saybrook had grown into a busy commercial and retail center of 9,552 people by 1990. East Lyme became a rapidly growing suburb and bedroom community for the New London-Groton labor market with 15,340 residents in 1990, more than doubling its 1960 population of 6,782. Old Lyme, too, more than doubled its 1960 population of 3,068 to 6,535 by 1990.

Following the regional and state pattern, the percentage of older residents in Old Lyme has increased over the past decade with the biggest increase among persons between the ages of 45 and 54. From 1980 to 1990, the Town's median age rose from 35.5 to 39.8 years of age. With fewer children in the population, average household size has declined to 2.54 persons per household.

On Census Day 1990, 40.77% of the Town's 4,336 dwelling units was vacant. This was the highest vacancy rate in the state and considerably higher than that of any other Connecticut town. Old Lyme's high rate is a result of the large number of seasonal cottages and a growing number of weekend retreat homes.

Between 1980 and 1990 the number of dwelling units grew by 10.6%, a somewhat higher rate than the 6.1% growth in population over the same period. Housing prices escalated rapidly. In 1980 the median value of a house in Old Lyme was about $76,000.00. By 1989 the median sales price was $194,450. With an estimated median income of $54,804 for an Old Lyme family of four, the median income family could not afford the median priced home.

## CRITICAL ISSUES AND OPPORTUNITIES

Of the numerous development issues facing Old Lyme in the years ahead there are four which will be particularly important in determining the direction the Town will take in the coming decades.

### Sewer Avoidance

Municipal sewers are a costly solution to water pollution problems which occur when land cannot handle on-site sewage disposal demands. Once installed, municipal sewers provide a reason for property owners to seek more intensive use of their property no longer limited by soil capacity. More intensive development may be incompatible with the small town character Old Lyme seeks to retain. Although sewers may be the only solution to previous overdevelopment in some areas, most of the Town can avoid the need for them with good installation and maintenance of individual septic systems. Regular inspections and periodic pumping of septic systems are necessary to keep them functioning properly. This can be achieved by initiation of a

comprehensive sewer avoidance program and adequate staffing for the Health Department so it can monitor soils tests, installations and repairs in the field.

## The Beach Areas

More than 1,000 seasonal dwelling units remain in Old Lyme's shore communities. Although many homes are maintained with pride, others are showing their age. Built on very small lots before adoption of planning and zoning, overcrowding occurs as does unlawful conversion to multi-family and year-round use. With much of the shore area in a high flood hazard zone and in danger of exceeding the capacity of the land to deal with on-site sewage, the future of the beach areas is possibly the Town's most difficult issue. A coordinated approach is necessary to resolve the problems resulting from the dense development of the past. Together with seasonal property owners, Town officials must examine alternatives and propose solutions which will allow future use of the land in a manner consistent with public health and safety.

## Maintaining Population Diversity

As Old Lyme has become known as an increasingly desirable place to live, housing prices have soared. Many current residents could not afford to buy their homes at today's prices; many of Old Lyme's young adults, new families and elderly must look for housing outside their hometown. To maintain the mix of ages and income levels which has characterized Old Lyme throughout its history, ways must be found to reduce the cost of a portion of the housing stock to make it affordable to people with modest income.

## Community Appearance

New development must be compatible with the character of the Town. Industrial, commercial and residential development must be carefully fitted to the land and arranged so as to blend with its surroundings. Appropriate scale, size, design and landscaping can allow new development which enhances rather than detracts from the community. Visual details such as adequate buffering, appropriate architecture, preservation of natural site features, and protection of views and vistas are critical. Otherwise, the Town's special character will be lost.

## GOALS AND POLICIES

The goals and policies for this Plan of Development are the basis for future recommendations and actions. In formulating them, the Planning Commission relied heavily on the opinions of Town residents expressed in the Plan of Development Questionnaire, and on the recommendations of the four citizens' committees.

### GOALS

The 1975 Plan had as its primary goal the following broad statement of intent which is as valid today as it was in 1975:

> *TO PROVIDE FOR ORDERLY GROWTH COMPATIBLE WITH OLD LYME'S NATURAL RESOURCES, HISTORIC CHARACTER AND ECONOMIC ABILITY TO SUPPORT AND FINANCE LOCAL SERVICES.*

### POLICIES

*FUTURE DEVELOPMENT SHOULD BE GUIDED IN SUCH A MANNER AS TO BE CONSISTENT WITH THE NEED TO PRESERVE THE SMALL TOWN ATMOSPHERE OF OLD LYME WHICH INCLUDES BOTH THE PHYSICAL SETTING AND SENSE OF COMMUNITY AMONG RESIDENTS.*

*WHILE SINGLE FAMILY HOMES SHOULD CONTINUE TO BE THE PRIMARY FORM OF RESIDENTIAL USE, PROVISION SHOULD BE MADE FOR A QUANTITY AND VARIETY OF HOUSING TYPES AND COSTS SUFFICIENT TO MEET THE NEEDS OF VARIOUS AGE GROUPS, INCOME LEVELS AND FAMILY CONFIGURATIONS.*

*COMMERCIAL USES AND THEIR EXPANSION SHOULD BE LIMITED TO THREE DESIGNATED COMMERCIAL AREAS: HALLS ROAD, LAYSVILLE, AND THE SHORE ROAD FROM THE MILE CREEK EASTWARD TO THE SOUND VIEW AREA. ADDITIONAL STRIP DEVELOPMENT SHOULD NOT BE ALLOWED.*

*COMMERCIAL PROPERTIES SHOULD BE COMPATIBLE IN SCALE AND APPEARANCE WITH OLD LYME'S SMALL TOWN CHARACTER AND SHOULD BE DESIGNED PRIMARILY TO SERVE THE RETAIL AND SERVICE NEEDS OF LOCAL RESIDENTS.*

*LIGHT INDUSTRY SHOULD BE ENCOURAGED WITHIN THE APPROPRIATE DESIGNATED AREA TO ADD STABILITY TO THE TAX BASE AND PROVIDE EMPLOYMENT OPPORTUNITIES WITHIN THE COMMUNITY. GOOD INDUSTRIAL SITE DESIGN, AN ATTRACTIVE SETTING AND INDUSTRIAL BUILDINGS OF MODEST SCALE ARE NECESSARY TO MAINTAIN THE CHARACTER OF OLD LYME.*

*LAND SHOULD BE SET ASIDE AS PERMANENT OPEN SPACE TO PRESERVE IMPORTANT NATURAL RESOURCES, PROTECT DRAINAGE WAYS, PROVIDE FOR PASSIVE RECREATION, AND MAINTAIN THE VISUAL AND AESTHETIC CHARACTER OF THE TOWN.*

*A WIDE RANGE OF PUBLIC AND PRIVATE RECREATIONAL OPPORTUNITIES SHOULD BE AVAILABLE TO ALL OLD LYME RESIDENTS.*

*DEVELOPMENT SHOULD BE CONTROLLED SO AS TO PREVENT THE CREATION OF HEALTH AND SAFETY PROBLEMS. ANY EXISTING HEALTH AND SAFETY PROBLEMS SHOULD BE ELIMINATED. AN AGGRESSIVE SEWER AVOIDANCE PROGRAM SHOULD BE PURSUED SO THAT MUNICIPAL SEWERS WILL NOT BECOME A NECESSITY.*

*GROUND WATER MUST BE PROTECTED FROM CONTAMINATION DUE TO THE TOWN'S DEPENDENCE ON WELL WATER FOR DOMESTIC USE.*

*IMPROVEMENT OF TOWN ROADS IS NECESSARY TO REMOVE IDENTIFIED HAZARDS, BUT IMPROVEMENTS WHICH WOULD DIMINISH THE SCENIC QUALITY OF THE ROADS SHOULD BE DISCOURAGED CONSISTENT WITH SAFETY REQUIREMENTS.*

*THE DEVELOPMENT OF PUBLIC FACILITIES SHOULD BE SCHEDULED TO ALLOW THE PROVISION OF PUBLIC SERVICES IN THE MOST COST EFFECTIVE AND EFFICIENT MANNER, AVOIDING CRISIS DECISION MAKING.*

*FUTURE DEVELOPMENT SHOULD BE AESTHETICALLY PLEASING AND IN KEEPING WITH THE SMALL TOWN AMBIANCE OF OLD LYME. RETENTION OF AN ATTRACTIVE COMMUNITY APPEARANCE SHOULD BE ONE OF THE IMPORTANT CRITERIA USED IN LAND USE DECISION MAKING.*

## RECOMMENDATIONS

### A. NATURAL RESOURCES

*Natural resource preservation was the issue identified as "Very Important" by the greatest number of people answering the Plan Questionnaire. Future development must be planned to include preservation of natural open spaces as a necessary part of a balanced community in order to preserve important natural resources, protect drainage ways, provide for passive recreation and maintain the visual and aesthetic character of Old Lyme. New development should be planned so as to have the least effect on air, land and water quality, and natural habitat.*

1. Development of fragile areas including inland and tidal wetlands, floodplains, steep slopes, mature tree stands and unusual geographic features should be prohibited. Preservation of such areas as permanent open space should be encouraged.
   **ACTION:** PLANNING, CONSERVATION, AND ZONING COMMISSIONS

2. Acquire new open space which complements existing open space areas, provides for linkage of larger tracts, creates greenbreaks, and helps to define individual neighborhoods.
   **ACTION:** PLANNING AND CONSERVATION COMMISSIONS, OLD LYME CONSERVATION TRUST

3. Prepare an Open Space Plan which identifies specific areas of conservation, preservation or recreational interest. Such a plan should be a cooperative effort of Town agencies including Planning, Zoning and Conservation Commissions, Parks and Recreation Commission, Historic District Commission, Old Lyme Conservation Trust, Historical Society, State Archaeologist and others. The plan should:

   -establish criteria for open space in new subdivisions

   -identify areas for possible Town acquisition

   -provide guidelines for preservation of natural or historic features by less-than-fee acquisition

   **ACTION:** PLANNING COMMISSION as lead agency to establish a Joint Task Force

4. Continue to support efforts of the Gateway Commission to regulate and acquire important property along the Connecticut River corridor.
   **ACTION:** ALL TOWN AGENCIES

5. Work with private non-profit land conservation organizations to encourage donations of land for open space purposes.
   **ACTION:** PLANNING, CONSERVATION AND RECREATION COMMISSIONS, BOARD OF SELECTMEN

-7-

6.   To the greatest extent possible, encourage retention and preservation of forest and agricultural lands through preferential taxation (Public Act 490).
     **ACTION:**  ASSESSOR

7.   In new subdivisions where large wooded tracts or tillable land may be affected by development, encourage developers to retain large contiguous areas of woodlands or agricultural land as open space.
     **ACTION:**  PLANNING AND ZONING COMMISSIONS

8.   Encourage use of planned residential community zoning regulations to permit clustering of single family homes so as to preserve large tracts of open space.
     **ACTION:**  PLANNING AND ZONING COMMISSIONS

9.   Protect coastal resources through coastal site plan review in accordance with the specific management recommendations of the Municipal Coastal Program for Old Lyme.
     **ACTION:**  PLANNING AND ZONING COMMISSIONS, ZONING BOARD OF APPEALS

10.  Continue to require that comprehensive sedimentation and erosion controls be included as part of all new construction.  Assure continued effectiveness of such controls through regular field inspections and bonding of required control measures.
     **ACTION:**  PLANNING, ZONING, INLAND WETLANDS & WATERCOURSES COMMISSIONS

11.  Work closely with the Rogers Lake Authority to find means of improving the water quality in Rogers Lake.
     **ACTION:**  HEALTH DEPARTMENT, SELECTMEN

12.  Recognize the possibility of sea level rise as a result of global warming.  Include consideration of the effects of sea level rise as a part of plan review for both public and private development.
     **ACTION:**  PLANNING & ZONING COMMISSIONS, SELECTMEN

## B. HOUSING

*Responses to the Plan Questionnaire indicate that residents prefer single-family, detached housing for Old Lyme,  In addition, almost 75% of those responding felt it is important to have more low and moderate income housing in town.  The challenge is to promote lower cost housing while maintaining high standards of health and appearance.*

1.   Encourage accessory apartments where they can be created consistent with public health and still maintain the character of the neighborhood. Zoning regulations should be amended to allow accessory apartments in existing single family residences provided restrictions on square footage, appearance and conformance with health requirements are met.
     **ACTION:** ZONING COMMISSION

2.   Support efforts by not-for-profit housing land trusts or other non-profit organizations to construct and/or operate subsidized scattered-site housing.  Consideration should be given to amending the zoning regulations to facilitate such efforts consistent with good land use practices.  Support for such housing should be based on guarantees that the housing will remain "forever affordable".
     **ACTION:** ZONING COMMISSION, OTHER TOWN AGENCIES

3.   Base residential densities on soil capacity and suitability for on-site sewage disposal systems.
     **ACTION:** PLANNING AND ZONING COMMISSIONS

4.   Encourage small scale cluster residential development, but limit the total size and number of units in any one building to avoid a "project" appearance.
     **ACTION:** ZONING COMMISSION

5.   Develop a procedure and establish criteria to assure that any expanded use of seasonal dwellings is not detrimental to public health and safety.  Complete identification of the status of individual seasonal properties as a baseline for future enforcement activities.  Consider adoption of a Town ordinance or zoning amendment as a means of establishing a formal procedure for expanded use: winterization, additions, etc.
     **ACTION:** ZONING ENFORCEMENT OFFICER, HEALTH DEPARTMENT

6.   Consider adoption of inclusionary zoning regulations which encourage or require a developer to set aside a percentage of the total number of proposed dwelling units for people with modest incomes.  Amendments establishing inclusionary zoning should also require that such units remain "perpetually affordable".
     **ACTION:** ZONING COMMISSION

### C. COMMERCIAL DEVELOPMENT

*In the Questionnaire, residents placed less importance on commercial development than any other form of land use. The primary purpose of commercial development is to provide services and employment for Old Lyme residents.*

1.  Additional strip development should not be permitted. Amend the zoning map to restrict new commercial development to three areas: Halls Road, Laysville, and the area from the Mile Creek to the police station of Shore Road.
    **ACTION:** ZONING COMMISSION

2.  Within the zoning regulations, develop improved standards for commercial development with respect to parking ratios, parking layout, buffer areas, landscaping and architectural design. Require that commercial complexes and buildings be appropriate for their surroundings in scale and size. Encourage coordination of adjacent commercial developments to allow shared parking, limited curb cuts and combined access, common signage and coordinated landscaping.
    **ACTION:** ZONING COMMISSION

3.  Adopt special design standards for the Halls Road area to provide unity, continuity and coherence to the Town's commercial "downtown". Such standards should include signage, landscaping, lighting and architectural compatibility.
    **ACTION:** ZONING COMMISSION

4.  Encourage retention and expansion of marine-related commercial development in appropriate locations consistent with the natural resource base.
    **ACTION:** ZONING COMMISSION

5.  Restrict further expansion of the Hartford Avenue commercial area through code enforcement, possible rezoning, private cooperation, and possible Town acquisition of property.
    **ACTION:** ZONING COMMISSION, SELECTMEN, OTHER TOWN AGENCIES

6.  Upgrade and enforce zoning regulations governing home occupations in order to place limitations on this accessory use which will assure that home businesses do not detract from the residential character of their neighborhoods.
    **ACTION:** ZONING COMMISSION

7.  Require developers to install sidewalks along roads in high traffic areas as part of new development or during major renovations of existing development.
    **ACTION:** ZONING COMMISSION

## D. **INDUSTRIAL DEVELOPMENT**

*About two-thirds of those responding to the Questionnaire felt that light industrial development is at least of some importance for Old Lyme's future. Well designed light industry should be encouraged within assigned areas to add stability to the tax base and provide employment opportunities within the community.*

1.   Permit light industrial uses only in the industrial areas near the intersection of I-95 and Four Mile River Road.
     **ACTION:**  ZONING COMMISSION

2.   Allow new industrial development only where adequate infrastructure is in place or where the developer is willing to provide necessary infrastructure improvements: roads, water, sewage disposal, drainage.
     **ACTION:**  PLANNING AND ZONING COMMISSIONS

3.   Adopt zoning regulations which include suitable standards for size, design, parking and landscaping of industrial development.  Increase buffer requirements between industrial and other uses.
     **ACTION:**  ZONING COMMISSION

4.   Encourage clustering of industrial buildings while retaining large areas of surrounding undeveloped land for open space purposes in order to create industrial "parks" which retain an open appearance.
     **ACTION:**  PLANNING AND ZONING COMMISSIONS

## E. **PUBLIC UTILITIES – PUBLIC HEALTH AND SAFETY**

*The provision of public sewers and water is one of the most significant issues facing Old Lyme.  Eighty-two (82%) percent of residents answering the Plan Questionnaire supported a Town-wide sewer avoidance program.  Almost sixty (60%) percent did not want the Town to plan for public water.  Future development must be controlled so as to prevent the creation of health and safety problems necessitating public sewers and water.*

1.   Develop and enforce a mandatory sewer avoidance program including education, on-site inspections and a systematic maintenance and pumping program for septic systems.
     **ACTION:**  SELECTMEN, HEALTH DEPARTMENT, SEWER AVOIDANCE COMMITTEE

2.   Amend zoning regulations to prohibit creation of new building lots of less than 30,000 square feet of buildable area to avoid creation of future sewage disposal problems.
     **ACTION:**  ZONING COMMISSION

3.   Protect present and future ground water supplies through enforcement of water resources district regulations.
     **ACTION:**  PLANNING AND ZONING COMMISSIONS

4.    Identify a suitable long-term means of disposal for septic sludge as an essential part of a mandatory sewer avoidance program.
      **ACTION:** SELECTMEN

5.    Prohibit expansion or winterization of seasonal dwellings unless all relevant health and building codes can be met. Adopt a Town Ordinance or zoning amendment to establish a procedure and criteria for additions and winterization. Prosecute violators.
      **ACTION:** ZONING COMMISSION, BUILDING AND ZONING OFFICIAL, HEALTH DEPARTMENT

6.    Consider installation of community water systems in non-beach areas with identified septic disposal problems as a possible means of long-term sewer avoidance in those areas.
      **ACTION:** HEALTH DEPARTMENT, SELECTMEN, PLANNING COMMISSION

### F.  TRANSPORTATION AND CIRCULATION

*Just over half of the residents responding to the Plan Questionnaire felt that existing roads are adequate, but many felt that more maintenance and specific safety improvements are desirable. Improvements to Old Lyme country roads must be in keeping with the Town's rural character.*

1.    Improve Town roads only to the extent necessary to eliminate specific safety hazards.
      **ACTION:** SELECTMEN, PLANNING COMMISSION, TOWN ENGINEER

2.    Avoid excessive standards for new Town roads. Appropriate minimum standards help to maintain the rural character of the Town, lower costs of new roads, reduce the concentration of stormwater runoff and reduce long-term maintenance costs.
      **ACTION:** PLANNING COMMISSION, SELECTMEN, TOWN ENGINEER

3.    Assign highest priority to improvements to Mile Creek Road, Four Mile River Road and Whippoorwill Road, and to critical intersections.
      **ACTION:** SELECTMEN

4.    Establish a program to survey and monument bounds of unmarked Town roads.
      **ACTION:** SELECTMEN

5.    While each new subdivision development should have safe and adequate traffic access and circulation, the Planning Commission should continue to require provision for future linkage of subdivision streets in order to establish additional means of egress for traffic flow and emergency vehicle access. Such linkage should avoid creation of straight "shortcuts" through subdivisions unless the new road is designated as a collector street.
      **ACTION:** PLANNING COMMISSION

6. The Future Land Use Map identifies the general location of desirable collector streets. New development which would be served by the collector street should include construction of the portion which traverses the development, and each development should be laid out to facilitate appropriate collector street design.
   **ACTION:** PLANNING COMMISSION

7. Amend zoning and subdivision regulations to require shared responsibility for improvements by abutting property owners who wish to build on an unimproved Town road.
   **ACTION:** PLANNING AND ZONING COMMISSIONS

8. Identify any driveways, woods roads or other rights-of-way which have been mistakenly identified as Town roads, and take necessary measures to assure these have been legally abandoned.
   **ACTION:** SELECTMEN

9. Support special programs to provide transportation for the elderly and handicapped who cannot operate their own private vehicles.
   **ACTION:** SELECTMEN

10. Support extension of the New Haven commuter train line to Old Lyme to provide service to the east side of the Connecticut River.
    **ACTION:** SELECTMEN

11. Provide for safe pedestrian access in areas where pedestrian traffic can be expected: shopping areas, schools, Lyme Street, beach areas.
    **ACTION:** PLANNING AND ZONING COMMISSIONS.

12. Consider establishing designated bicycle routes on roads of sufficient width to allow safe bike traffic.
    **ACTION:** PLANNING COMMISSION, SELECTMEN

### G. RECREATION

*A wide range of both active and passive recreational opportunities should be available to all Old Lyme residents. In the Plan Questionnaire, residents felt that expanded Town beaches on the Sound and at Rogers Lake were the most desirable recreational facilities. Support was also expressed for hiking and biking trails.*

1. Improve access for all residents to the Connecticut River and to Long Island Sound. Expand public beach and beach support facilities including rest rooms and parking. Consider acquisition by the Town of additional land in the Sound View area by condemnation, if necessary, to provide additional beach facilities.
   **ACTION:** PARKS AND RECREATION COMMISSION, SELECTMEN

2. Increase security at existing facilities to deter vandalism. Consideration should be given to extended park hours: evenings, out of season.
   **ACTION:** PARKS AND RECREATION COMMISSION, SELECTMEN

3.  Investigate ways to use conservation and public lands for recreational use: hiking, bird watching, cross country ski trails, etc.
    **ACTION:** PARKS AND RECREATION COMMISSION, PLANNING COMMISSION

4.  Continue to make full use of school recreational facilities.
    **ACTION:** ALL TOWN AGENCIES

5.  Consider establishing bicycle lanes along suitable Town roads and seek State cooperation for establishing such lanes on State highways.
    **ACTION:** PARKS AND RECREATION COMMISSION, PLANNING COMMISSION, SELECTMEN, TOWN ENGINEER

## H. CULTURAL RESOURCES

*Changes in land use over the past several decades have not spoiled the special small town character of Old Lyme. That character includes both the sense of community and the physical appearance of the Town. Many programs have been developed to protect natural resources, but protection and preservation of cultural resources has not received the same level of attention. For this reason, the 1990 Plan includes this special section.*

1.  Consider possible expansion of the Lyme Street Historic District, and the establishment of additional historic districts in other areas of Town.
    **ACTION:** HISTORIC DISTRICT COMMISSION

2.  Preserve historic structures within a compatible setting, taking care to recognize the impact of new development on older buildings.
    **ACTION:** HISTORIC DISTRICT, PLANNING AND ZONING COMMISSIONS

3.  Encourage preservation of existing housing with special emphasis on houses of historic significance. Consider adoption of a demolition delay ordinance which would require review and approval by the Planning Commission prior to demolition of historic structures.
    **ACTION:** PLANNING COMMISSION, SELECTMEN

4.  Support relocation of existing overhead utility wires along Lyme Street to enhance historic ambiance.
    **ACTION:** ALL TOWN AGENCIES

5.  Through site plan and subdivision review, encourage the preservation of special features of the landscape including stone walls, mature trees, pastures and open fields.
    **ACTION:** PLANNING AND ZONING COMMISSIONS

6.  Identify areas with significant archaeological potential and require "Stage 1" survey of historic and prehistoric resources as part of plan information.
    **ACTION:** PLANNING AND ZONING COMMISSIONS

7.  Consider adoption of a scenic road ordinance to protect qualifying rural roads under Section 7-148 of the Connecticut General Statutes.
    **ACTION:**  PLANNING COMMISSION, SELECTMEN

8.  Amend subdivision and zoning regulations to require comprehensive landscaped buffers between new developments and existing roadways.  Use open space dedication and reverse frontage requirements in new developments to provide an aesthetically pleasing appearance from the public street and retain the rural character of the existing Town roads.
    **ACTION:**  PLANNING AND ZONING COMMISSIONS

9.  Encourage continuation of the Town's arts and cultural history by municipal support and provision of facilities for community events celebrating that history.
    **ACTION:**  ALL TOWN AGENCIES

10. Consider establishing an Advisory Committee on Community Appearance to review and make recommendations on the suitability and compatibility of preliminary architectural designs.
    **ACTION:**  PLANNING AND ZONING COMMISSIONS

11. Amend zoning regulations to increase landscaping requirements and decrease allowable lot coverage for all types of development in order to preserve the rural character and small town ambiance of Old Lyme. Specific guidelines should be incorporated within the regulations to inform developers what type and style of landscaping is in keeping with the character of the community.
    **ACTION:**  ZONING COMMISSION

**LISTING OF CAPITAL IMPROVEMENTS AND SPECIAL STUDIES
RECOMMENDED IN THE PLAN OF DEVELOPMENT
(not in priority order)**

*PUBLIC SUPPORT FOR AFFORDABLE HOUSING (LAND, LOANS - SPECIFIC TOWN
CONTRIBUTION NOT YET IDENTIFIED)*

*DEVELOPMENT OF AN OPEN SPACE AND RECREATION PLAN*

*ACQUISITION OF OPEN SPACE (IDENTIFIED IN OPEN SPACE PLAN)*

*IMPROVEMENT OF WATER QUALITY IN ROGERS LAKE*

*EXPANSION OF BEACH AND BEACH SUPPORT FACILITIES*

*UPGRADE SOUND VIEW AREA (SPECIFIC IMPROVEMENTS NOT YET IDENTIFIED)*

*SYSTEMATIC ROAD MAINTENANCE AND IMPROVEMENTS PROGRAM*

*SURVEY AND MONUMENT BOUNDS OF UNMARKED TOWN ROADS*

*ACTIVE SEWER AVOIDANCE PROGRAM*

*IDENTIFICATION AND ENFORCEMENT OF SEASONAL CONVERSIONS*

*COMMUNITY WATER SYSTEMS IN PROBLEM AREAS (ROGERS LAKE)*

*LONG TERM SEWAGE SLUDGE DISPOSAL SOLUTION*

*RELOCATION OF OVERHEAD WIRES ALONG LYME STREET*

*MANAGEMENT OF BULKY WASTE DISPOSAL AREA*

*TOWN OFFICE SPACE NEEDS (SHORT TERM & LONG TERM)*

*LIBRARY LAND ACQUISITION AND EXPANSION OF FACILITY*

*CONSTRUCTION OF SENIOR CITIZENS' CENTER*

*CONSTRUCTION OF FIRE AND AMBULANCE SUBSTATION IN LAYSVILLE AREA*

*SWAN BROOK DRAINAGE RECONSTRUCTION*

*DEVELOPMENT OF A CAPITAL RESERVE FUND FOR FUTURE EXPENSES*

*PREPARE PLAN FOR FUTURE USE OF TOWN WOODS SITE*

*COMPUTER NEEDS STUDY AND COMPUTER ACQUISITION*

## FUTURE LAND USE MAP

The Future Land Use Map depicts the Planning Commission's recommendations for future use of land, and should guide the Zoning Commission in designating future zone districts.

* The Map shows a land use mixture intended to maintain the Town's historic settlement pattern by preserving the rural areas and distinct neighborhoods.

* Proposed densities are based on the natural ability of the land to support development without the need for public water and sewer systems. An aggressive sewer avoidance system will be a key factor in keeping the traditional small town character of Old Lyme.

* The land use mixture and densities also are intended to reduce the need for major improvements to Town and State roads that would detract from their scenic quality. The Map shows proposed locations for new connecting roads through areas of Town with poor traffic circulation.

## LAND USE CATEGORIES

Twelve categories of land use are shown on the Map. The predominant use is residential with densities ranging from 30,000 square feet to 80,000 square feet per lot consistent with existing development patterns. A central commercial area along Halls Road, and neighborhood commercial areas on the Boston Post Road and Shore Road provide room for commercial services to meet the needs of residents. A light industrial area is located with easy access to I-95 Interchange 71 to avoid industrial traffic on local roads. The Future Land Use Map provides for waterfront access, designating areas for marina use. Permanently protected open space is identified including large areas of tidal marsh along the Connecticut River. Areas which are currently held as open land, but are not protected by permanent restrictions, including golf courses and the National Guard property, are also shown.

## A. PRIMARY RESIDENTIAL

This category recognizes areas which were developed at relatively high densities prior to zoning. Primary Residential areas include some of the Town's most suitable soils for development, an indication of the wisdom displayed by early settlers in choosing areas for settlement. This category would require a minimum lot size of 30,000 square feet of buildable land in keeping with the proposed sewer avoidance policy.

**B. <u>MEDIUM RESIDENTIAL</u>**

The Medium Residential category includes land developed during the period of growth following construction of the original Baldwin Bridge and Connecticut Turnpike. A minimum lot size of one acre, including three-quarters of an acre of buildable land, is needed to maintain the character of the area, with larger lots as necessary depending on individual site conditions.

**C. <u>RURAL RESIDENTIAL</u>**

This category includes the Town's large undeveloped area, typically land which has not been developed due to poor soils, difficult terrain and poor access. Within the Rural Residential areas there are pockets of land more suitable for development, and cluster development should be encouraged where appropriate.

**D. <u>NEIGHBORHOOD COMMERCIAL</u>**

Two areas are designated as Neighborhood Commercial centers: one along Route 1 in Laysville and the other along the Shore Road. These areas are intended to provide retail and other commercial services primarily for residents. They are limited in size to avoid creation of unattractive and inefficient commercial strips.

**E. <u>COMMERCIAL CENTER</u>**

The commercial "downtown" along Halls Road is intended to provide a broad range of commercial activities to serve the entire Town and, to a lesser degree, the rural areas north of Old Lyme.

**F. <u>LIGHT INDUSTRIAL</u>**

To minimize intrusion on residential areas land near Exit 71 has been designated for light industrial use. This use requires 80,000 square feet as the minimum lot size.

**G. <u>MARINA</u>**

This category reserves suitable waterfront sites for water dependent uses in keeping with the Town's historic relationship to the waters of Long Island Sound and the Connecticut River. Suitable sites are limited due to the extensive tidal marshes along the shoreline.

**H. COMMUNITY FACILITIES**

Municipal and other community facilities are included in this category.  Many of the Town's existing civic facilities are located along Lyme Street.  New facilities should continue to be located there to reinforce the Town's "civic center".

**I. PROTECTED OPEN SPACE**

In this category, future development of property is permanently restricted through ownership by the State Department of Environmental Protection, a private conservation organization, or by deed restrictions on future use.

**J. EXISTING (NOT PROTECTED) OPEN SPACE**

Several large tracts under institutional ownership are held in an undeveloped condition or for recreational use.  There is no long term legal commitment to their open space use.

**K. AREAS OF SPECIAL CONSERVATION INTEREST**

The most sensitive natural features are shown as areas of Special Conservation Interest:  streambelts, wetlands, steep slopes and shoreline areas.  Development activity within these areas must be carefully reviewed to avoid destruction or damage to fragile natural systems.  Protection of natural resources should receive highest priority, overriding the designation of the area for a particular use.  Uses are appropriate only if they would have no significant adverse impact on natural resources.

**L. FUTURE COLLECTOR ROADS**

In some areas of Town difficult terrain and historic land ownership patterns have discouraged creation of Town roads.  When new development is proposed in these areas, there may be an opportunity to require new collector roads to improve traffic circulation.  The Map shows the general location where such roads might be feasible.



OLD LYME

ENVIRONMENTAL
CONSTRAINTS



**KEY~**

- PRIMARY RESIDENTIAL
- MEDIUM RESIDENTIAL
- RURAL RESIDENTIAL
- NEIGHBORHOOD COMMERCIAL
- COMMERCIAL CENTER
- LIGHT INDUSTRIAL

- LAKES, PONDS

- PROTECTED OPEN SPACE
- UNPROTECTED EXISTING OPEN SPACE
- SPECIAL CONSERVATION INTEREST
- COMMUNITY FACILITIES
- MARINA

OLD LYME PLANNING COMMISSION

N
S

1990

0 ___ 1 Mi.

SAYBROOK

RIVER

LONG ISLAND SOUND