UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER, : : : | CIVIL ACTION NO. 3:00CV97 (EBB) |
| Plaintiffs : | |
| VS. : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, : : : : : | |
| Defendants : | MARCH 1, 2007 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO CERTAIN DEFENDANTS'
FEBRUARY 20, 2007 MOTION FOR SUMMARY JUDGMENT**

Pursuant to D. Conn. L. Civ. R. 7, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, hereby request an extension of time of forty-five (45) additional days in which to file their Opposition to Defendants', Town of Old Lyme, Town of Old Lyme Zoning Commission, and Marilyn Ozols, February 20, 2007-filed Motion for Summary Judgment. This is Plaintiffs' first request for an extension of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Further, Plaintiffs' counsel has inquired of the Defendants' counsel and there is agreement to the motion.

The requested extension is necessary to allow the Plaintiffs sufficient time to draft an Opposition to Defendants' voluminous Motion for Summary Judgment and accompanying Memorandum of Law and exhibits. The Plaintiffs' counsel requires additional time to confer with multiple members of the plaintiff association to prepare their Opposition memorandum.

WHEREFORE, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, respectfully request that their first motion for extension of time be granted.

THE PLAINTIFFS,
SOUTH LYME PROPERTY OWNERS
ASSOCIATION, INC., CHARLES AND
VICTORIA PARSONS AND JOAN BYER

By /s/
Kenneth R. Slater, Jr. of
HALLORAN & SAGE LLP
Fed. Bar #ct 09451
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of March 2007, I hereby mailed a copy of the foregoing to:

John J. Radshaw, III, Esq.
Thomas R. Gerarde, Esq.
David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT   06114

Eric Knapp, Esq.
Mark K. Branse, Esq.
Branse & Willis LLC
41-C New London Turnpike
Glastonbury, CT   06033

_____
Kenneth R. Slater, Jr.

958029v1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105