# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER, : : : : | CIVIL ACTION NO. 3:00CV97 (EBB) |
| Plaintiffs : : | |
| VS. : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, : : : : : : | |
| Defendants : | MARCH 23, 2007 |

## PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CERTAIN DEFENDANTS' FEBRUARY 9, 2007 MOTION FOR SUMMARY JUDGMENT

Pursuant to D. Conn. L. Civ. R. 7, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, hereby request an extension of time of thirty (30) additional days in which to file their Opposition to Defendants', Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert, and Sharon Colvin, February 9, 2007-filed Motion for Summary Judgment. This is Plaintiffs' second request for an extension of

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

time. Further, Plaintiffs' counsel has inquired of the Defendants' counsel and there is agreement to the motion.

The requested extension is necessary to allow the Plaintiffs additional time to draft their responsive papers to Defendants' voluminous motion for summary judgment and accompanying memoranda of law and exhibits. Preparation of the response is more time consuming then originally anticipated. The additional time is also necessary for counsel to continue to confer with many members of the association.

WHEREFORE, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, respectfully request that their second motion for extension of time be granted.

THE PLAINTIFFS,
SOUTH LYME PROPERTY OWNERS
ASSOCIATION, INC., CHARLES AND
VICTORIA PARSONS AND JOAN BYER

By /s/
Kenneth R. Slater, Jr. of
HALLORAN & SAGE LLP
Fed. Bar #ct 09451
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 23rd day of March 2007, I hereby mailed a copy of the foregoing to:

John J. Radshaw, III, Esq.
Thomas R. Gerarde, Esq.
David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric Knapp, Esq.
Mark K. Branse, Esq.
Branse & Willis LLC
41-C New London Turnpike
Glastonbury, CT 06033

_____
Kenneth R. Slater, Jr.

969041v1

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105