UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER, | : : : : | CIVIL ACTION NO. 3:00CV97 (EBB) |
| Plaintiffs | : : | |
| VS. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, | : : : : : : | |
| Defendants | : | APRIL 3, 2007 |

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO CERTAIN DEFENDANTS'
FEBRUARY 20, 2007 MOTION FOR SUMMARY JUDGMENT**

Defendants have filed two motions for summary judgment in this matter, dated February 9, 2007 and February 20, 2007. It was Plaintiffs' intent to move the Court for an extension of time such that Plaintiffs' responses to both motions would be due on the same date. By oversight, the Plaintiffs failed to consolidate their request for extension and filed only a request for extension of time to respond to Defendants' February 9, 2007 motion and not the February

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

20, 2007 motion. On March 23, 2007, the Court granted the request regarding the February 9, 2007 motion, setting the time to reply as April 25, 2007.

Pursuant to D. Conn. L. Civ. R. 7, the Plaintiffs' request that the Court grant this second request as to the February 20, 2007 motion such that Plaintiffs' response to both of the Defendants' motions for summary judgment will be due on April 25, 2007.

This is Plaintiffs' second request for an extension of time regarding a response to the Defendants' February 20, 2007 motion. Plaintiffs' counsel has inquired of the Defendants' counsel and there is agreement to the motion.

WHEREFORE, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, respectfully request that their second motion for extension of time be granted.

> THE PLAINTIFFS,
> SOUTH LYME PROPERTY OWNERS
> ASSOCIATION, INC., CHARLES AND
> VICTORIA PARSONS AND JOAN BYER
>
> By /s/ Kenneth R. Slater, Jr.
>    Kenneth R. Slater, Jr. of
>    HALLORAN & SAGE LLP
>    Fed. Bar #ct 09451
>    One Goodwin Square
>    225 Asylum Street
>    Hartford, CT 06103
>    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 3rd day of April 2007, I hereby mailed a copy of the foregoing to:

John J. Radshaw, III, Esq.
Thomas R. Gerarde, Esq.
David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114


Eric Knapp, Esq.
Mark K. Branse, Esq.
Branse & Willis LLC
41-C New London Turnpike
Glastonbury, CT 06033

_____
Kenneth R. Slater, Jr.

973046v1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105