RECEIVED
APR 25 2007
CHAMBERS OF ELLEN BREE BURNS
Senior United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER, | : | CIVIL ACTION NO. 3:00CV97 (EBB) |
| Plaintiffs | : | |
| VS. | : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, | : | |
| Defendants | : | APRIL 24, 2007 |

### PLAINTIFFS' THIRD MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' FEBRUARY 9, 2007 AND FEBRUARY 20, 2007 MOTIONS FOR SUMMARY JUDGMENT

Pursuant to D. Conn. L. Civ. R. 7, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, hereby request an extension of time of three (3) additional days in which to file their Opposition to Defendants' February 9, 2007 and February 20, 2007 filed Motions for Summary Judgment such that Plaintiffs' response to both of the Defendants' motions will be due on Monday, April 30, 2007.

.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The reason for this requested extension is that lead counsel for the Plaintiffs became unexpectedly ill. Plaintiffs' counsel has inquired of the Defendants' counsel and there is agreement to the motion.

WHEREFORE, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, respectfully request that their Third Motion for Extension of Time be granted.

>
> THE PLAINTIFFS,
> SOUTH LYME PROPERTY OWNERS
> ASSOCIATION, INC., CHARLES AND
> VICTORIA PARSONS AND JOAN BYER
>
> By_____
> Kenneth R. Slater, Jr. and
> Thomas C. Blatchley of
> HALLORAN & SAGE LLP
> Fed. Bar #ct 09451
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103
> (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 24th day of April 2007, I hereby mailed a copy of the foregoing to:

John J. Radshaw, III, Esq.
Thomas R. Gerarde, Esq.
David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT   06114


Eric Knapp, Esq.
Mark K. Branse, Esq.
Branse & Willis LLC
41-C New London Turnpike
Glastonbury, CT   06033

_____
Thomas C. Blatchley

983529v1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105