UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER,<br><br>            Plaintiffs<br><br>VS.<br><br>TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS,<br><br>            Defendants | :   CIVIL ACTION<br>:   NO. 3:00CV97 (EBB)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   MAY 2, 2007 |

**UNOPPOSED TWO-DAY MOTION FOR
ENLARGEMENT OF TIME *NUNC PRO TUNC***

Pursuant to D. Conn. L. Civ. R. 7, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, respectfully request this Court for an enlargement of time of two (2) days from April 30, 2007 through and including May 2, 2007 in which to file an opposition to Defendants' February 9, 2007 and February 20, 2007 Motions for Summary Judgment.

The duplication of hard-copy and electronic files of the extensive exhibits and the preparation and assembly of the opposition papers and exhibits with respect to the Plaintiffs' two

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

summary judgment motions required more time than anticipated and delayed completion of the documents until yesterday at 4:00 p.m. The documents were couriered to the District Court at that time but were not delivered to the building until after the clerk's office closed. As a result, Plaintiffs' opposition papers will not be docketed until today, May 2, 2007.

This Court granted the Plaintiffs' third motion for an extension of time last week to extend the filing date from April 25, 2007 to April 30, 2007 due to an unexpected illness of the undersigned counsel. This request for an additional two-day extension is Plaintiffs' fourth motion for extension of time. The Defendants' consent to the granting of this motion.

WHEREFORE, the Plaintiffs, South Lyme Property Owners Association, Inc., Charles and Victoria Parsons and Joan Byer, respectfully request that their Motion for Extension of Time *Nunc Pro Tunc* be granted.

> THE PLAINTIFFS,
> SOUTH LYME PROPERTY OWNERS
> ASSOCIATION, INC., CHARLES AND
> VICTORIA PARSONS AND JOAN BYER
>
> By _____
> Kenneth R. Slater, Jr. and
> Thomas C. Blatchley of
> HALLORAN & SAGE LLP
> Fed. Bar #ct 09451
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103
> (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of May 2007, I hereby mailed a copy of the foregoing to:

John J. Radshaw, III, Esq.
Thomas R. Gerarde, Esq.
David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT   06114


Matthew J. Willis, Esq.
Branse, Willis & Knapp, LLC
148 Eastern Boulevard, Suite 301
Glastonbury, CT   06033

Kenneth R. Slater, Jr.

986013v1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105