A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------X
SOUTH LYME PROPERTY OWNERS      :
ASSOCIATION, INC., CHARLES AND  :
VICTORIA PARSONS AND JOAN BYER, :
    Plaintiffs    :
                  :
VS                              : 3:00CV97(EBB)
                  :
TOWN OF OLD LYME, TOWN OF OLD   :
LYME ZONING COMMISSION,         :
ERIC FRIES, GEORGE JAMES,       :
JANE MARSH, THOMAS RISOM,       :
WALTER SEIFERT, SHARON COLVIN AND :
MARILYN OZOLS,                  :
    Defendants    :
------------------X

Deposition of MERVIN ROBERTS taken at the
offices of Halloran & Sage, 300 Plaza
Middlesex, Middletown, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on September 24, 2003, at
1:25 p.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE            100 PEARL ST., 14th FL.
MADISON, CT 06443          HARTFORD, CT 06103-4506

Page 1

80

1  cottages, and there were evidences like that among the

2  other water companies. There were -- I can remember

3  ads in the New London Day that a certain beach

4  community was going to shut off their water at a

5  certain date. I can remember them, that there was a

6  fixed date, and they were run in the New London Day.

7   Q   Do you believe that the use -- strike that.

8       What is the general occupancy of these

9  properties during these 12 months of the year that you

10 suggest these properties were originally intended to be

11 used?

12      MR. RADSHAW: Object to the form of the

13      question.

14      You can answer.

15  A   Traditionally the use of the cottages was the

16 same as the period of school vacations in Connecticut.

17 The kids were away from roughly the 1st of July to

18 Labor Day and that's when the cottages were in use and

19 the rest of the time they weren't.

20  Q   And during these summer months or the 12

21 weeks you're referring to, the beach communities,

22 properties south of 156, how would you describe the

23 level which they're occupied? Is it very, very highly

24 occupied during that period of time or sparsely?

1  don't know. I never slept in a summer cottage all the

2  time I've lived here.

3    Q   Have you driven through the beach communities

4  in the summer months?

5    A   Oh, yes. In fact, I ran a store at Garvin's,

6  at Hawks Nest for one whole summer with my family.

7    Q   What is the general use of the properties?

8    A   There were a lot of people around, but as to

9  the concentration of population in terms of the number

10  of bedrooms, I couldn't tell you. I couldn't tell you

11  whether there were one person or six people sleeping in

12  a bedroom. I don't know.

13    Q   I'm not asking about specific number of

14  persons and specific number of rooms being used. Among

15  the properties being used in those beach communities,

16  are most of them being utilized whether by one person

17  or 20 people, are most of the properties utilized

18  during summer months?

19    A   Absolutely. Most of them are or maybe all of

20  them are. A precious few that I ever saw vacant in the

21  summertime.

22    Q   Do you believe that the use of those

23  properties, most or all of those properties that you

24  see in the summer months are causing a pollution

82

1   A   No.

2   Q   Do you believe that if the months of use

3   increased that a pollution problem would be created?

4   A   Very likely.

5   Q   What do you base --

6   A   I have no evidence, but I would say very

7   likely.

8   Q   Why is it very likely?

9   A   The biological processes that take place in

10  the sand, in the soils around the leach field depend on

11  air, surface air getting down there, anaerobic

12  processes as well as aerobic processes taking place,

13  the dwell time, and something else that a lot of people

14  don't seem to want to recognize and that is that those

15  soils are not saturated. Now, when I say saturated I

16  mean that if you put any more water into it, it would

17  come up to the surface or it would back up in a pipe.

18  That's what saturated means. When no more water can

19  get into the soil and it has to go some place. It goes

20  out of the soil up or it backs up to its source.

21       Now, as these little septic systems on these

22  little lots go through their process, as I envision it,

23  as I understand it, as my experience has taught me, as

24  what little I learned in college has taught me, those

83

1  processes, and they also if they -- I'm trying to word
2  it better. They also tend to saturate the soils in the
3  leach field where some of these bacteria are more
4  concentrated, and over the course of those roughly 12
5  weeks, the water table will actually go up, or at least
6  if it doesn't go up, the sand there or the soil there
7  will become more and more saturated with water in
8  excess of what the percolation rate will carry away.
9      It's a sponge. That soil is a sponge. All
10 soils are sponges. Any layman knows that. Now, if you
11 keep saturating that sponge, eventually that water is
12 going to have to go some place. It's going to erupt as
13 surface pollution. It's going to back up into the
14 house as a failure of the septic system or it might
15 find a new pathway downstream to contaminate
16 groundwater in a distant place, or worse still,
17 contaminant the aquifer.
18      It is my opinion from all this accumulated
19 information that I've gleaned over the course of years
20 that, biological mat arguments notwithstanding, by
21 resting these systems periodically the potential for
22 the environmental damage is reduced or eliminated.
23   Q  Is your opinion a result of any conclusion on
24 that issue by a consultant hired by the town of Old

84

1  A  I have no idea. They may or may not agree
2  with me. I wasn't looking to have my opinion
3  reinforced and I never made a record of it. I never
4  found anything that contradicted it except some of
5  these people who argued about the biological mat.
6  Q  Can you explain about the biological mat?
7  A  Not very well because I'm not an advocate of
8  it, so it wouldn't be fair for me to -- I would
9  disparage it.
10 Q  Why would you disparage it? Would it be --
11 A  It runs counter to my argument.
12 Q  That would enable use of these properties
13 during off season months?
14 A  I wouldn't say so. It's just an argument. I
15 don't think it's a valid argument, but let them say it.
16 Let them tell you.
17 Q  What would be your basis -- have you read
18 reports and studies analyzing the effect of the bio mat
19 in treating waste water?
20      MR. RADSHAW: Object to the form of the
21      question.
22      You can answer, Mr. Roberts.
23 A  I became somewhat aware, but I never studied
24 it in detail and I already told you.

Mervin Roberts - 09-24-03                      Page 84

85

BY MR. SLATER:

Q How did you become aware of it?

A Because it's in the literature that I've seen. People would mention it from time to time.

Q Would that literature suggest that resting a system actually can adversely impair the ability to treat?

A Yes, that's right. That's what I've heard. I've heard that argument presented.

Q And what evidence or science would you have to support your conclusion that --

A Empirical.

Q What kind of empirical evidence would you have?

A The evidence of the town of Old Lyme that these cottages that are only there for -- operated for 12 weeks of the year, we've been living with them for over a hundred years now and we don't have any pollution.

Q How could that possibly support or oppose the position that continuing using these systems during winter months would actually improve the effectiveness of their treatment of waste water?

MR. RADSHAW: Object to the form of the

86

1      You can answer.

2    A  I believe from the accumulated knowledge that

3 I have, yes, I'd say it that way. The accumulated

4 knowledge that I have suggests to me that the effect of

5 the sponge that I referred to previously is more

6 important than the biological mat, which I don't deny

7 that there is a biological mat. I simply say that it

8 is not that important in the whole process.

9    Q  You don't have any evidence to support this

10 conclusion about the sponge that just happens that 12

11 weeks is an appropriate time?

12   A  I don't have it, but probably if I spent

13 enough time, I could find some scientist who agreed

14 with me. I don't know.

15   Q  Do any of the scientists that the town has

16 consulted with to date --

17   A  I never asked them.

18   Q  Why is it these systems being highly occupied

19 during those summer months, why is it that you don't

20 see failures?

21   A  That was the sponge that I explained to you.

22   Q  Just coincidentally 12 weeks is the --

23   A  Yes. It would be impossible -- I don't know

24 how many -- when one person goes to a toilet, I know

87

1  days before he uses the toilet again. So I can't be

2  too specific about any particular one, but in general,

3  the evidence that I see before me leads me to the

4  conclusions that I made.

5      Q    And none of that evidence is addressed to the

6  question that we're talking about, though, is it?

7      A    I thought it was.

8      Q    There's been someone who has gathered

9  evidence on the question of whether or not year-round

10 use of these properties would result in an increase in

11 failures or an increase in pollution?

12          MR. RADSHAW: Object to the form because

13          there's no question in there.

14          MR. SLATER: Please read that back.

15          (THEREUPON, THE REFERRED TO

16          QUESTION WAS READ BACK.)

17 BY MR. SLATER:

18     Q    Since it doesn't say "has" in the beginning

19 of it, has there been anyone who has been charged with

20 analyzing whether or not increasing the use of these

21 systems beyond the 12-week period you refer would

22 exacerbate or ameliorate water pollution?

23     A    I don't know.

24     Q    You don't know whether someone has been asked

88

1   A   That's right. I don't know.

2   Q   You haven't asked in your capacity as
3   chairman of the Sewer Avoidance Committee or Water
4   Pollution Control Authority any consultants to look at
5   that issue?

6   A   I was never the chairman of the Water
7   Pollution Control Authority.

8   Q   Were you a member?

9   A   Yes.

10  Q   In that capacity or as your chairman of the
11  Sewer Avoidance Committee, had you ever asked a
12  consultant to look at that issue, address that issue?

13  A   Not to my recollection. Dames & Moore had a
14  lot of reports during that period, but having read them
15  and got the impression from them that brings me to the
16  conclusions I have now, I turn my back on them.
17  They're a matter of the record.

18       MR. RADSHAW: How much more do you have?
19       Is this a good time to break because I want
20       to find out if you have any problem with me
21       redirecting a couple of things at this stage
22       for this session of his deposition because I
23       don't know when we'll be able to come back
24       and arrange a second session.