$\mathcal{B}$

part 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS        :
ASSOCIATION, INC., CHARLES AND    :
VICTORIA PARSONS AND JOAN BYER,   :
      Plaintiffs        :
                    :
VS                      : 3:00CV97(EBB)
                    :
TOWN OF OLD LYME, TOWN OF OLD     :
LYME ZONING COMMISSION,           :
ERIC FRIES, GEORGE JAMES,         :
JANE MARSH, THOMAS RISOM,         :
WALTER SEIFERT, SHARON COLVIN AND :
MARILYN OZOLS,                    :
      Defendants     :
- - - - - - - - - - - - - - - - - -X


VOLUME II


Deposition of JANE MARSH taken at the offices
of Halloran & Sage, 300 Plaza Middlesex,
Middletown, Connecticut, before Audra Quinn,
RPR, Licensed Shorthand Reporter #106, and
Notary Public, in and for the State of
Connecticut on August 19, 2003, at 10:21 a.m.


DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE        100 PEARL ST., 14th FL.
MADISON, CT 06443        HARTFORD, CT 06103-4506
203 245-9583        800 839-6867
**Jane Marsh - August 19, 2003**        **Page 1**

3

1          JANE MARSH,

2          having first been duly sworn,

3          deposed and testified as follows:

4    DIRECT EXAMINATION

5    BY MR. SLATER:

6    Q    Good morning.

7    A    Good morning.

8    Q    I'd first like to -- I think we left off

9    talking a bit about policy behind the regulations

10   adopted in 1995 that would restrict certain use of

11   residential properties.

12        When did you first become aware of a policy

13   of the town of Old Lyme against the off-season use of

14   certain properties in the town of Old Lyme?

15   A    I don't know whether I'd say it was a policy

16   against. It was a policy in favor of the existence of

17   seasonal communities. There was a positive to have

18   that kind of thing exist in town.

19        For a long time there was a concern about

20   septage, septic difficulties in the beach areas. And

21   I'd say that's been all my legal life and even before

22   that a concern because, you know, various times

23   people's systems would fail. And it was like within

24   those areas that they would happen.

**Jane Marsh – August 19, 2003**                    **Page 3**

4

1  understanding in the town right back as far as, you

2  know, my legal and policy-making lifetime which isn't

3  from the cradle, but almost, that the seasonal

4  communities were successful as they were and didn't

5  have difficulties with their septic systems because

6  they operated only for a certain time of the year. So

7  that that idea of saying that something, somebody was

8  against something and that we believed that the

9  regulations supported that because a lot of the

10  development was already in existence at the time zoning

11  was adopted in 1948, those were already seasonal

12  communities down there.

13      And that our regulations, you know, I

14  certainly had it drummed into me that our regulations

15  are drafted in a way that if it says you can do

16  something in there, then you can do it. If it doesn't

17  say you can do it, then you can't. It's one of those

18  things where it has to affirmatively give you the right

19  to do something, otherwise the presumption is that you

20  can't.

21      And I can remember that that was interpreted

22  that the regulations before we made any changes at all

23  would have still indicated that all those lots that

24  were nonconforming in any way were fixed as seasonal

**Jane Marsh - August 19, 2003**                    **Page 4**

5

1   preexisting seasonal communities down there.

2       And I think lots of members of the community

3   thought that was fine, you know, that that was all that

4   really was necessary to leave that as it was and that

5   the owners of the properties understood it. The town

6   accepted it as a preexisting condition. The town liked

7   them as seasonal communities and there wasn't really

8   any pressure.

9       And then I do remember leading up to 1995

10  that we had some individual people bringing cases

11  regarding individual lots in the beach community where

12  judges looked at our regulations and articulated that

13  they weren't good enough, that they somehow -- that

14  assumption that everybody had that if you had a

15  nonconforming lot, that changing it from seasonal to

16  year round was somehow not an expansion of the

17  nonconformity, that there was some issues there and

18  they were more in the nature of technical issues, that

19  the regulations possibly needed to articulate that more

20  carefully.

21      And that led up to, you know, I'm sure three

22  or four years of considerations as to how that would be

23  done and ultimately resulted in the regulations that

24  you have issues with.

**Jane Marsh - August 19, 2003**                    **Page 5**

6

1   answer that through your entire legal career the policy

2   regarding seasonal use was in place, are we talking 24

3   years?

4       A   Uh-huh. I'd say -- it's hard for me to

5   articulate as to time because my father was always

6   involved in this and being his right-hand man, I was

7   always involved in listening to the discussions. So it

8   would -- even though I became a lawyer in '79, '80, I

9   would have been aware of issues involving this long

10  before then, too.

11          But I'd say the time when it made any

12  difference to me would have started in the early 1980s

13  when I became a member of the Zoning Commission

14  myself -- I mean the Planning Commission myself rather

15  than just hearing it as a matter of conversation with

16  my father or conversation with other people in town.

17      Q   You suggested that the town liked the fact

18  that certain areas of the town were seasonal?

19      A   Yes, I think there's a positive.

20      Q   What was the rationale for the town in favor

21  of certain areas of the town being used only on a

22  seasonal basis?

23      A   Well, they're a different kind of community.

24  And this is my personal belief, is that a seasonal

**Jane Marsh - August 19, 2003**                    **Page 6**

7

1  for a particular purpose, usually not -- recreation

2  they come together for. They're there on their

3  vacations. They're there to have a good time. They're

4  there to enjoy the beach and each other and that they

5  come from other places and they come there specifically

6  for that purpose. They meet people year after year

7  that they've known before, these other families from

8  all over, and it is -- and I think you can find this

9  across the U.S. in all kinds of locations that there

10  are these special kind of communities that are formed

11  of people coming together. They're relaxing. They're

12  having a good time. They're socializing. They get to

13  know each other in ways that you never get to know each

14  other in a year-round community where everybody is

15  working, you know, because they don't see each other.

16  But in these communities they get together. They have

17  association. They deliberately bring each other

18  together. They have bingo and they have movie nights

19  that they have, dances, they have events. And so it

20  creates a group of people that see each other year

21  after year when they are relaxing and having a good

22  time. And it's not just year after year. It's even

23  generation after generation.

24        And, to me, that's a positive thing. It's a

8

1  It's a good thing to have, and I've always thought so.

2       I mean, one little anecdote, when I sit in my

3  bed at night I know when summer has arrived when I hear

4  little kids giggling and laughing down at the beach,

5  and it's one of the most pleasant sounds because you

6  know they're back and they're having a good time.

7       It's another thing, those are safe

8  communities down there except for Sound View which has

9  a little history of having an issue, but by and large

10  the residential communities are safe and so people let

11  their children mix around with each other and they all

12  walk around.

13       I don't know if either one of you have ever

14  been to a beach community like that, but the kids all

15  go together and they hang out and they can walk here

16  and there from house to house and it's a kind of

17  freedom they don't get anywhere else. So it creates

18  memories that these people have that they are almost

19  reverential about it. So it's a special kind of a

20  community that you don't get if they're year-round

21  homes.

22  Q   Isn't it true that these beach communities in

23  Old Lyme were, in large part, developed as beach

24  communities prior to the town ever even adopting

12

1       When I said it wasn't up to me to judge, I

2   don't know what people's real motivations are and I've

3   only heard that said a number of times.  So they can

4   have many other motivations.  I have no idea.

5     Q   In those regulations that were adopted in

6   1995 include criterion which you'd be able to convert.

7   Isn't it true that no property owner with a lot having

8   less than 10,000 square feet would be permitted to

9   convert?

10    A   That's right.

11    Q   And that would be notwithstanding the fact of

12  having a code-complying septic system, having

13  year-round water or having the ability to make whatever

14  improvements to the property were necessary to be able

15  to use the property during winter months?

16    A   Right.  There is a cut-off.

17    Q   What is the public policy served by

18  prohibiting persons who wish to retire in their home

19  from converting it to the year-round basis if, in fact,

20  they can demonstrate that they have code-complying

21  septic systems, have adequate water, but that their

22  only deficiency is that their existing lot is less than

23  10,000 square feet in size?

24    A   Well, I mean, there's lots of different