$\mathcal{B}$

part 2

13

1   what I just articulated. If those are supposed to be

2   seasonal beach communities, because there's a positive

3   reason for why you'd want those in the town, if you

4   allow the properties to be converted to year round, one

5   after another you end up with not a seasonal beach

6   community. So you have something that you were not

7   looking for.

8          You're looking for something -- there's a

9   positive aspect to that. Year-round communities are

10  completely different. I mean, we have lots of them in

11  the town of Old Lyme. They're called subdivisions and

12  they do not function in the same way at all and the

13  community situation isn't there. It is a palpable

14  difference.

15         So one thing would be that if you allow it,

16  house by house, individual by individual a critical

17  mass is reached where the seasonal dwellers are the

18  undesirables and that's actually happened in the Rogers

19  Lake area where people who own seasonal cottages feel

20  like second class citizens because they get complaints

21  from their next door neighbors who are year round, oh,

22  well, you left your boat lying there with a tarp over

23  it and it didn't look good   You weren't there to mow

24  your lawn every two weeks. You know, we think your

**Jane Marsh - August 19, 2003**                    **Page 13**

14

1  of antagonisms that develop where there are more people

2  year round and fewer people seasonal.

3      And it isn't that other part of it where

4  families that are coming from elsewhere are coming

5  there to enjoy themselves, recreate. It's just where

6  they live and where they work and so you don't have

7  that magic that people find. And I would say that's

8  true in Rogers Lake. So we even have an example in our

9  own town of what happens when you reach that critical

10  mass, and so there's one policy about trying to

11  preserve something that has a good quality.

12      The second, I think which I articulated last

13  time, was that just because you meet all the code

14  provisions -- the code provisions, if you're aware of

15  it, they have all kinds of allowances. The code

16  provisions do not guarantee a functioning septic

17  system. There's no guarantee whatsoever. You meet the

18  code, you get it. Because even the code, even the

19  state of Connecticut's septic code wishes to

20  acknowledge some latitude.

21      If you ask DEP about the state of

22  Connecticut's health code, they would have issues with

23  it because they believe that it doesn't go far enough

24  and that it can allow pollution to cross borders in

**Jane Marsh - August 19, 2003**            **Page 14**

17

1  It's just allowed.

2    Q   And those properties are, in fact, used at a

3  very high occupancy during the summer months.  Is that

4  also true?

5    A   I assume so, yes.

6    Q   You assume so.

7    A   I don't go down and count.  You know, I just

8  know the traffic volume goes way up, but I know that

9  there are more people there in the summer than in the

10  winter.

11    Q   And has there been a massive pollution

12  problem caused by this high occupancy of these

13  properties during the summer months in your view or the

14  view of the Zoning Commission?

15        MR. RADSHAW:  Object to the form of the

16        question.

17        You can answer.

18    A   Well, if you listen to DEP, if you read the

19  evaluation of Point of Woods, you would say oh, yes,

20  you know, DEP feels that on a theoretical basis, that

21  the existence of so many septic systems is contributing

22  to nitrogen loading of Long Island Sound and that

23  that's unacceptable.

24  BY MR. SLATER:

**Jane Marsh - August 19, 2003**                    **Page 17**

18

1  or the Zoning Commission has taken?

2     A   We are aware of that, yes.  We are aware of

3  that theoretical premise that allowing lots of septic

4  systems to function for a long period of time in that

5  area theoretically causes nitrogen loading because

6  that's how we've been instructed.  I mean, that's

7  information that we got from DEP.  None of the members

8  of the Zoning Commission are engineers, but we

9  understand that to be the case.  We understand that one

10  septic system will affect another one's well.  We

11  understand that there are periodic failures, you know,

12  spotted throughout these communities.  That's what

13  we're aware of.

14     Q   Have you or the Zoning Commission received

15  any evidence from any source that would suggest that

16  resting those systems in the winter months would

17  address the problem that the DEP has suggested that

18  these properties do not adequately treat waste water?

19     A   I'd say, to me, it's obvious that that would

20  be the case because if there's nothing being put in the

21  ground, then there's nothing that can be crossing the

22  property line and causing pollution.  So if you're

23  saying does it completely mitigate it, eliminate it,

24  probably not.  But does it address it and make it less

**Jane Marsh - August 19, 2003**              **Page 18**

19

1  obviously yes.

2    Q   Turning back to my question, have you

3  received any evidence from any source that would

4  suggest that not using systems during winter months

5  would address pollution problems associated with lots

6  that don't adequately treat septage?

7    A   What do you mean by address?  Address meaning

8  totally solve?

9    Q   Mitigate in any way.

10    A   Yes.

11    Q   And what is the source of that evidence?

12    A   I told you.  I mean, you don't have to be a

13  rocket scientist to understand it.  If you don't flush

14  the toilet for eight months out of the year, that for

15  those eight months there's no new source of pollution

16  being put into the ground and so there's no issue of

17  that particular pollution that would have gone into the

18  ground crossing onto a neighbor's property and doing

19  anything.

20    Q   I would suggest that you also don't have to

21  be a rocket scientist if you have the most rudimentary

22  understanding of an on-site septic system to understand

23  that if the system is not functioning adequately that

24  not using the system in December does nothing to

**Jane Marsh - August 19, 2003**                    **Page 19**

20

1  Would you agree with that?

2      A    If the system is not functioning, it can be

3  polluting in May. But why make it pollute in December

4  as well?

5      Q    Does the Zoning Commission as the basis of

6  its policy in 1995 adopt the premise of the DEP that

7  these systems are not functioning adequately in May?

8      A    We don't know. We don't know. We know that

9  there's probably the full spectrum down there. We know

10  that some systems probably function perfectly well. We

11  know that some may be marginal, and we know that some

12  fail from time to time.

13      We don't -- we're the agency responsible for

14  land use. We are not the DEP and we are not the

15  sanitarian and we're not the Water Pollution Control

16  Authority. We are the Zoning Commission. So we're

17  just aware of what facts we can observe, and I'd say

18  that if you -- we cannot shut the place down because of

19  the fact of the pre-existing nonconforming status of

20  zoning. None of the regulations we ever adopt can shut

21  a place down. That's not within our authority. All we

22  can do is indicate that nothing new will happen that

23  will cause any more problems, but if something existing

24  is causing problems, the Zoning Commission itself does

**Jane Marsh - August 19, 2003**                          **Page 20**

23

1   consider the small community systems than they were

2   before because I think, you know, home rule in the

3   small municipalities say look, the solutions that work

4   great in a metropolitan area cause other difficulties

5   in small rural communities, how about letting us try

6   something else, and new technologies are coming along

7   all the time for actually accomplishing some of these

8   things.

9       Q   If the beach communities of Old Lyme were

10  served by either these alternative systems or by a

11  sewer system so that there was no longer any question

12  regarding functioning of on-site septic systems, do you

13  believe the town should reverse its policy against

14  allowing year-round use of properties less than 10,000

15  square feet?

16      A   No.

17      Q   Why not?

18      A   Because I articulated before, I think there's

19  a value to the town to have a beach community and that

20  you will not have a beach community if you have those

21  properties occupied year round.  You'll have something

22  else.  You'll just have one more regular subdivision of

23  which the town has many and that special use, that

24  special kind of use will no longer exist.

**Jane Marsh - August 19, 2003**                    **Page 23**