B
part 3

24

1  zoning policy prohibiting year-round use was eliminated

2  that the areas that are now beach communities would

3  somehow all be materially changed into year round --

4    A   Well, I told you about Rogers Lake which is

5  another area in town which was a seasonal community at

6  one time, but now more properties there than previously

7  were the case are year round, and they're converting

8  one after another. And they're doing things like

9  adding lots together and doing things, but there are

10  more now year-round homes than there are seasonal, and

11  it's a completely different place. It's not at all the

12  same type of land use that it was before.

13    Q   But there are vast differences between the

14  beach communities around Rogers Lake, would you agree

15  with that?

16    A   Well, there weren't originally. There were

17  small cottages. It was the same kind of a place. They

18  came around that lake and treated the lake the same

19  way.

20       And it's -- I mean, there are other aspects.

21  There's an aspect of the town as a whole and their sort

22  of quality of life issues and they're hard to

23  articulate, but they're just as real. That a town

24  might want to decide that it is a rural community

25

1   it says it probably many times that it wishes -- these

2   are the townspeople speaking. Those plans of

3   development are drawn up after public hearings and lots

4   of input from all kinds of people, but there's a desire

5   on the part of people to have a community like Old Lyme

6   which is small, rural, not traffic congested, not with

7   metropolitan problems.

8        It's something about as opposite to that as

9   you can imagine, which is where you kind of go to sleep

10  and you can rest and relax and have other another kind

11  of a life. And a community of seven or 8,000 can have

12  that feel; a community of 15,000 to 20,000 will not

13  have that feel. It will have a different feel

14  altogether. So that when you come to an intersection

15  at the first kind of community, you can generally wait

16  a second or two and pull out. You come to an

17  intersection in the second kind of community, you'll be

18  waiting, waiting, waiting or you'll have a light. It

19  really does affect your feelings about living there.

20       And it may seem trite and trivial, but

21  waiting around for other people's cars and traffic year

22  round gives you a fundamental different feeling if

23  you're a resident in that place and, to me, those

24  are -- that's a basic quality of life issue that a town

1  amount of demand that there are for other people to

2  come there because there's a tremendous demand to want

3  to remain as a rural community against that tide. And

4  it takes no mean feat to actually accomplish that.

5      When there is money there to buy anything,

6  there's the desire, there's the will, there's everyone

7  who's ever come that remembers the place and says I

8  want to live in a place like that, and so it is sort of

9  like the tragedy of the commons. If you're not a

10  gate-keeper and you don't put some restraints on it,

11  you'll end up with Waterford or you end up with pretty

12  much Old Saybrook which is beginning down that road

13  where, in addition to many more residents now, they

14  have every major chain store vying for property rights

15  along Boston Post Road and their Main Street and there

16  are big buildings being built. You just cross the

17  river and you go from one type of community to

18  another.

19      To me, as a policy-maker for land use, that's

20  one of the things I think I'm charged with by the

21  members of my community is to figure out how does one

22  accomplish that, and you can't accomplish that by

23  saying yes, do anything you want.

24  Q  Are you suggesting in those communities,

27

1   stores and commercial development in those towns was
2   accomplished against the will of the policy-makers in
3   those towns?
4          MR. RADSHAW: Object to the form of the
5       question.
6          You can answer.
7   A   No. What I'm saying is that there are
8   critical masses in all kinds of things. Just as I
9   described a critical mass going from seasonal to year
10  round, there's a point at which you get more of one and
11  less of the other and, therefore, in a democracy one
12  will out rule the other. Because we do. We are
13  democracies, remember that.
14         It's not that one guy can stand along against
15  the entire tide. So you allow a lot more development
16  to happen in a town, you'll have different kinds of
17  people making the decisions, making the policy
18  decisions. And so those people who might want to have
19  it rural become in the minority, and the people who
20  want commercial interests developed and other things
21  become the majority. And as soon as that happens, that
22  is the change of the community because the community
23  does control what it does.
24         I mean, there's a lot of ways in which a