B
part 4

28

1  lifetime to see that those tipping points have been

2  reached in every community right up the coastline one

3  after another. Starting in New Haven and then you get

4  to Branford and then you get to each community,

5  Madison, Clinton, Westbrook. And if you actually drive

6  that direction towards New York City, you can see land

7  use modifying as you go. And it all has to do with

8  various tipping points that have been reached and what

9  interests in those towns have the votes and which ones

10 don't.

11      Old Lyme still is in a situation where the

12 majority of the members of the community wish it to be

13 rural and as it is.

14  Q   Have you heard remarks that without these

15 restrictions against the summer people being able to

16 occupy their properties year round that those

17 communities would become like a little Bridgeport?

18         MR. RADSHAW: Object to the form of the

19      question.

20  A   I've never heard it said little Bridgeport.

21 I've never heard that.

22 BY MR. SLATER:

23  Q   In these other communities along Long Island

24 Sound, are you suggesting that in addition to an

29

1  properties and properties in the beach communities have

2  converted to year-round use rather than seasonal type

3  use?

4      MR. RADSHAW: Object to the form of the

5      question.

6  A  I guess I don't really understand your

7  question. Am I aware that there have been properties

8  that have converted?

9  BY MR. SLATER:

10  Q  When you suggested earlier that one of the

11  things that's changed, and you used Waterford and Old

12  Saybrook as an example, is an increase in commercial

13  development. Turning to residential use, are you

14  familiar with changes in other communities where

15  predominantly seasonal properties have been converted

16  to and are used on a year-round basis?

17      MR. RADSHAW: Object to the form of the

18      question.

19      You can answer.

20  A  I mean, there are no sewage treatment plants

21  in Saybrook, Clinton or Westbrook. They're little

22  community things that have been developed, but

23  Waterford does have it and East Lyme does have it, and

24  where those sewage treatment systems have been expanded

1  can see that it has -- I mean, the first thing that
2  happens is that the homes that are there are increasing
3  in size by quite a bit and they get very expensive.
4        I mean, along the beach front the cost of
5  those properties is escalating. My assumption is that
6  when the cost of them escalates and they are made much
7  larger in size that a different kind of person occupies
8  them. It's not that humans don't occupy them. They
9  do, but it's a different kind of person. They have to
10 have the money that is necessary in order to occupy
11 them. So the first thing is it's a new type of
12 homogeneity you get that the modest income family is
13 pushed out and replaced by the high income family.
14       Now, I'm not going to cast dispersions on
15 anybody who earns a lot of income. To me I don't
16 really want to do that, but I know how they use a
17 property might be different. A high income person can
18 come and go and spend time in foreign countries and
19 travel all over. They may not be members of our
20 community even. You know, they get a house there.
21 They also may not be members of the fire department and
22 they might not attend town meetings and they might be
23 fairly much an occupant of their own little castle, but
24 not a member of any kind of community.

35

1       MR. RADSHAW: Object to the form of the
2    question.
3       You can answer.
4   A   No. Nobody is worried about the democratic
5   process. We don't want them not to have -- even now
6   not to have a say in the policy-making decisions of the
7   town.
8   BY MR. SLATER:
9   Q   I may have misunderstood some of your
10  answers, but it sounded as though the concern, one of
11  the concerns was that there was, by not being the
12  gate-keepers, and I think you used that term, that
13  there would be an increase in persons in the town of
14  Old Lyme and change the character of the town of Old
15  Lyme?
16  A   Increase in persons definitely would change
17  the character.
18  Q   And if, in fact, the properties that are
19  affected by this regulation prohibiting year-round use
20  on lots of less than 10,000 square feet are
21  predominantly already developed properties, we're not
22  really talking about an increase in the number of
23  persons but instead an increase in how often those
24  persons would be using their property. Isn't that

1          MR. RADSHAW: Object to the form of the

2     question.

3          You can answer.

4  A   I think that you could be talking about both.

5  I mean, since my belief is that once they are

6  year-round properties they will be occupied not only as

7  they are, but expanded and made larger and improved in

8  lots of different ways. That there would be an

9  increase in numbers in addition because of that. But I

10 will agree that we're talking about a short period of

11 time in the summer now where the town has a different

12 character, it does. It's a summer community, a place

13 where people go to be for the summer.

14          When Labor Day comes, it's a fundamental

15 change, and sometimes it's before Labor Day, but

16 there's a fundamental noticeable difference for anybody

17 that remains after that time just because the number of

18 people choosing that as their destination and, you

19 know, you can't really say whether they're choosing it

20 only in that one area because there could be people

21 coming to visit their relatives who live in year-round

22 homes, too, I don't really know. But there's a

23 fundamental difference after Labor Day and from then on

24 right through until -- it's much after Memorial Day

1  the 4th.

2   Q   Is this policy against changing, or I'm

3  sorry, policy in favor of maintaining that character,

4  so to speak, borne in part by a fear that year-round

5  use would bring more school children into the school

6  systems of the town of Old Lyme?

7         MR. RADSHAW: Object to the form of the

8     question.

9         You can answer.

10   A   For me, no. That isn't an issue.

11        Have I heard it articulated by others, yes,

12  but for me personally and as the policy-maker that

13  adopted -- one of the policy members that adopted the

14  regulation, that's not what my concern is.

15  BY MR. SLATER:

16   Q   Have you heard that concern voiced by

17  officials, any officials of the town of Old Lyme?

18   A   I can't tell you when I would have

19  specifically, you know, I can't tell you who would say

20  it, when they've said it, but I certainly have heard

21  that said. But it does not influence me and that's all

22  I can tell you for sure. It doesn't influence me.

23   Q   Are you familiar with the term bulk

24  requirements of the zoning regulations?