E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS        :
ASSOCIATION, INC., CHARLES AND    :
VICTORIA PARSONS AND JOAN BYER,   :
          Plaintiffs    :
                        :
VS                      : 3:00CV97(EBB)
                        :
TOWN OF OLD LYME, TOWN OF OLD     :
LYME ZONING COMMISSION,           :
ERIC FRIES, GEORGE JAMES,         :
JANE MARSH, THOMAS RISOM,         :
WALTER SEIFERT, SHARON COLVIN AND :
MARILYN OZOLS,                    :
          Defendants    :
- - - - - - - - - - - - - - - - - -X

Deposition of SHARON COLVIN taken at the
offices of Halloran & Sage, 300 Plaza
Middlesex, Middletown, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on July 21, 2003, at 2:15 p.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE          100 PEARL ST., 14th FL.
MADISON, CT 06443        HARTFORD, CT 06103-4506
203 245-9583             800 839-6867
**Sharon Colvin testimony – 7/21/03**                    **Page 1**

19

1        MR. RADSHAW:  Object to the form of the

2     question.

3        If you understand it, you can answer.

4  BY MR. SLATER:

5    Q   Do you understand the question?

6        MR. RADSHAW:  If you understand the

7     question, you can answer it.

8    A   Would you repeat the question?

9    Q   Do you know what the Zoning Commission was

10  trying to accomplish?

11   A   Yes, I do.

12   Q   What is that?

13   A   To amend the zoning regulations to make a

14  change with respect to year round use of seasonal

15  dwellings.

16   Q   Do you know why they were interested in

17  making the change?

18   A   For the benefit of the town of Old Lyme and

19  the health and safety of the citizens.

20   Q   What health and safety problem was caused by

21  the use of the properties at issue?

22   A   I don't understand your question.

23   Q   You say that the reason for the regulation

24  was for the benefit of the public health and the

**Sharon Colvin testimony - 7/21/03**                    **Page 19**

20

1    A    Right.

2    Q    What was the benefit to the town?

3    A    The possible prevention of future problems

4    with regard to density of housing, potential problems

5    with respect to water and sewer, septic problems,

6    potential problems.

7    Q    And did anyone present any evidence during

8    that public hearing regarding the problems that would

9    be addressed by these regulations?

10    A    I don't remember.

11    Q    Would the minutes reflect evidence that was

12    presented in favor of those regulations?

13    A    Well, yes.  The minutes would reflect the

14    discussion that took place, I'm sure.

15    Q    I'd ask you to just take a moment to take a

16    look at those minutes.

17    A    (Witness reviewed.)

18        This reflects the conversation and the

19    testimony that took place at the meeting.

20    Q    My question is do the minutes reflect any

21    testimony that was presented in support of the adoption

22    of those amendments in the regulations?

23    A    This states the Old Lyme Planning Commission

24    letter approved the proposed amendments.  That's in the

**Sharon Colvin testimony - 7/21/03**                    **Page 20**

24

1  November.  My memory is I was a member of the

2  commission during this period.  But no, there were not

3  specific months in which I would not have been a

4  member.

5      Q   During your term as a member, would you --

6  how would you describe your attendance?

7      A   Sporadic.

8      Q   Could you be more specific?  Sporadic meaning

9  one every other meeting or even less frequent than

10  that?

11      A   I don't recall exactly.  I probably attended

12  at least 60, 70 percent of the meetings.

13      Q   Are there areas, an area or areas of the town

14  of Old Lyme that were the primary focus of a concern

15  you stated regarding seasonal properties?

16      A   Yes.

17      Q   And how would you describe that area?

18      A   Some of the beach areas in Old Lyme.

19      Q   Any of them in particular?

20      A   Not that I can remember, no.

21      Q   Do you recall receiving any evidence as a

22  member of the Zoning Commission to support a belief

23  that off season use of residential properties in Old

24  Lyme would pose a threat to public health and safety?

**Sharon Colvin testimony - 7/21/03**                    **Page 24**

25

1        question.  If you understand, you may answer.

2     A   No, I don't understand your question.

3  BY MR. SLATER:

4     Q   Am I right in understanding your testimony

5  from a few moments ago that the amendments of the

6  regulation were addressed towards the public health and

7  safety of the citizens of the town of Old Lyme.  Is

8  that correct?

9     A   Correct.

10     Q   My question was are you aware of any evidence

11  that was submitted that off season use of seasonal

12  properties presented a threat to public health and

13  safety?

14     A   No.

15     Q   Are you familiar with the term sewer

16  avoidance?

17     A   Yes.

18     Q   What is your understanding of the meaning of

19  that concept?

20     A   Do you mean in general?

21     Q   Yes.

22     A   My understanding is it is a way to protect a

23  given town from overbuilding and creating health issues

24  and pollution issues with respect to density of

**Sharon Colvin testimony - 7/21/03**                    **Page 25**

30

1  BY MR. SLATER:

2    Q   I didn't ask you whether you remembered the

3  regulations exactly. My question is do you recall, are

4  you aware of the fact that the regulations that were

5  adopted prohibit year round use of any residential home

6  in Old Lyme on a lot of less than 10,000 square feet

7  where the property owner cannot demonstrate that it was

8  used year round prior to 1992?

9    A   Yes.

10   Q   And can you describe any benefit to the town

11  of Old Lyme or public health and safety served by

12  prohibiting use of an existing single family home

13  during winter months?

14   A   Can I describe any -- would you repeat the

15  question.

16   Q   Yes. Can you articulate any benefit to the

17  town of Old Lyme or public health and safety that would

18  be served by prohibiting the use of an existing single

19  family home in the town of Old Lyme during winter

20  months?

21   A   I think one benefit would be to prevent

22  possible pollution.

23   Q   Can you articulate any others?

24   A   No.

**Sharon Colvin testimony - 7/21/03**                    **Page 30**

31

1  received evidence that off season use of properties

2  posed a threat of pollution?

3    A   I don't know.

4    Q   I'm going to refer to a number of documents

5  that have already been entered as exhibits in another

6  deposition, and I would just ask whether or not you had

7  received these documents in your capacity as a member

8  of the Zoning Commission of the town of Old Lyme.

9      The first is Sewer Avoidance Plan prepared in

10  March of 1994 by Dames & Moore marked as Exhibit TR-3.

11    A   (Witness reviewed.)

12      I don't remember seeing this.

13    Q   Similarly I would ask whether or not you had

14  received and reviewed a report which is marked as TR-6

15  which is a Waste Water Facilities Plan and Supplemental

16  Studies by Malcolm Pirnie?

17    A   No, I do not remember that.

18    Q   Do you keep records of documents that you

19  received during your tenure as a member of the Zoning

20  Commission?

21    A   Do I presently have documents?  No.

22    Q   Did you ever keep copies?

23    A   Yes, when I was a member.

24    Q   When did you discard those?

**Sharon Colvin testimony - 7/21/03**          **Page 31**

32

1    Q    How long ago did you leave the board?

2    A    I don't remember exactly.  Probably in 1997.

3    Maybe five, seven years ago.

4    Q    Why did you leave the board?

5    A    I wasn't reappointed.

6    Q    That appointment was by a town committee?

7    A    Yes, a nominating committee.  I was not

8    renominated to run as an alternate.

9    Q    Do you know if you voted on the regulations,

10    the seasonal regulations that we've been discussing

11    that were the public hearing of SC-8 and SC-9?

12    A    I don't remember.

13    Q    Were there any persons in your mind who were

14    the primary advocates of imposing seasonal restrictions

15    on properties in Old Lyme?

16    A    Are you asking was there any one person?

17    Q    Person or persons?

18    A    No.

19    Q    Do you understand how a subsurface septic

20    system operates?

21    A    In general.

22    Q    Is it fair to say that the beach communities

23    are occupied at a very high rate during the summer

24    months in the town of Old Lyme?

**Sharon Colvin testimony – 7/21/03**                    **Page 32**

33

1      question.

2           You can answer it if you understand it.

3    A    I don't know.  I assume they are.  It's not

4    something I would know.

5    BY MR. SLATER:

6    Q    As a resident of Old Lyme, you don't have any

7    sense of the occupancy of properties along --

8    A    I have a sense, but not a specific sense of

9    it.  My sense is they're occupied.  That's the extent

10   of it.

11   Q    How would you describe the difference based

12   on your experience as a resident of Old Lyme at the

13   amount of occupancy of properties along Long Island

14   Sound in the town of Old Lyme in the summer months as

15   compared to winter months?

16   A    More in summer than winter.

17   Q    And substantially so or close?

18   A    I don't know.

19        MR. RADSHAW:  Object to the form of the

20        question.

21   A    I assume so.

22   BY MR. SLATER:

23   Q    Based on your understanding of the

24   functioning of subsurface septic systems, are you aware

**Sharon Colvin testimony - 7/21/03**                    **Page 33**

34

1  refraining from using the systems during winter months

2  would pose a benefit to the environment?

3    A   Yes.

4    Q   What is that?

5    A   Less use.

6    Q   Why would less use benefit the environment?

7    A   Because you have less sewage going into the

8  ground with fewer people using the facilities.

9    Q   Was it a general understanding that the

10  systems in the beach communities were not adequately

11  treating waste water?

12        MR. RADSHAW:  Object to the form of the

13      question.

14        You can answer if you understand.

15    A   I don't know.

16  BY MR. SLATER:

17    Q   Would you agree that if a property is

18  adequately treating waste water that the duration of

19  use is irrelevant for the purposes of environmental

20  protection?

21        MR. RADSHAW:  Object to the form of the

22      question.

23        You can answer if you understand.

24    A   I don't know.

**Sharon Colvin testimony - 7/21/03**          **Page 34**

40

1    Q   Do you know who Ron Rose is?

2    A   I'm not sure.

3        (THEREUPON, A RECESS WAS TAKEN

4            FROM 3:30 TO 3:34.)

5   BY MR. SLATER:

6    Q   Do you believe that there's an existing

7   pollution problem associated with residential use of

8   properties in Old Lyme?

9    A   I don't know.

10   Q   Do you understand that the Zoning Commission

11  sets policy for land use in the town of Old Lyme. Is

12  that correct?

13   A   Yes.

14   Q   Going back to your testimony from earlier, I

15  just want to make sure I understand. Did you believe

16  that there was an existing pollution problem at the

17  time these regulations were adopted in 1995?

18   A   No.

19   Q   Was it your testimony that those regulations

20  were intended to avoid a pollution problem in the

21  future?

22   A   To prevent a pollution problem in the future,

23  yes.

24   Q   Do you have any understanding -- strike that.

**Sharon Colvin testimony - 7/21/03**                    **Page 40**