$\mathcal{I}$


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS          :
ASSOCIATION, INC., CHARLES AND      :
VICTORIA PARSONS AND JOAN BYER,     :
            Plaintiffs              :
                                    :
VS                                  : 3:00CV97(EBB)
                                    :
TOWN OF OLD LYME, TOWN OF OLD        :
LYME ZONING COMMISSION,             :
ERIC FRIES, GEORGE JAMES,           :
JANE MARSH, THOMAS RISOM,           :
WALTER SEIFERT, SHARON COLVIN AND   :
MARILYN OZOLS,                      :
            Defendants              :
- - - - - - - - - - - - - - - - - -X




Deposition of RONALD ROSE taken at the
offices of Halloran & Sage, 300 Plaza
Middlesex, Middletown, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on November 21, 2003, at
1:00 p.m.




DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
203 245-9583

HARTFORD                                    STAMFORD

1   correlation between that and a biomat in a system.

2       Q    Is that also sometimes referred to as a

3   crust?

4       A    I've never referred to it as a crust.  A

5   crust is usually what somebody finds in the top of a

6   septic tank.

7       Q    Does the biomat serve as you describe in a

8   way as a filter?

9       A    I wouldn't call it a filter.  Yes, I'd call

10  it a filter, but also a way of slowing down the sewage

11  going into the ground.  So you don't overtax the

12  underlying soils.

13      Q    Are you aware of studies that suggest that

14  resting septic systems for extended periods of time

15  result in a breakdown of that biomat?

16      A    There's a few studies out there.  I'm not

17  really familiar with them, but different reports that I

18  receive.  Everyone has their own opinion of whether

19  it's a good thing or a bad thing.  It works, it doesn't

20  work.  That's above me.  The professors and --

21      Q    Do you recall any professors or any reports

22  that you've ever read that suggested that the biomat is

23  a bad thing in a septic system?

24      A    Only in relation to groundwater in this

25  respect that it's a good thing to slow down the

1     Q    My question is how would you describe the

2  occupancy of the beach communities?

3     A    Seasonal.

4     Q    Not describing your obvious intention of

5  trying to point that out on your own as often as

6  possible.  My question is:  Is the occupancy, is it

7  high or low in the summer months?

8     A    Very high, very high, very high.

9     Q    What period of time during the year are these

10  communities being operated or being used at a very high

11  occupancy?

12     A    Probably April to the first of September,

13  October.

14     Q    And do you believe there's a pollution

15  problem caused by those systems being used at a very

16  high occupancy during that period of time?

17     A    Those that have taken care of their septic

18  systems, no.  Those that have not, yes.

19     Q    And I think you've already suggested that if

20  those same property owners who used it for that window

21  of time continued to use their properties, there would

22  be a pollution problem.  Is that correct?

23     A    Not if they have a septic system that meets

24  the code.  I think I said that, I added that in there.

25     Q    Do these systems meet the code?

1    Public Health Code?

2        A      Rephrase that question, please.

3        Q      Am I right in believing that you --

4    estimating that you've approved approximately a dozen

5    code-complying systems on lots of 5,000 square foot or

6    less and that you've determined in probably three dozen

7    cases that properties that are 5,000 square foot or

8    less could not accommodate a code-complying system, do

9    you have a sense that that's a pretty good

10   representation of what you find in the beach

11   communities, one out of four that would seek to install

12   such a system would meet the code?

13       A      I'd say that's approximately right.

14       Q      With respect to those lots that could not

15   accommodate a code-complying system, you'd agree that

16   there are many of those properties being used at high

17   occupancy during the summer months currently in the

18   town of Old Lyme?

19       A      Yes.

20       Q      And do I also understand your testimony that

21   based on the pump-out systems and other methods the

22   town is employing, you don't believe that the use of

23   those properties during the summer months are causing a

24   pollution problem in the town of Old Lyme.  Is that

25   fair to say?

74

```
1        A    Not that I've been able to find, no.

2        Q    What is your basis for believing that using

3   those properties for additional periods of time would

4   cause a pollution problem for the town of Old Lyme?

5        A    Because they can't meet the health code.

6        Q    They don't meet the health code now, do

7   they?

8        A    No.  But that's where the difficulty comes in

9   because I can only approve if somebody has a problem.

10  If there's no problem, I can't get involved in it.

11       Q    I'm not asking you about approvals.  I'm

12  asking you about pollution.

13       A    I'm trying to answer that.

14       Q    Okay.  But I want to make sure we get the

15  right question.  I'm not asking you whether or not

16  you'd approve it.  My question is if you have already

17  stated that these systems that are being currently

18  utilized that there are properties that couldn't

19  accommodate a code-complying system being used at high

20  occupancy during summer months, I think you've already

21  testified that use of those properties on a year-round

22  basis or for a longer period of time would cause a

23  pollution problem.  Is that fairly characterizing your

24  testimony?

25       A    Yes.
```

1          Q    What is your basis for that conclusion?

2          A    Because they don't have the system in there

3    that would meet the health code, number one.  And

4    forgetting that, I just think that over a period of

5    time when the winter sets in with high groundwater that

6    you start picking up pollutants coming from someplace

7    in that area, from one of our test wells and that's

8    basically what I'm basing it on.  It just doesn't work.

9    I mean, you have a problem.

10         Just for your -- adding to this, maybe that's

11   the wrong thing to say.  The state now is looking -- I

12   have a number of systems in this area that are

13   cesspools which definitely over a period of time will

14   pollute the groundwater because they're working in

15   groundwater, because that used to be the exception 40

16   years ago that the tides would clean it and the tides

17   would flush it out.

18         And now we're finding that those systems --

19   the younger group that's buying these homes are coming

20   in and changing those to get some sort of system in as

21   a repair, not to change the use of the building, but to

22   come in as a repair.  So we're aware of this, and most

23   of the homes where people don't care and that's where

24   we're finding out by the testing we're doing, pump outs

25   that we're doing, those are going to have to be