PART ONE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS          :
ASSOCIATION, INC., CHARLES AND      :
VICTORIA PARSONS AND JOAN BYER,     :
                    Plaintiffs      :
                                    :
                                    : 3:00CV97(EBB)
VS                                  :
                                    :
TOWN OF OLD LYME, TOWN OF OLD       :
LYME ZONING COMMISSION,             :
ERIC FRIES, GEORGE JAMES,           :
JANE MARSH, THOMAS RISOM,           :
WALTER SEIFERT, SHARON COLVIN AND   :
MARILYN OZOLS,                      :
                    Defendants      :
- - - - - - - - - - - - - - - - -X

Deposition of JANE MARSH taken at the offices
of Halloran & Sage, 300 Plaza Middlesex,
Middletown, Connecticut, before Audra Quinn,
RPR, Licensed Shorthand Reporter #106, and
Notary Public, in and for the State of
Connecticut on July 23, 2003, at 9:15 a.m.



DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE                 100 PEARL ST., 14th FL.
MADISON, CT 06443               HARTFORD, CT 06103-4506
   203 245-9583                      800 839-6867

1    So just it was a surprise from sort of, you know,

2    having lived in the town as long as I had and knowing

3    what I knew to see that this had just happened and it

4    seemed to have happened so quickly, and I didn't know

5    myself how and I didn't know -- I didn't know even

6    whether the people that accompanied me to the meeting

7    knew more than I did or not, but I knew how much I

8    didn't know. I knew I knew so little about it and

9    wanted to go to the source and see, hear for myself.

10    And I wanted to read the report because I wanted to

11    find out what the heck DEP felt was so bad that it had

12    to have this happen. So I did. I took quite a lot of

13    time to familiarize myself with the whole situation.

14        Q    Other than an isolated septic failure, as you

15    mentioned a moment ago, do you believe that there's a

16    water pollution problem caused by residential waste

17    water in the town of Old Lyme?

18        A    In the town of Old Lyme, no, not in the town

19    of Old Lyme. Could there be, yes.

20        Q    What do you mean by that?

21        A    Well, if things weren't handled properly and

22    if there wasn't a lot of vigilance, yes, there could be

23    because it's a very desirable town and there's lots of

24    people wanting to be there and either through lack of

25    knowledge or overuse there could be a problem. So it's

1    something to me that requires a lot of attention in

2    order to have the town be able to do what it has been

3    doing without creating a serious pollution problem.

4        Q    Is it fair to say that the town has opposed

5    construction to sewers within the town of Old Lyme for

6    decades?

7        A    I'd say it's opposing not just construction

8    of sewers, but it's opposing all the things that come

9    along with the construction of sewers.  I mean it's a

10   much larger issue than just that.  But it has tried in

11   I would say not such a negative term, but in a positive

12   way to maintain the status quo.  And probably earlier

13   on it was not as aware as to what it had to do to

14   maintain the status quo, but I believe over time, it's

15   a small town after all, over time many more people and

16   more time and more expertise has been devoted to paying

17   attention to this particular issue so that -- because

18   it seems to be kind of a widespread community desire to

19   maintain Old Lyme as it is without becoming too modern

20   and developed and everything else.  That's sort of

21   ingrained in a lot of people that live there.

22       Q    What problems come with the construction of a

23   sewer system?

24       A    Well, first of all, you have to locate one,

25   and you have to dig up all the roads and put everything

1    in and that's a major disruption.  Locating one you

2    have to find a piece of property, and everyone assumes

3    it would be pretty good size to have one, if it's one

4    big one or multiple smaller ones or whatever.  It seems

5    like a major commitment.

6          I mean the town of Deep River where I

7    practice was finally ordered to do one and it had no

8    choice, and it was a major involvement of the town for

9    numbers of years to actually get that up and running

10   and it continues to be.  It's a continuing factor in

11   that town because they're talking about whether some

12   little laterals should be expanded, and it involves the

13   attention of the community constantly.

14         So it's physical installation, location, the

15   disruption to people while all that's going on.  And

16   then the financial burden that is imposed on people in

17   general in the town and then specifically the people

18   who are required to pay for the system if bills come

19   in.  And I mean this may be more of a personal belief,

20   but I bet it's shared by many members of the community,

21   is that the more bills that become required and

22   automatic that you don't have a choice about, the more

23   that dictates the type of person that can live there,

24   the type of financial situation they have to be in,

25   what kind of use they have to put their property to.

1    It starts driving in a rather relentless way property

2    uses and the type of people that may be able to live

3    there because it's generally viewed to be that it's

4    going to be expensive.  And looking at that Point of

5    Woods whole thing, I think at least in my mind it bore

6    it out looking at what those people would be facing in

7    terms of expense to just do their little part.

8            So it's that, and then once everything is

9    installed and, you know, you may lose some people

10   because they can't handle the installation and the

11   financial burden.  So you may be eliminating a certain

12   group of a population in town, and then you have an

13   ongoing expense and the new ones that come in may have

14   a completely different attitude with respect to the

15   property because they have to make it work for them so

16   they can afford to pay the bills that it generates.  So

17   you may have pressure to use the properties in other

18   ways than it was formerly used, and you may have

19   pressure to extend the development of those properties

20   because they are -- they have bills associated with

21   them.

22           And you know, for people who have no interest

23   or concern about a particular community and how it

24   wishes to live and exist, there could be proposals for

25   things that would take the town in a completely

1  different direction and turn it into a Waterford or a

2  much more intensely developed, more urban type

3  community.  And I think it's -- you see each person

4  that might consider that will consider it in either

5  shorter term or longer term.  I have a tendency to

6  consider things in the longest possible term and that

7  has been my feeling that although some of the initial

8  things might not be great that over time that the

9  installation of sewage treatment system and public

10  water supply in conjunction with one another have the

11  potential and the likelihood of fundamentally changing

12  the character and type of community that is there.  It

13  might not happen in five years, but it happens in

14  fifteen.

15       Q    Do you think that the fear of the change in

16  character of the town of Old Lyme is the fundamental or

17  overriding basis for opposition to construction of

18  sewerage in the town of Old Lyme?

19       A    I can't say whether it's fundamental because

20  that's something that would be personal, but I know

21  that it enters into the decision making of people when

22  they're considering whether they'll try to keep things

23  the way they are, and that includes each individual

24  property having its own septic system and its own well,

25  that the belief in keeping things as they are, some

 1    people might believe if you didn't keep things the way

 2    they were that would be the result, that you have a

 3    change in the character.  Others might be concerned

 4    about other aspects of it, you know, traffic or just

 5    general numbers of people in town or no more beach

 6    communities.  I mean that is a concern of mine, but I

 7    don't know how many other people look at it that way.

 8         So I can't say that it's fundamental, but it

 9    will enter into everybody's decision making in one way

10    or another.

11         Q    Is it true that the zoning regulations govern

12    the allowable use and allowable density of development

13    in the town of Old Lyme?

14         A    Yes, among other things.  I'm sure there are

15    other things that govern that, too.

16         Q    Such as what?

17         A    Well, there would be health code, building

18    code.  There would be other things that certainly

19    affect people's ability to use their property.

20    Ordinances, there's tons of ordinances in town.

21         Q    Wouldn't the zoning regulations dictate the

22    density of development notwithstanding the existence of

23    a sewer system serving the densely populated areas of

24    Old Lyme?

25         A    Well, but you see there are things that

1    overlay one over the other.  Just because we say you

2    can doesn't mean that all other regulations support

3    that.  So while I'd say yes, there's a fundamental

4    function that the zoning regulations play with respect

5    to saying yes, that's how many dwelling units are

6    allowed from the zoning standpoint, there are other

7    things that affect how many that can actually be built

8    because the particular piece of property has to

9    perform.

10       Q    I understand.  I'm looking at it from

11   reverse.  I might have misunderstood you before, but it

12   sounded like part of at least your personal concern

13   about what construction of a sewer would bring in terms

14   of the character of the community is concern that that

15   would change the character of development and the

16   density of development of properties in the town of Old

17   Lyme.  Is that fair to say?

18       A    Yes.  And you see that can happen in reverse

19   because of the pressures brought to bear.  Remember

20   that who sits on the Zoning Commission is a function of

21   an election.  All regulations, therefore, adopted by

22   that commission are the function of who sits there at

23   that particular time.  Who's elected is a function of

24   who is there and who is coming and the attitudes that

25   the people who are voting in that election have, and it

1   is a majority rule, you know, when you come down to the

2   election.  And I think, at least in my observations,

3   rural communities become suburban and become urban in a

4   process of the migration of people into the town who

5   have different attitudes and they can remove the prior

6   or the people get tired out.  I don't know.  But the

7   zoning regulations are only regulations adopted by a

8   particular group of people and they can all be canned

9   one afternoon and replaced by a whole different set.

10          So if you're an occupant of a town, you're

11  aware that nothing is guaranteed.  And so you have to

12  have vigilance beyond just saying, oh, I can sit back

13  and relax because I've got zoning regulations.  Those

14  regulations can be changed at any minute.  So you have

15  to have input in many, many ways in order to protect

16  the character of your town.

17      Q    Turning to Point of Woods which was the basis

18  of the meeting that you referred to at the DEP.  The

19  Point of Woods plan would involve connecting to an

20  existing water pollution control facility located

21  outside of the town of Old Lyme.  Is that correct?

22      A    Yes, that's correct.

23      Q    Having reviewed those plans, what are your

24  concerns with Point of Woods going forward with that

25  plan?

44

1      A    Well, you see, what my concern is in part, I

2   mean, it's not the actual physically doing it and will

3   it work.   I mean, I have a question still in my mind is

4   all of this necessary for what problems they identified

5   and isn't it not more a scientific possibility they're

6   basing the whole thing on.

7          But other than that, the actual hooking into

8   the system because it's going to be individuals in

9   Point of Woods who are going to have to shell out the

10  money and it's going to be individuals in Point of

11  Woods paying their annual fees and all that.  It isn't

12  the actual installation of it more as what will that

13  installation do to the character of Point of Woods and

14  to who's living there and what they do with their

15  properties.  And if only some people want to do it and

16  not all the others, what effects do the people that

17  want to do, you know, that are so hip to do it and so

18  interested that they can get it in place and get it

19  going, how does that influence all those others who

20  just want to have little simple cottages and they want

21  to hand them down for generations and they don't want

22  big expenses associated with them.  How does it affect

23  all those people because those are the people I have

24  sympathies for, the ones that want to keep their beach

25  community the way it is.  So it's a simple, enjoyable,