M

PART TWO

1  the map shown as Sound View to the area depicted on
2  that map as Old Lyme Shores, are you generally familiar
3  with that area of the town of Old Lyme?
4      A    Yes.
5      Q    Is it fair to say that that property is very
6  densely developed as shown on that map?
7      A    Yes.
8      Q    Given your understanding --
9      A    Of course, you have this area here which is
10 Hatchers Point, that's not densely developed.
11     Q    Agreed.
12          Between the words Sound View and Old Lyme
13 Shores --
14     A    Yes.
15     Q    -- based on your understanding of the Public
16 Health Code -- strike that.
17          That area is not served by a sewer. Correct?
18     A    That's correct.
19     Q    Based on your understanding of the
20 functioning of septic systems, do you believe that the
21 waste water from those properties are adequately
22 treated by septic systems?
23     A    As far as I know. I mean I haven't been down
24 there to look at all the records for all these
25 individual properties, but because of the kind of use

```
 1   that takes place down there and that they are not
 2   occupied, all of them, year round and things like that,
 3   that I don't believe that there are huge numbers of
 4   failed septic systems that are requiring remediation
 5   down there.
 6        Q    Why do you believe that nonuse during certain
 7   months of the year has any significant bearing on
 8   whether adequate treatment takes place in those areas?
 9        A    Well, because they are allowed to recover.
10   There's no new effluent being pumped in there and no
11   new water being dumped into that whole area.  So
12   whatever bacterial action has to take place can take
13   place and then it's sort of like land lying fallow.  It
14   can recover.  There's just no new trash being dumped
15   there.
16        Q    Have you ever received, you personally or
17   either the town of Old Lyme or any of its agencies
18   received any evidence to support the assertion you're
19   making right now?
20        A    How would I know if any of the other
21   agencies --
22        Q    That you know of is my question.
23        A    Well, I mean, I would say that at some point
24   in my life I have discussed this with other people,
25   including engineers, and no one has ever really
```

1  suggested that that isn't the case.
2      Q    But has anyone suggested that that is the
3  case?
4      A    Well, by default they're suggesting that it
5  is the case, that by allowing systems to -- and I'd
6  almost think that it was not needing a whole lot of
7  proof.  That if you're not adding pollutants from waste
8  water in a dwelling into the environment that during
9  the times that that's not happening that there's much
10 less likelihood that there will be any problems taking
11 place.
12     Q    Isn't it true that under the Public Health
13 Code if the system is working that waste water is being
14 treated before it leaves the property?
15     A    That's the theory, yes.
16     Q    And if that's true --
17     A    That's theory.
18     Q    And you don't agree with that theory?
19     A    Well --
20     Q    I understand your qualifications that --
21     A    In practical terms --
22          MR. RADSHAW:  You have to let Attorney
23     Slater finish his question.
24 BY MR. SLATER:
25     Q    I understand and I want to take out of this

1  the exceptions that might result by unique on-site
2  factors on a particular property. But generally
3  speaking do you disagree with the premise of the Public
4  Health Code that it is designed so that the on-site
5  system treats the waste water from the single family
6  home so that it is adequately treated prior to the
7  waste water leaving the property?
8       A    I'd say yes, I know that that is the intent.
9  Knowing, however, that the Public Health Code includes
10 the notions of repairs and waivers, there's also the
11 practical side which is they know they can't always --
12 so brand new installation made now with the knowledge
13 that we have, presumably with good engineering and all
14 that because it depends on somebody else's well, will
15 function that way. Systems built a long time ago based
16 on what they knew then and what the public code said
17 then, not necessarily so. And various repairs that can
18 occur and waivers granted, maybe not necessarily so,
19 also still in compliance with the Public Health Code.
20      Q    Would there be an improvement to the
21 environment if you were ordered not to abandon your
22 property and not use your property in the months of
23 November, December and January?
24           MR. RADSHAW: Object to the form of the
25      question.

1          If you understand the question, you can
2     answer it.
3     A    I'm not sure what you're worrying about.
4  What aspect of the environment that I might cause -- I
5  mean when I step out my door, I do have an impact on
6  the environment. When I turn the key to my car, I have
7  an impact on the environment.
8     Q    I think you know I'm talking about water
9  pollution and in leading to this question we were
10 talking about your assertion that not using systems
11 during winter months allows them to rest and it
12 provides -- I assume you were suggesting that it
13 provides a benefit to ground water pollution. Correct?
14    A    Well, it doesn't add anything more. There's
15 nothing more being added, and if there are systems that
16 are one on top of each other and that they are -- have
17 the potential of causing difficulty, it reduces that
18 potential.
19         At my property around the septic system,
20 there's acres and acres and acres. Now, if somebody
21 decided to move in and live there right next to one of
22 them, maybe it would benefit them. But right now, the
23 only people benefitting from my moving away from my
24 house would be animals, fish and insects.
25    Q    In terms of water pollution, your system is

1   working. Whether you operate it one month or twelve
2   months is really a nonissue in terms of ground water
3   pollution. Is that true?
4        A    Well, there's still stuff going into the
5   ground. Does it meet the Public Health Code? Yes, I
6   presume that it does. But there is still a matter of
7   what are you tolerating. That's all. Every time I
8   flush the toilet it's some kind of pollution that's
9   going on. It's going into a tank. It's sitting there
10  for a while. It's going out into the leaching field,
11  but I am putting stuff into the ground that is -- I
12  suppose it's natural, but it wasn't there before. And
13  the definition -- it's a human definition as to what is
14  pollution at any given moment, and a human definition
15  in the Public Health Code is they will allow a certain
16  amount of bacteria to be discharged into the ground.
17  Apparently the nitrogen loading requirement is a
18  completely different one.
19       Q    Isn't it true that under the Public Health
20  Code, and we'll take out the exceptions if there's some
21  mistake in assumptions based on the unique factors of
22  the property, but that you could actually drink the
23  water that exists outside of the separation --
24       A    That would be -- I think what the Public
25  Health Code is trying to achieve is that you could

```
 1  drink the water, and they're not necessarily saying
 2  there wouldn't be chemical pollutants in it and that
 3  you wouldn't be affected by it, but they're saying that
 4  in their opinion that there are enough things taken out
 5  of it that you probably wouldn't die, that it's not
 6  going to hurt you.
 7       Q    You think that's what the drinking water
 8  establishes?
 9       A    Well --
10       Q    That it's not killing us --
11       A    No.  It's a recognition that it's not pure
12  because there's no pure water left anywhere.  But it's
13  that it won't hurt you, but it's not, you know, in
14  practical terms you can't say that.  But it's the
15  design, yes, that's what the hope is.
16       Q    Aside from adding something to the ground
17  water that is considered acceptable by the public
18  health for the purpose of drinking water, if a system
19  is working to the point in which the water can be drunk
20  at the property boundary, what advantage to the
21  environment other than that diminimous material that
22  falls within the drinking water standards of resting a
23  system for three months out of the year?
24       A    I don't know.  I mean it's that you don't
25  know -- I mean it's more the information that you don't
```

```
 1   June, July and August.  Is it all working fine?  The
 2   answer I presume is no, it's not all perfect.
 3            Is it good enough that humanity is satisfied
 4   and people aren't killing each other, yes.  They seem
 5   to have been satisfied for a long, long time.  If they
 6   got to use them seasonally, that yes, there were some
 7   systems that needed fixing and there were some
 8   situations that needed to be remedied, but they were
 9   okay.  But then responsible people come along and say
10   but we probably should fix it at this situation because
11   now we've gotten new information, new data that
12   suggests that that kind of use year round is not going
13   to be an improvement on the situation.
14       Q   Where is that data?
15       A   Well, I would say starting with DEP saying
16   that if DEP gives you data that says a dwelling with a
17   septic system and well on less than an acre in less
18   than optimum conditions, we don't recommend it.  That's
19   any month of the year.
20            So you're looking and saying, well, we have
21   people there six months of the year.  We're not going
22   to dig them all out, send them home and say you can't
23   stay there at all.  We're going to say, well, we'll let
24   you keep doing what you've been doing and that's a
25   pretty common way that humanity deals with each other.
```

```
 1   We'll let you keep doing what you've been doing even
 2   though we know maybe it's not recommended, but we don't
 3   want to make it more.  And that's I think what the town
 4   has done is recognized that all these beach communities
 5   had their rights to do what they were doing, that
 6   everybody was basically working it out one way or
 7   another, but that it -- there was pressure to
 8   fundamentally change it from being seasonal to year
 9   round and that at that point there was a recognition,
10   well, we shouldn't do that because that's only going to
11   make the problem worse and to just let them do it.
12   We're beginning to go against what we already know may
13   be happening in the time periods while they're there.
14           So to get me to say is everything peachy keen
15   and does everyone have their 21 days and all these
16   things, I would guess not.  I'm not a scientist.  I
17   haven't made a study.  It's certainly not the position
18   that DEP takes ever.  But you don't want everybody to
19   have to stop and pull up and go away.  So you say let's
20   freeze it at that kind of a situation.  So we're being
21   at least responsible for the number of months where we
22   can say don't do it.  We're not necessarily responsible
23   for the months that they already have been doing it
24   forever.
25           MR. SLATER:  I think we're a little past
```