
PART ONE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS           :
ASSOCIATION, INC., CHARLES AND       :
VICTORIA PARSONS AND JOAN BYER,      :
          Plaintiffs                 :
                                     :
VS                                   : 3:00CV97(EBB)
                                     :
TOWN OF OLD LYME, TOWN OF OLD        :
LYME ZONING COMMISSION,              :
ERIC FRIES, GEORGE JAMES,            :
JANE MARSH, THOMAS RISOM,            :
WALTER SEIFERT, SHARON COLVIN AND    :
MARILYN OZOLS,                       :
          Defendants                 :
- - - - - - - - - - - - - - - - - -X

VOLUME II

Deposition of THOMAS C. RISOM taken at the offices of Halloran & Sage, 225 Asylum Street, Hartford, Connecticut, before Audra Quinn, RPR, Licensed Shorthand Reporter #106, and Notary Public, in and for the State of Connecticut on August 15, 2003, at 9:20 a.m.



DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE                100 PEARL ST., 14th FL.
MADISON, CT 06443              HARTFORD, CT 06103-4506
  203 245-9583                       800 839-6867

1  includes excerpts of the zoning regulations from three
2  different points in time. I'd ask you to briefly take
3  a review of that.
4       A    (Witness reviewed.)
5            MR. RADSHAW: Do you want to take a
6       short break while he looks at that?
7            MR. SLATER: Sure.
8       (THEREUPON, A RECESS WAS TAKEN
9           FROM 10:45 TO 10:56.)
10 BY MR. SLATER:
11      Q    So you would characterize your understanding
12 that the adoption of the amendments in 1995 were to
13 provide a mechanism to enforce the seasonal
14 designations that had already been placed on properties
15 by Mr. Kneen or perhaps others?
16      A    If you asked if that's my understanding, yes,
17 that is my understanding. That's why we did it.
18      Q    Was environmental protection the basis for
19 adoption of that regulation in 1995?
20      A    No. I think I explained why I believe the
21 things were adopted.
22      Q    Do you know of any benefits to the community
23 that would be served by restricting use of residential
24 properties to prohibit use during winter months?
25      A    You asked me if I know of any, and I'll have

```
 1   to answer that with a no. No, I don't know of any. I
 2   have my own beliefs as an elected Zoning Commission
 3   member, but I don't know of any.
 4       Q   Were any of those beliefs a basis for your
 5   voting to adopt the amendments that were enacted in
 6   1995?
 7       A   Yes.
 8       Q   And what were those considerations?
 9       A   I think they had to do with the
10   infrastructure of those areas in which there is
11   seasonal dwelling being unable to support year-round
12   use. An infrastructure meaning fire protection,
13   potable water, the ability for or the means by which
14   the water is drawn off those areas and into the Sound
15   in any kind of pretreatment. A lot of reasons why the
16   highly dense or the areas of higher density are best
17   suited by seasonal use.
18       Q   Is it fair to say that those areas we're
19   talking about are the beach communities of Old Lyme and
20   Rogers Lake?
21       A   I think that's a fair coining.
22       Q   Is it fair to say that those areas are --
23   please strike that.
24           Is it fair to say that the occupation of the
25   properties in those areas is very high during summer
```

1  months?

2      A    Yes.

3      Q    Can you explain how the infrastructure and
4  fire protection that serves those areas in summer
5  months would not be able to serve those in winter
6  months?

7      A    Specifically fire protection?

8      Q    Any of the considerations that form the basis
9  in your mind for adopting the 1995 amendments.

10     A    That's pretty wide open, but I'll give you
11 some examples of the way I approach it.

12          Most of these beach communities have
13 privately owned streets.  Let's call this section fire
14 protection.  I have been a senior officer, deputy
15 chief, assistant chief, not the chief of the Old Lyme
16 Fire Department for 17 years.  These streets are not
17 well maintained in the winter.  There is no Department
18 of Transportation or Department of Public Works
19 maintenance on most of these streets and to avail them
20 in the winter would not be feasible.  We would --
21 obviously, in a time of catastrophe we would make do,
22 but we would have to change the infrastructure if it
23 was more year-round use.

24          For the case of potable water, it is my
25 understanding and my belief that the potable water

1  plumbing is above the frost line and, therefore, could
2  not survive a winter. They would not be serviceable
3  during the year-round months. That is changing in some
4  of the communities, but not all of them.
5      So far as storm run-off and all that, the
6  ground is able to absorb, not absorb -- right now there
7  is minimum storm draining except from 156 which is the
8  highway that borders these shoreline communities. And
9  I think this is also true in Rogers Lake, although I'm
10 less aware of the storm water system up there, that the
11 cars and the traffic and that stuff dripping out of
12 cars in parking lots and all that kind of stuff will
13 aggravate the groundwater to some degree with seasonal
14 use and to a much higher degree in year-round use.
15     And if we were going to need -- if we were
16 going to have more year-round use, we would have to
17 mitigate that somehow. We have different kind of storm
18 drains when there's petroleum type pollution. It skims
19 off -- it takes the water from under the scum so you
20 don't get the oils out in the Sound and some other
21 mechanisms like that. Right now they don't have that.
22     So far as school buses and all that kind of
23 stuff, there's factors that work now because it's
24 seasonal that would have to be addressed if it was not
25 seasonal.

```
 1            So these are all things that brought me to
 2   the conclusion that enforcing the seasonal use, the
 3   determined seasonal use was a good thing for the town.
 4       Q   On that storm water issue, can you explain
 5   how storm water would be handled differently in winter
 6   months than it's handled in summer months?
 7       A   Well, it's more of a degree of the problem.
 8   Four months or five months of use of dropping fuels and
 9   oils on the ground and then running them off into the
10   Sound is better than 12 months.  If it was going to be
11   12 months, we would replace -- this is within the
12   experience I have with the storm water.  We would
13   replace the storm drains with a kind that did not run
14   the surface of the water in the storm drain out to the
15   Sound.  It would hold that.  So that you didn't have as
16   much potential for taking what's in somebody's driveway
17   and running it into Long Island Sound.  You would have
18   to change the infrastructure to support year-round use.
19   There are steps to do that, but they're not in place at
20   this time.
21       Q   It's true that properties throughout these
22   beach communities are, in fact, used year round?
23       A   Within our own communities.  Is that what you
24   meant?
25       Q   Within Old Lyme.
```

Case 3:00-cv-00097-EBB    Document 124-21    Filed 05/02/2007    Page 8 of 11

46

1   A   Yes, some are.

2   Q   And are you aware of -- why would you need to
3   make these infrastructure improvements given the fact
4   that these properties are, in fact, being used year
5   round in those communities notwithstanding your
6   amendments in 1995?

7   A   Because the cost risk. In a cost risk
8   analysis you can tolerate the little bit that's going
9   on whereas you would probably choose not to tolerate
10  more.

11  Q   Were any of the issues that you've just
12  described presented as considerations or grounds for
13  adopting the 1995 regulations in the public hearing
14  when those regulations were considered?

15  A   No.

16  Q   I'll show you a document that's been
17  identified as SC-1 and ask you if you've ever seen that
18  document?

19  A   I can't say I haven't. I haven't recently,
20  but I may have. I don't recall the document.

21      Actually, I do.

22  Q   You do recall reviewing --

23  A   I remember reading a summary such as this.
24  There's no date on it, though, so I can't tell when it
25  was generated. It seems to be a compilation of the

DEL VECCHIO REPORTING
(203) 245-9583

the hundreds of properties that fall under that category have septic systems that, in fact, comply with the Public Health Code in the town of Old Lyme?

        MR. RADSHAW: Object to the form of the question.

   A   I can't answer that, again, until you tell me the use.

BY MR. SLATER:

   Q   Single-family home.

   A   And seasonal or year round?

   Q   Why would that be a factor in determining the Public Health Code compliance of an on-site septic system under the Public Health Code?

   A   I believe that intuitively the intensity of use must be considered in the ability of the system to handle that use. So if the intensity is minimized, it is more likely the system will be suitable than if it's maximized.

   Q   If a system is functioning properly for the use from the months of April through November, would you expect it would continue to function properly for the remaining months of the year?

   A   If the use in April through November, in other words, during the usable season was in accordance with the design of the system, yes, I would. But it is

1  our experience that many of these houses, and by the
2  term many, I mean hundreds of these homes exasperate
3  the use by several times. In other words, if they have
4  a one bedroom house, they're sleeping 6, 8, 12, 15
5  people in that house. And the use and the design of
6  the septic was not permitted for that kind of -- I'm
7  sorry, the design of the septic was not permitted for
8  that kind of use. Because of the intensity of the use
9  during the season, that is only mitigated by letting it
10 rest during other times. One form of mitigation is to
11 let it rest in other times and that averages out the
12 use. It is the reason we are so stringent in Old Lyme
13 with zoning and house modifications and other things is
14 because characteristically there are offenders that
15 skew the data and show that even though something is
16 permitted for a certain type of use, it's getting a
17 much more intense use than it was intended.
18    Q    And how did you learn that a method of
19 mitigation in this situation would be through rest of
20 the system?
21    A    The biological process takes time, and my
22 engineer, my consulting engineers have told us that if
23 it takes X time to process Y discharge, that if you
24 make it 3Y you need to go to 3X.
25         Does that make sense?

Q   No.

A   That if you have --

MR. RADSHAW:  Let me stop you for a second.  If you answered his question, it didn't make sense, he can ask you another question.

BY MR. SLATER:

Q   I believe that what you're referring to involves the treatment time in which the septage flowing into soils on the property are treated through natural processes.  Is that correct?

A   That is correct.

Q   And that there's a certain amount of time and distance necessary in order to adequately treat septage from an on-site septic system.  Is that correct?

A   No, it's not.  If you said time and area, I would agree.  Distance doesn't --

Q   Does the Public Health Code determine whether or not adequate area exists by way of measuring separation distances?

MR. RADSHAW:  Object to the form of the question.

You can answer it if you understand it.

A   The Public Health Code addresses distance between a potable water source and the discharge area.