D

Part Two

1  Health Code how fast it can absorb certain liquids, and
2  if it can't absorb it faster than the design, the
3  numbers of bedrooms is reduced to match the size of the
4  system.
5      Q    Many of these properties we're talking about
6  are in beach communities.  Correct?
7      A    Beach or lake.
8      Q    And this intensity of use typically occurs
9  during the summer months when these properties are
10 utilized at a very high rate.  Correct?
11     A    Yes, correct.
12     Q    If properties are being used with more
13 intensity than the existing system, a combinate which
14 you've suggested is happening in Old Lyme, aren't those
15 systems causing pollution to the environment?
16          MR. RADSHAW:  Object to the form of the
17     question.
18          You can answer.
19     A    If the system is not being used for that
20 which the system was designed to be used, there is a
21 potential for pollution.
22 BY MR. SLATER:
23     Q    And if these properties are, in fact,
24 utilized at this very high rate during the entire
25 summer season, what are the methods to mitigate that

1  situation?  What are the options available to mitigate
2  that situation?
3              MR. RADSHAW:  Object to the form of the
4         question.
5      A    Yes.  I don't want to answer that, but my
6  question would be how do you know they're not handling
7  the discharge?
8  BY MR. SLATER:
9      Q    Didn't you suggest that you were familiar
10 with properties in Old Lyme that are being used beyond
11 the capacity of the design of the system?
12     A    Yes.
13     Q    How do you know that?
14     A    Okay.  Because if it was designed -- most of
15 these cottages are small in footprint, and when we
16 asked them or go visit the site based on a complaint of
17 odor or a complaint of numbers of cars in the yard or
18 numbers of people hanging out at the house, we
19 discovered that there are many more people claiming to
20 reside at a certain location than there are designed
21 bedrooms or beds, and from this knowledge, from
22 knowledge from the field, we determine that there's
23 often more intense use than was designed.  That's how
24 we know that there's more people than there are beds.
25 We don't know that that causes pollution.

1    Q    Why not?

2    A    Because A, it takes some manner of weeks for
3 the system to boil to the surface if it's going to fail
4 locally.  B, it takes some time for the groundwater
5 to -- for this material to get into the groundwater.
6 And C, to determine that that spike in the groundwater,
7 if we detect one, came from a particular residence.  We
8 have very little, if any, evidence of failures.  So we
9 use -- that's why we do the testing, to look for
10 indicators that are not -- they're a direct result of
11 something either smelled or seen.

12    Q    So if there is little evidence of failures,
13 why is there a need to require private property owners
14 to or prohibit private property owners to utilize their
15 properties during off-season months in order to rest
16 the systems?

17           MR. RADSHAW:  Object to the form of the
18       question.

19           You can answer it if you understand.

20    A    Because of the undocumented intensity of use.
21 In other words, because we have evidence that the use
22 is -- I'm looking for a word -- that it's not illegal
23 but it is greater than declared, that we have to be
24 careful that these systems are given equal share -- if
25 we believe they're being used more intensely than was

```
 1   intended, then we have to advise the homeowner however
 2   we can to let the system mitigate that intense use.
 3        Q    How would resting the system in December
 4   accomplish anything with respect to the treatment of
 5   waste water generated by an overly intense use
 6   occurring in the month of June?
 7        A    I think you have two issues here.  One is the
 8   amount of water that's put in the ground.  It's the
 9   water pressure that causes a break-out and some of the
10   visual signs of a problem.  But then the other side is
11   the bacteria that's in that water.  If the water
12   doesn't get to the surface and identify that you have a
13   problem, you have to know.  One does know that that
14   bacteria is in the ground and it takes some time for
15   that bacteria to be converted to a -- converted,
16   period.
17             I don't understand -- I think I don't
18   understand why you would think that a runner that is
19   tired would be less tired if he rested, which is, I
20   think, what you asked me.
21        Q    I don't think that's what I asked you at all.
22             Isn't it true that whatever treatment the
23   waste water discharged into the system in June, that
24   discharge is long gone by December?
25        A    Maybe.  I don't know that.
```

1    Q    Which consultant suggested to you that
2  resting systems would provide it a mitigation of the
3  concern that some systems were being used, overly
4  used?
5    A    I don't know which ones did versus ones that
6  didn't, but I know that Jacobson Associates did.  So
7  Dames & Moore may have.  Our academia may have.  We
8  have certain professors, environmental engineering on
9  our commission that I believe have said that.
10   Q    Have they discussed at all the functioning of
11  a biomat or a crust in a septic system?
12   A    Uh-huh.
13   Q    What is your understanding of the functioning
14  of a biomat or a crust?
15   A    I understand that they are -- that some is
16  good and too much is bad, that the system becomes
17  self-defeating after a while.  The biological
18  conversion process, the ammonias and all that.  Once
19  you have used up the ability to -- once you have used
20  up the ability of good bacteria to convert bad bacteria
21  to good, that the system basically, quote/unquote, dies
22  and that has something to do with biomat.
23   Q    Are you aware of any literature that would
24  suggest that off-season resting of systems actually can
25  impair the ability of a system to treat waste water?

```
1       A    No.

2       Q    Did the suggestion by Nathan Jacobson that

3   this resting may mitigate an existing problem, was that

4   made in any of its -- any of their reports to the Water

5   Pollution Control Authority?

6       A    I don't know where I -- how they communicated

7   that to me. It may be. I don't know.

8       Q    Do you recall specifically who -- anything

9   more specific than what you've just testified in terms

10  of when and who conveyed that information to you?

11      A    No. It's just something I've come to know,

12  but I do want to make a clarification. You said it's

13  Nathan Jacobson Associates. I've had minimal dealings

14  with Nathan Jacobson himself.

15      Q    I meant to refer to the firm. Who, in

16  particular, from the firm would have provided that

17  information to you?

18      A    It would be via the engineer that supports

19  our particular contract is a guy name Brian Curtis.

20      Q    Has anyone other than Brian Curtis served the

21  Water Pollution Control Authority from that firm?

22      A    Oh, yes, they have. I mean, different staff

23  do different things, but I would say they're under the

24  supervision of Brian except Nathan himself.

25      Q    Would it surprise you to learn that studies
```