

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SOUTH LYME PROPERTY OWNERS : CIVIL ACTION
ASSOCIATION, INC., CHARLES AND : NO. 3:00CV97 (EBB)
VICTORIA PARSONS AND JOAN BYER, :
:
Plaintiffs :
:
VS. :
:
TOWN OF OLD LYME, TOWN OF OLD :
LYME ZONING COMMISSION, ERIC FRIES, :
GEORGE JAMES, JANE MARSH, THOMAS :
RISOM, WALTER SEIFERT, SHARON COLVIN :
AND MARILYN OZOLS, :
:
Defendants : APRIL 30, 2007

### AFFIDAVIT OF JOSEPH RUSSO

I, Joseph Russo, being duly sworn, depose and say:

1. I am more than eighteen (18) years of age and believe in the obligations of an oath.

2. My family has owned property in beach community of the Town of Old Lyme, now zoned R-10, since 1972.

3. I owned property in the R-10 zoning district of the Town of Old Lyme since 1997.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4. I am familiar with the facts and circumstances of the above-captioned plaintiffs' Complaint dated December 29, 1999 and the Amended Complaint dated May 29, 2001.

5. I make this affidavit in support of the Opposition to Certain Defendants' February 9, 2007 and February 20, 2007 Motions for Summary Judgment.

6. In or about 1995, the Town of Old Lyme Zoning Commission ("Commission") and certain Town of Old Lyme ("Town") officials sought to prohibit the use of hundreds of residential properties in the R-10 zoning district of the Town during several months of the year.

7. In or about 1995, the Commission enacted regulations prohibiting the use of certain residential properties in the R-10 zone during the winter months (the "Challenged Regulations").

8. During 1988 I received a cease and desist order from the then Zoning Enforcement Officer, Joseph Hart, asserting that it was illegal for me to use property that I owned at 33-35 Breen Avenue, South View Beach, Old Lyme during winter months.

9. I sold that property several months after a civil action was filed against me seeking a court order prohibiting year round use of the property.

10. The complaint alleged that I was in violation simply because the lot was less than 10,000 square feet in size.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

11. No investigation or allegation was performed regarding the adequacy of the septic system or its compliance with the public health code on that property.

12. The first Town agency formed for the purposes of management of septic systems was first formed in 1996 and later became the Water Pollution Control Agency.

13. After the Challenged Regulations were adopted in 1995, the Zoning Enforcement Officer, Marilyn Ozols, wrote that the reason for the restriction against year round use was to protect the "character" of the community.

14. My wife and I plan on residing at our Old Lyme property on a year-round basis when we retire.

15. My family has owned property in Old Lyme for 35 years.

16. I have resided at a home in the beach communities of Old Lyme every year since 1972. Nearly all residences in the beach communities are occupied during the summer.

17. As a long-time summer resident, I am very familiar with the beach community and personally know hundred of summer residents.

18. The Planning and Zoning Commission proposed regulations, later amended to the Challenged Regulation, would have required 20,000 s.f. lots for year-round use in the R-10 zone.

19. The majority of residences in the beach communities, zoned R-10, are located on lots less than 10,000 square feet in size.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

20. The majority of owners of property in the beach communities, which are all zone R-10, reside in towns other than Old Lyme.

21. The majority of properties in the beach communities are owned by middle class working families or their descendants, most of whom were from central Connecticut and western Massachusetts.

22. The membership of the Association is generally representative of the owners of the beach community, most of whom are not year-round residents of Old Lyme.

23. For decades, representatives of the Town of Old Lyme have refused to issue building permits to enable members of place heat insulation or year-round water supply to their homes.

The above statements are true to the best of my knowledge and belief.

_____
Joseph Russo

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

STATE OF CONNECTICUT )
                              ) ss: Hartford, Connecticut
COUNTY OF HARTFORD )

Subscribed and sworn to before me on this 30th day of April, 2007.

                                            Kenneth R. Slater, Jr.
                                            Commissioner of the Superior Court

984977 1

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105