B
part 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------X
SOUTH LYME PROPERTY OWNERS       :
ASSOCIATION, INC., CHARLES AND   :
VICTORIA PARSONS AND JOAN BYER,  :
    Plaintiffs    :
                   :
VS                               : 3:00CV97(EBB)
                   :
TOWN OF OLD LYME, TOWN OF OLD    :
LYME ZONING COMMISSION,          :
ERIC FRIES, GEORGE JAMES,        :
JANE MARSH, THOMAS RISOM,        :
WALTER SEIFERT, SHARON COLVIN AND :
MARILYN OZOLS,                   :
    Defendants    :
------------------X

VOLUME II

Deposition of JANE MARSH taken at the offices
of Halloran & Sage, 300 Plaza Middlesex,
Middletown, Connecticut, before Audra Quinn,
RPR, Licensed Shorthand Reporter #106, and
Notary Public, in and for the State of
Connecticut on August 19, 2003, at 10:21 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE          100 PEARL ST., 14th FL.
MADISON, CT 06443        HARTFORD, CT 06103-4506
203 245-9583             800 839-6867

Jane Marsh - August 19, 2003                    Page 1

3

1        JANE MARSH,
2        having first been duly sworn,
3        deposed and testified as follows:
4   DIRECT EXAMINATION
5   BY MR. SLATER:
6     Q   Good morning.
7     A   Good morning.
8     Q   I'd first like to -- I think we left off
9   talking a bit about policy behind the regulations
10  adopted in 1995 that would restrict certain use of
11  residential properties.
12         When did you first become aware of a policy
13  of the town of Old Lyme against the off-season use of
14  certain properties in the town of Old Lyme?
15    A   I don't know whether I'd say it was a policy
16  against. It was a policy in favor of the existence of
17  seasonal communities. There was a positive to have
18  that kind of thing exist in town.
19         For a long time there was a concern about
20  septage, septic difficulties in the beach areas. And
21  I'd say that's been all my legal life and even before
22  that a concern because, you know, various times
23  people's systems would fail. And it was like within
24  those areas that they would happen.

4

1  understanding in the town right back as far as, you
2  know, my legal and policy-making lifetime which isn't
3  from the cradle, but almost, that the seasonal
4  communities were successful as they were and didn't
5  have difficulties with their septic systems because
6  they operated only for a certain time of the year. So
7  that that idea of saying that something, somebody was
8  against something and that we believed that the
9  regulations supported that because a lot of the
10 development was already in existence at the time zoning
11 was adopted in 1948, those were already seasonal
12 communities down there.
13      And that our regulations, you know, I
14 certainly had it drummed into me that our regulations
15 are drafted in a way that if it says you can do
16 something in there, then you can do it. If it doesn't
17 say you can do it, then you can't. It's one of those
18 things where it has to affirmatively give you the right
19 to do something, otherwise the presumption is that you
20 can't.
21      And I can remember that that was interpreted
22 that the regulations before we made any changes at all
23 would have still indicated that all those lots that
24 were nonconforming in any way were fixed as seasonal

1  preexisting seasonal communities down there.

2      And I think lots of members of the community
3  thought that was fine, you know, that that was all that
4  really was necessary to leave that as it was and that
5  the owners of the properties understood it. The town
6  accepted it as a preexisting condition. The town liked
7  them as seasonal communities and there wasn't really
8  any pressure.

9      And then I do remember leading up to 1995
10 that we had some individual people bringing cases
11 regarding individual lots in the beach community where
12 judges looked at our regulations and articulated that
13 they weren't good enough, that they somehow -- that
14 assumption that everybody had that if you had a
15 nonconforming lot, that changing it from seasonal to
16 year round was somehow not an expansion of the
17 nonconformity, that there was some issues there and
18 they were more in the nature of technical issues, that
19 the regulations possibly needed to articulate that more
20 carefully.

21     And that led up to, you know, I'm sure three
22 or four years of considerations as to how that would be
23 done and ultimately resulted in the regulations that
24 you have issues with.

6

1  answer that through your entire legal career the policy
2  regarding seasonal use was in place, are we talking 24
3  years?
4     A   Uh-huh. I'd say -- it's hard for me to
5  articulate as to time because my father was always
6  involved in this and being his right-hand man, I was
7  always involved in listening to the discussions. So it
8  would -- even though I became a lawyer in '79, '80, I
9  would have been aware of issues involving this long
10 before then, too.
11        But I'd say the time when it made any
12 difference to me would have started in the early 1980s
13 when I became a member of the Zoning Commission
14 myself -- I mean the Planning Commission myself rather
15 than just hearing it as a matter of conversation with
16 my father or conversation with other people in town.
17    Q   You suggested that the town liked the fact
18 that certain areas of the town were seasonal?
19    A   Yes, I think there's a positive.
20    Q   What was the rationale for the town in favor
21 of certain areas of the town being used only on a
22 seasonal basis?
23    A   Well, they're a different kind of community.
24 And this is my personal belief, is that a seasonal

1  for a particular purpose, usually not -- recreation
2  they come together for. They're there on their
3  vacations. They're there to have a good time. They're
4  there to enjoy the beach and each other and that they
5  come from other places and they come there specifically
6  for that purpose. They meet people year after year
7  that they've known before, these other families from
8  all over, and it is -- and I think you can find this
9  across the U.S. in all kinds of locations that there
10 are these special kind of communities that are formed
11 of people coming together. They're relaxing. They're
12 having a good time. They're socializing. They get to
13 know each other in ways that you never get to know each
14 other in a year-round community where everybody is
15 working, you know, because they don't see each other.
16 But in these communities they get together. They have
17 association. They deliberately bring each other
18 together. They have bingo and they have movie nights
19 that they have, dances, they have events. And so it
20 creates a group of people that see each other year
21 after year when they are relaxing and having a good
22 time. And it's not just year after year. It's even
23 generation after generation.
24      And, to me, that's a positive thing. It's a

8

1  It's a good thing to have, and I've always thought so.

2       I mean, one little anecdote, when I sit in my

3  bed at night I know when summer has arrived when I hear

4  little kids giggling and laughing down at the beach,

5  and it's one of the most pleasant sounds because you

6  know they're back and they're having a good time.

7       It's another thing, those are safe

8  communities down there except for Sound View which has

9  a little history of having an issue, but by and large

10 the residential communities are safe and so people let

11 their children mix around with each other and they all

12 walk around.

13      I don't know if either one of you have ever

14 been to a beach community like that, but the kids all

15 go together and they hang out and they can walk here

16 and there from house to house and it's a kind of

17 freedom they don't get anywhere else. So it creates

18 memories that these people have that they are almost

19 reverential about it. So it's a special kind of a

20 community that you don't get if they're year-round

21 homes.

22   Q   Isn't it true that these beach communities in

23 Old Lyme were, in large part, developed as beach

24 communities prior to the town ever even adopting

12

1    When I said it wasn't up to me to judge, I

2 don't know what people's real motivations are and I've

3 only heard that said a number of times. So they can

4 have many other motivations. I have no idea.

5    Q  In those regulations that were adopted in

6 1995 include criterion which you'd be able to convert.

7 Isn't it true that no property owner with a lot having

8 less than 10,000 square feet would be permitted to

9 convert?

10    A  That's right.

11    Q  And that would be notwithstanding the fact of

12 having a code-complying septic system, having

13 year-round water or having the ability to make whatever

14 improvements to the property were necessary to be able

15 to use the property during winter months?

16    A  Right. There is a cut-off.

17    Q  What is the public policy served by

18 prohibiting persons who wish to retire in their home

19 from converting it to the year-round basis if, in fact,

20 they can demonstrate that they have code-complying

21 septic systems, have adequate water, but that their

22 only deficiency is that their existing lot is less than

23 10,000 square feet in size?

24    A  Well, I mean, there's lots of different