B
part 3

24

1  zoning policy prohibiting year-round use was eliminated
2  that the areas that are now beach communities would
3  somehow all be materially changed into year round --
4      A    Well, I told you about Rogers Lake which is
5  another area in town which was a seasonal community at
6  one time, but now more properties there than previously
7  were the case are year round, and they're converting
8  one after another. And they're doing things like
9  adding lots together and doing things, but there are
10 more now year-round homes than there are seasonal, and
11 it's a completely different place. It's not at all the
12 same type of land use that it was before.
13     Q    But there are vast differences between the
14 beach communities around Rogers Lake, would you agree
15 with that?
16     A    Well, there weren't originally. There were
17 small cottages. It was the same kind of a place. They
18 came around that lake and treated the lake the same
19 way.
20          And it's -- I mean, there are other aspects.
21 There's an aspect of the town as a whole and their sort
22 of quality of life issues and they're hard to
23 articulate, but they're just as real. That a town
24 might want to decide that it is a rural community

25

1  it says it probably many times that it wishes -- these
2  are the townspeople speaking. Those plans of
3  development are drawn up after public hearings and lots
4  of input from all kinds of people, but there's a desire
5  on the part of people to have a community like Old Lyme
6  which is small, rural, not traffic congested, not with
7  metropolitan problems.
8      It's something about as opposite to that as
9  you can imagine, which is where you kind of go to sleep
10 and you can rest and relax and have other another kind
11 of a life. And a community of seven or 8,000 can have
12 that feel; a community of 15,000 to 20,000 will not
13 have that feel. It will have a different feel
14 altogether. So that when you come to an intersection
15 at the first kind of community, you can generally wait
16 a second or two and pull out. You come to an
17 intersection in the second kind of community, you'll be
18 waiting, waiting, waiting or you'll have a light. It
19 really does affect your feelings about living there.
20     And it may seem trite and trivial, but
21 waiting around for other people's cars and traffic year
22 round gives you a fundamental different feeling if
23 you're a resident in that place and, to me, those
24 are -- that's a basic quality of life issue that a town

1  amount of demand that there are for other people to

2  come there because there's a tremendous demand to want

3  to remain as a rural community against that tide. And

4  it takes no mean feat to actually accomplish that.

5      When there is money there to buy anything,

6  there's the desire, there's the will, there's everyone

7  who's ever come that remembers the place and says I

8  want to live in a place like that, and so it is sort of

9  like the tragedy of the commons. If you're not a

10  gate-keeper and you don't put some restraints on it,

11  you'll end up with Waterford or you end up with pretty

12  much Old Saybrook which is beginning down that road

13  where, in addition to many more residents now, they

14  have every major chain store vying for property rights

15  along Boston Post Road and their Main Street and there

16  are big buildings being built. You just cross the

17  river and you go from one type of community to

18  another.

19      To me, as a policy-maker for land use, that's

20  one of the things I think I'm charged with by the

21  members of my community is to figure out how does one

22  accomplish that, and you can't accomplish that by

23  saying yes, do anything you want.

24  Q   Are you suggesting in those communities,

1  stores and commercial development in those towns was
2  accomplished against the will of the policy-makers in
3  those towns?
4      MR. RADSHAW: Object to the form of the
5      question.
6      You can answer.
7  A   No. What I'm saying is that there are
8  critical masses in all kinds of things. Just as I
9  described a critical mass going from seasonal to year
10 round, there's a point at which you get more of one and
11 less of the other and, therefore, in a democracy one
12 will out rule the other. Because we do. We are
13 democracies, remember that.
14     It's not that one guy can stand along against
15 the entire tide. So you allow a lot more development
16 to happen in a town, you'll have different kinds of
17 people making the decisions, making the policy
18 decisions. And so those people who might want to have
19 it rural become in the minority, and the people who
20 want commercial interests developed and other things
21 become the majority. And as soon as that happens, that
22 is the change of the community because the community
23 does control what it does.
24     I mean, there's a lot of ways in which a