UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------X
SOUTH LYME PROPERTY OWNERS       :
ASSOCIATION, INC., CHARLES AND   :
VICTORIA PARSONS AND JOAN BYER,  :
    Plaintiffs    :
                  :
VS                               : 3:00CV97(EBB)
                  :
TOWN OF OLD LYME, TOWN OF OLD    :
LYME ZONING COMMISSION,          :
ERIC FRIES, GEORGE JAMES,        :
JANE MARSH, THOMAS RISOM,        :
WALTER SEIFERT, SHARON COLVIN AND :
MARILYN OZOLS,                   :
    Defendants    :
------------------X

Deposition of MARILYN OZOLS taken at the
offices of Halloran & Sage, 300 Plaza
Middlesex, Middletown, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on August 20, 2003, at
9:40 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE          100 PEARL ST., 14th FL.
MADISON, CT 06443        HARTFORD, CT 06103-4506 003

Page 1

49

1   question.

2   You can answer.

3   A  Can you ask it again, please. I was reading
4   at the same time.

5   (THEREUPON, THE REFERRED TO
6   QUESTION WAS READ BACK.)

7   A  These were the general policies. I don't
8   believe it was the only time policy was discussed or
9   established.

10  BY MR. SLATER:

11  Q  Who established the policies that were
12  implemented?

13  A  The Zoning Commission.

14  Q  Did they formally vote on those policies or
15  was it an informal process?

16  A  I don't believe they took formal votes.

17  Q  How did they communicate these policies to
18  you?

19  A  I attended all their meetings.

20  Q  Did you ever codify the set of policies that
21  were to be implemented by you?

22  A  I think the process and policy was put in in
23  writing.

24  Q  Was there a written policy that you'd be able

57

1   more cars in the area. There's the increase in just

2   the amount of pollutants from people, garbage, cars

3   that get into the surface area that is then washed off

4   the property in any rain event.

5   BY MR. SLATER:

6   Q   So it's the existence of cars being parked in

7   parking areas in these areas that is the -- would

8   result in an increase in runoff?

9   A   That was one of the things that I mentioned.

10   Q   And what else?

11   A   The garbage, just the number of the activity

12   in the area. You have more tendency for lawn care

13   fertilization, for running water more, for using more

14   water, for using more cleaning products, throw out

15   things all year, letting them sit outside. There are

16   any number of -- just the increase in number of people

17   doing things and leaving things around increases the

18   amount of potential for pollutants to be carried off in

19   the rainwater.

20   Q   Is there a pollution problem in these areas

21   during the high occupancy time of the summer months?

22   A   I can't speak to that.

23   Q   Why not?

24   A   Because that's not something that I've

Marilyn Ozols - August 20, 2003                    Page 57

58

1   Q   Did the Zoning Commission reach a
2   determination that there's a pollution problem in these
3   densely developed areas of Old Lyme during the summer
4   months when occupancy is high?
5           MR. RADSHAW:  Object to the form of the
6       question.
7   A   I don't believe so.
8   BY MR. SLATER:
9   Q   Do you know how they could conclude that
10  using these same properties during additional months of
11  the year would create a pollution problem if they had
12  no evidence that one exists when these properties are
13  used at a high rate of occupancy?
14          MR. RADSHAW:  Object to the form of the
15      question.
16          You can answer.
17  A   I don't think I mentioned at any point a
18  pollution problem.  I believe that's your phrase.
19      What I mentioned was that there was a greater
20  probability of pollutants in runoff, et cetera, from a
21  more intensive use.
22  Q   Are you familiar with any beach communities
23  in Connecticut that are not restricted by local zoning
24  for seasonal use?