F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------X
SOUTH LYME PROPERTY OWNERS :
ASSOCIATION, INC., CHARLES AND :
VICTORIA PARSONS AND JOAN BYER, :
    Plaintiffs :
                      :
VS               : 3:00CV97(EBB)
                   :
TOWN OF OLD LYME, TOWN OF OLD :
LYME ZONING COMMISSION, :
ERIC FRIES, GEORGE JAMES, :
JANE MARSH, THOMAS RISOM, :
WALTER SEIFERT, SHARON COLVIN AND :
MARILYN OZOLS, :
    Defendants :
------------------X

Deposition of GEORGE JAMES taken at the
offices of Halloran & Sage, 300 Plaza
Middlesex, Middletown, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on July 23, 2003, at 9:15 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE      100 PEARL ST., 14th FL.
MADISON, CT 06443    HARTFORD, CT 06103-4506
203 245-9583          800 839-6867

**George James testimony - 07/23/03**      **Page 1**

48

1  the question because you have, I think, a

2  double or triple negative in the middle of

3  that one.

4      MR. SLATER: If you could read it back,

5  please.

6      (THEREUPON, THE REFERRED TO

7      QUESTION WAS READ BACK.)

8 BY MR. SLATER:

9  Q  I'll try --

10  A  That's a double negative.

11      MR. RADSHAW: And there's another

12      negative in front of it.

13  Q  Is the Water Pollution Control Authority

14 today aware of the fact that substantial number of

15 properties in Old Lyme have septic systems that do not

16 comply with the current Public Health Code?

17  A  We dispute the fact. We at this point in

18 time, with the exception of a very few repairs that are

19 underway, claim that there is no pollution from

20 residences, private residences in the town of Old

21 Lyme.

22  Q  If that is true, why should property owners

23 be restricted from using their properties during winter

24 months?

George James testimony - 07/23/03                    Page 48

49

1 are the septic systems that exist in the town of Old
2 Lyme operating as they should, and the answer to that
3 is yes. The frequency of pump outs for any given
4 system varies. Some of the latest systems require pump
5 outs as frequently as every other year. To generalize
6 then about all the septic systems in the town of Old
7 Lyme is an impossibility.
8     My understanding of the reason behind
9 seasonal use only designations is that they are proven
10 to have worked, that is at least what our pump out data
11 is suggesting. A review of the pump out data is
12 suggesting that seasonal use only designation of a
13 number of houses on small lot size is a very sound
14 policy, and one, may I add also, and one encouraged by
15 the DEP as recently as six weeks ago.
16   Q   And when was the six week --
17   A   That's a letter from Jane Stahl, DEP, second
18 in command I think.
19   Q   And that was received six weeks ago?
20   A   I think you have that letter.
21   Q   I believe I do, but I don't recall when it
22 was written six weeks ago.
23     (THEREUPON, THERE WAS A DISCUSSION
24     OFF THE RECORD.)

George James testimony - 07/23/03                Page 49

55

1   Q   So can you explain how use of private
2   property in the beach communities during winter months
3   would result in a pollution problem?
4   A   I think that you have to qualify use. If we
5   are talking about a year round use of a beach property,
6   we have several things to consider. One is the
7   structure. Many of the houses were built, as figures
8   indicate, in the 1960s. Many earlier than that. Many
9   of the building codes required today for year round
10  houses are not present in those structures, and
11  consequently year round use involves a great many more
12  things than just flushing the toilet.
13  Q   If we limit my question to the water
14  pollution issue.
15  A   All right. The occasional use, let's say, to
16  go down on Thanksgiving to open up your house. You
17  bring your bottled water. You maybe flush the toilet
18  once or twice. I can't see that that has a great
19  impact on the aquifer. In other words, the system as
20  we inherited it from the 1960s seemed to work. And
21  that's really the bottom line. That the requirement
22  that the water be shut off at a certain time, that the
23  year round use of the property was not acceptable,
24  those things were the direct result of a system that

56

1   Q   That policy trying to prevent year round use

2   of these properties was in place well prior to the

3   order by the DEP regarding pollution abatement. Isn't

4   that true?

5   A   All I can respond to that is that the 1966

6   Old Lyme building ordinance specifically designated the

7   requirements for conversion to year round use, and

8   Frank Kneen at that time, the licensed sanitarian for

9   the town of Old Lyme, enforced that. That was his

10  specific requirement. So I can't respond to something

11  that was done years ago. I can only respond to those

12  things which I had a hand in which occurred after

13  June -- well, would be 1997.

14  Q   And I'll return to my question and my

15  question wasn't regarding use on Thanksgiving of a

16  property, but instead use of the home in which all the

17  current rules as I understand them in the town of Old

18  Lyme would allow to be utilized in the late spring,

19  summer and early fall months, what pollution problem is

20  created if those systems were -- if those properties

21  were occupied during winter months?

22  A   It's a supposition. We have no scientific

23  evidence one side or another. It's an educated guess

24  that the increased volume of pollutants to be absorbed

57

1  increasing the number from a relatively few to 1,800
2  year round use homes would be a dramatic impact on the
3  aquifer.
4     Q   Dramatic impact?
5     A   Yes.
6     Q   Why is there no dramatic impact on the
7  aquifer when those properties are used for the
8  remaining majority months of the year?
9     A   Because apparently by Mother Nature's good
10 fortune or whatever, blessing, the soils are adequate
11 to handle the pollutant.
12    Q   Why wouldn't they be adequate to continue to
13 handle them for the other few months of the year?
14    A   Again, that's a supposition. That's an
15 educated guess that they would not.
16    Q   It's true that the Water Pollution Control
17 Authority has never asked a consultant to evaluate that
18 question?
19    A   Is that a question or is that an assertion?
20    Q   Is it true that the Water Pollution Control
21 Authority has never asked a consultant to evaluate that
22 question?
23    A   I can't answer whether -- not to my
24 knowledge, put it that way. Not to my knowledge.

George James testimony - 07/23/03              Page 57

58

1  were commissioned by the town of Old Lyme prior to the

2  formation of the Water Pollution Control Authority that

3  addressed the question of whether off season use of

4  residential properties that were considered seasonal

5  would result in adverse impact on water pollution?

6     A   I'm not aware of any. Again, I've only been

7  on since 1997. So I don't know what happened before

8  that.

9     Q   You'd expect that imposition of a -- strike

10 that.

11        Is it fair to say that the Water Pollution

12 Control Authority would expect to see an improvement in

13 water quality following the imposition of regulations

14 requiring pump out of septic systems in Old Lyme?

15    A   Again, an assumption. I can't answer that.

16 I really wouldn't know.

17    Q   So you wouldn't expect by requiring systems

18 to be pumped out that there would be any improvement in

19 water quality?

20    A   Well, one of the things, if I can go back a

21 little bit in history, the Malcolm Pirnie report

22 alleged that there was pollution in Old Lyme. And

23 subsequent to the publishing of that report, we

24 discovered that he never did an on-site pump out