I

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS         :
ASSOCIATION, INC., CHARLES AND     :
VICTORIA PARSONS AND JOAN BYER,    :
                Plaintiffs         :
                                   :
VS                                 :  3:00CV97(EBB)
                                   :
TOWN OF OLD LYME, TOWN OF OLD      :
LYME ZONING COMMISSION,            :
ERIC FRIES, GEORGE JAMES,          :
JANE MARSH, THOMAS RISOM,          :
WALTER SEIFERT, SHARON COLVIN AND  :
MARILYN OZOLS,                     :
                Defendants         :
- - - - - - - - - - - - - - - - - -X
```

Deposition of RONALD ROSE taken at the offices of Halloran & Sage, 300 Plaza Middlesex, Middletown, Connecticut, before Audra Quinn, RPR, Licensed Shorthand Reporter #106, and Notary Public, in and for the State of Connecticut on November 21, 2003, at 1:00 p.m.



DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
203 245-9583

HARTFORD                                    STAMFORD

1  correlation between that and a biomat in a system.
2       Q    Is that also sometimes referred to as a
3  crust?
4       A    I've never referred to it as a crust. A
5  crust is usually what somebody finds in the top of a
6  septic tank.
7       Q    Does the biomat serve as you describe in a
8  way as a filter?
9       A    I wouldn't call it a filter. Yes, I'd call
10 it a filter, but also a way of slowing down the sewage
11 going into the ground. So you don't overtax the
12 underlying soils.
13      Q    Are you aware of studies that suggest that
14 resting septic systems for extended periods of time
15 result in a breakdown of that biomat?
16      A    There's a few studies out there. I'm not
17 really familiar with them, but different reports that I
18 receive. Everyone has their own opinion of whether
19 it's a good thing or a bad thing. It works, it doesn't
20 work. That's above me. The professors and --
21      Q    Do you recall any professors or any reports
22 that you've ever read that suggested that the biomat is
23 a bad thing in a septic system?
24      A    Only in relation to groundwater in this
25 respect that it's a good thing to slow down the

1   Q   My question is how would you describe the
2   occupancy of the beach communities?
3   A   Seasonal.
4   Q   Not describing your obvious intention of
5   trying to point that out on your own as often as
6   possible.  My question is:  Is the occupancy, is it
7   high or low in the summer months?
8   A   Very high, very high, very high.
9   Q   What period of time during the year are these
10  communities being operated or being used at a very high
11  occupancy?
12  A   Probably April to the first of September,
13  October.
14  Q   And do you believe there's a pollution
15  problem caused by those systems being used at a very
16  high occupancy during that period of time?
17  A   Those that have taken care of their septic
18  systems, no.  Those that have not, yes.
19  Q   And I think you've already suggested that if
20  those same property owners who used it for that window
21  of time continued to use their properties, there would
22  be a pollution problem.  Is that correct?
23  A   Not if they have a septic system that meets
24  the code.  I think I said that, I added that in there.
25  Q   Do these systems meet the code?

1  Public Health Code?

2      A    Rephrase that question, please.

3      Q    Am I right in believing that you --
4  estimating that you've approved approximately a dozen
5  code-complying systems on lots of 5,000 square foot or
6  less and that you've determined in probably three dozen
7  cases that properties that are 5,000 square foot or
8  less could not accommodate a code-complying system, do
9  you have a sense that that's a pretty good
10 representation of what you find in the beach
11 communities, one out of four that would seek to install
12 such a system would meet the code?

13     A    I'd say that's approximately right.

14     Q    With respect to those lots that could not
15 accommodate a code-complying system, you'd agree that
16 there are many of those properties being used at high
17 occupancy during the summer months currently in the
18 town of Old Lyme?

19     A    Yes.

20     Q    And do I also understand your testimony that
21 based on the pump-out systems and other methods the
22 town is employing, you don't believe that the use of
23 those properties during the summer months are causing a
24 pollution problem in the town of Old Lyme. Is that
25 fair to say?

1    A    Not that I've been able to find, no.

2    Q    What is your basis for believing that using

3 those properties for additional periods of time would

4 cause a pollution problem for the town of Old Lyme?

5    A    Because they can't meet the health code.

6    Q    They don't meet the health code now, do

7 they?

8    A    No.  But that's where the difficulty comes in

9 because I can only approve if somebody has a problem.

10 If there's no problem, I can't get involved in it.

11    Q    I'm not asking you about approvals.  I'm

12 asking you about pollution.

13    A    I'm trying to answer that.

14    Q    Okay.  But I want to make sure we get the

15 right question.  I'm not asking you whether or not

16 you'd approve it.  My question is if you have already

17 stated that these systems that are being currently

18 utilized that there are properties that couldn't

19 accommodate a code-complying system being used at high

20 occupancy during summer months, I think you've already

21 testified that use of those properties on a year-round

22 basis or for a longer period of time would cause a

23 pollution problem.  Is that fairly characterizing your

24 testimony?

25    A    Yes.

```
 1     Q    What is your basis for that conclusion?
 2     A    Because they don't have the system in there
 3   that would meet the health code, number one.  And
 4   forgetting that, I just think that over a period of
 5   time when the winter sets in with high groundwater that
 6   you start picking up pollutants coming from someplace
 7   in that area, from one of our test wells and that's
 8   basically what I'm basing it on.  It just doesn't work.
 9   I mean, you have a problem.
10          Just for your -- adding to this, maybe that's
11   the wrong thing to say.  The state now is looking -- I
12   have a number of systems in this area that are
13   cesspools which definitely over a period of time will
14   pollute the groundwater because they're working in
15   groundwater, because that used to be the exception 40
16   years ago that the tides would clean it and the tides
17   would flush it out.
18          And now we're finding that those systems --
19   the younger group that's buying these homes are coming
20   in and changing those to get some sort of system in as
21   a repair, not to change the use of the building, but to
22   come in as a repair.  So we're aware of this, and most
23   of the homes where people don't care and that's where
24   we're finding out by the testing we're doing, pump outs
25   that we're doing, those are going to have to be
```