

1

1        UNITED STATES DISTRICT COURT

2           DISTRICT OF CONNECTICUT

3   SOUTH LYME PROPERTY OWNERS        : NO.:300CV97(EBB)
    ASSOCIATION, INC., CHARLES AND :
4   VICTORIA PARSONS AND JOAN BYER :

5   VS                                :

6   TOWN OF OLD LYME, TOWN OF OLD     :
    LYME ZONING COMMISSION, ERIC      :
7   FRIES, GEORGE JAMES, JANE         :
    MARSH, THOMAS RISOM, WALTER       :
8   SEIFERT, SHARON COLVIN AND        :
    MARILYN OZOLS                     : SEPTEMBER 23, 2004
9
           DEPOSITION OF MARY K. CLARK
10
    A P P E A R A N C E S:
11
    HALLORAN & SAGE
12     Attorney for the Plaintiffs
       One Goodwin Square
13     225 Asylum
       Hartford, CT  06103
14     (860)522-6103
       BY: KENNETH R. SLATER, JR., ESQ.
15
    HOWD & LUDORF
16     Attorneys for the Defendants
       65 Wethersfield Avenue
17     Hartford, CT  06114
       (860)249-1361
18     BY: THOMAS R. GERARDE, ESQ.

19  BRANSE & WILLIS, LLC
    Attorneys for the Defendant, Old Lyme Zoning Comm.
20     41 C New London Turnpike
       Glastonbury, CT  06033-2038
21     (860)659-3735
       BY: ERIC KNAPP, ESQ.
22
           NIZIANKIEWICZ & MILLER REPORTING SERVICES
23              Helena M. Trey
              License No SHR.346
24              972 Tolland Street
              East Hartford, CT  06108
25              (860) 291-9191

Mary K. Clark - 9/23/04                                Page 1

147

1  of -- even though --

2  A.  Yes.

3  Q.  You agree?

4  A.  Yes. I agree with that.

5  Q.  What about the fact that the cottages if they are

6  used seasonally and unoccupied from November 1 to March

7  31, or something like that, March 15. There is a half

8  month in there and I am not sure exactly what it is. I

9  think it's November 15.

10  A.  I think that's what it is.

11  Q.  November 15 to March 31, four and a half months

12  roughly. What benefit, if any, exist by giving the land a

13  rest, so to speak. Let me tell you, I know everything you

14  have written about the biomat and I am going to talk about

15  biomat degradation and all that, but in terms of just not

16  having the constant flow through the soil, is there any

17  benefit to that at all?

18  A.  Yes, if there is a substandard system in the

19  ground that is not being used year round, then it would be

20  a benefit to having it used less.

21  Q.  And what is that benefit though? How does that

22  manifest itself?

23  A.  The reduced water use can actually increase the

24  strength of the wastewater which could have actually more

25  detrimental impacts on the systems causing a larger

148

1 clogging mat. If it's then allowed to rest, then that

2 clogging mat would then be allowed to break down.

3    Q. Let me see if I understand that part, and we will

4 just take it slow. What I think I just heard you say was

5 that if the residents are voluntarily reducing the volume

6 of water that they use while they are there during the

7 seasonal months, then that could result in a larger or a

8 thickening of the biomat, is that right?

9    A. Yes.

10    Q. And by letting the whole system rest from

11 November 15 to March 31, that could result in a breakdown

12 or a thinning of the biomat, is that right?

13    A. Right.

14    Q. And then when the residents return, the biomat

15 would then thicken again, and you would stay in that

16 cycle?

17    A. Except for the cycle doesn't overlap right. I

18 mean, it takes too long for the biomat to form, and it

19 takes a relatively short time for it to break down. So,

20 if the biomat disappears over the winter months, and when

21 they come back in in the spring, it could take several

22 months for that biomat to reform.

23    Q. Okay. What makes you think -- let me ask it

24 this way. How do you decide whether or not the biomat

25 will simply reduce in size or simply disappear?

149

1   A.  I think it would be the length of time that it
2   was rested.
3   Q.  Is there any science behind that?
4   A.  Larger treatment systems, larger on-site disposal
5   systems on a standard basis they will alternate them on a
6   yearly basis so that you might dose one part of a field
7   for a year and shift it over and dose another part of a
8   field the next year. So that it does have a relatively
9   long period in that case to rest and break down.
10  Q.  And that is accepted practice up in Vermont?
11  A.  Yes.
12  Q.  Is that accepted practice in Connecticut, if you
13  know?
14  A.  I don't know.
15  Q.  Now, the length of time it takes for the biomat
16  to form is a function of the groundwater temperature, is
17  that right.
18  A.  Partly, yes.
19  Q.  And there was some statement either in the CEE he
20  report or in your report about the average temperature of
21  the groundwater in New England, do you remember that?
22  A.  Yes.
23  Q.  Do you know what the average groundwater
24  temperature is along the Long Island Sound Coast in
25  Connecticut versus the average temperature of New England