

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------X
SOUTH LYME PROPERTY OWNERS       :
ASSOCIATION, INC., CHARLES AND   :
VICTORIA PARSONS AND JOAN BYER,  :
    Plaintiffs   :
                     :
VS              : 3:00CV97(EBB)
                     :
TOWN OF OLD LYME, TOWN OF OLD    :
LYME ZONING COMMISSION,          :
ERIC FRIES, GEORGE JAMES,        :
JANE MARSH, THOMAS RISOM,        :
WALTER SEIFERT, SHARON COLVIN AND :
MARILYN OZOLS,                   :
    Defendants   :
------------------X

VOLUME II

Deposition of ERIC FRIES taken at the offices
of Halloran & Sage, 300 Plaza Middlesex,
Middletown, Connecticut, before Audra Quinn,
RPR, Licensed Shorthand Reporter #106, and
Notary Public, in and for the State of
Connecticut on September 24, 2003, at
9:15 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE    100 PEARL ST., 14th FL.
MADISON, CT 06443    HARTFORD, CT 06103-450603

**Page 1**

33

1  particular individual whether it really was a

2  year-round property or not.

3    Q   And your commission had the perspective that

4  use of such a property was illegal well prior to your

5  adoption of the standards in 1995?

6    A   Oh, yes, that's right. That policy did not

7  change at all. I mean, we continued to enforce things,

8  to my recollection, just as aggressively, in fact

9  probably less aggressively, than it had been in the

10 past because of the fact that Marilyn didn't live in

11 town. She wasn't a resident of the town, did not work

12 on the weekends, did not work at night and didn't

13 really do things like the garbage survey review and

14 look for tire tracks in the snow and things of that

15 nature to find properties. Prior to her I think that

16 was more aggressively pursued than it was under our

17 term.

18        Can we take a break? Is that possible?

19   Q   Certainly.

20        (THEREUPON, A RECESS WAS TAKEN

21         FROM 10:06 TO 10:13.)

22 BY MR. SLATER:

23   Q   This policy or practice of investigating off

24 season use and I assume implementing enforcement

34

1  joined the commission in '86?

2  A  The response I would say is based on how I

3  characterized the relationship between zoning

4  enforcement and the Zoning Commission. When I came on

5  board, there was very little direction and priority

6  that was set from the commission to zoning enforcement.

7  So any efforts that were going on by Attorney Patch

8  with regard to zoning enforcement were not, to my

9  knowledge, in direct assignment from the commission.

10  It may have been on a past commission that just

11  continued on, but there wasn't that enaction. In other

12  words, the commission didn't necessarily, in my

13  recollection, didn't at all set the priorities for

14  zoning enforcement prior to Ozols coming.

15  Q  Understood. But this is not a question

16  about the Zoning Commission setting the policy as much

17  as you indicated that perhaps even during Ozols' time

18  the off season inspections, looking for snowplowing,

19  garbage in winter months may have actually been less

20  aggressive during Ozols' tenure than the prior. Is

21  that correct?

22  A  The way I would characterize it is that those

23  inspections were nonexistent to the best of my

24  recollection because that is not what Marilyn

35

1     The other thing to consider is the fact that

2 actually when Marilyn came on board compared to what we

3 had before, we actually had less manpower for zoning

4 enforcement when Marilyn came on board because we had

5 two people available at the time that had,

6 quote/unquote, shared responsibilities but in my

7 perspective devoted more than one full-time individual

8 to the task, and it was less under Marilyn.

9  Q  But focusing on the time prior to Marilyn,

10 these efforts were underway during the period of time

11 where you joined the commission in the late eighties.

12 Is that fair to say?

13     MR. RADSHAW: Object to the form of the

14    question.

15     You can answer.

16  A  Those activities were underway. However, I

17 really found out about them after the fact because of

18 the fact that when Marilyn came on board and we started

19 looking at this issue and started looking at the

20 regulation, some of the investigation, you know, not

21 investigation, but searching around I did on what we

22 had been doing is what disclosed what I talked to you

23 about, as far as looking for garbage, looking for tire

24 tracks in the snow and like that. But that was

36

1  the time it was going on.

2  Q  When you first became a member of the
3  commission in the late eighties, did you learn at that
4  time that the zoning enforcement officer was taking
5  the position that off season use of a property that had
6  a stamp seasonal was not legal from a zoning
7  standpoint?

8  A  I don't think that was an issue I was even
9  aware of when I joined the commission. It was only
10 through really assimilating information over time that
11 I became aware of that. You know, even at that time
12 before Marilyn Ozols came on board, we would talk about
13 the issue of seasonal versus year round, but that
14 wasn't anything that really -- it just was happening
15 behind the scenes, and we would talk about it
16 occasionally, but it was really talking about it behind
17 the scenes at that time.

18 Q  But that behind the scenes discussion was
19 about the fact that there was some kind of zoning
20 enforcement process to try to prevent people from
21 unlawfully using seasonal cottages?

22 A  I don't recall that. I don't recall it that
23 way.

24 Q  How do you recall it?

37

1  discussion of seasonal versus year round, and my
2  recollection is that there may have been some
3  discussion over enforcement actions that were going on,
4  but those were really happening, to my recollection,
5  pretty independent of the commission. Now, that's my
6  recollection of it. Pretty independent of the
7  commission without a direct involvement with the
8  commission on these. You know, I could review the
9  minutes of meetings, but that's my recollection of it
10 as how things took place. And I don't recall right now
11 a real thing with the zoning enforcement officer, who
12 was Joe Hart at that time, would come to us and say
13 I've got this case going against so and so. It may
14 have happened. I just don't recall it.
15    Q   When did you first learn that there was a
16 policy or practice of taking enforcement, zoning
17 enforcement actions to halt off season use of
18 properties that had been deemed seasonal?
19    A   I think the first time was really when we
20 started considering the regulation of seasonal, you
21 know, seasonal conversion regulation. And that's when
22 I had more direct interface. Joe Hart had left at that
23 point and was strictly the building official, and what
24 happened is we had a period in there where we didn't

1  commissioner, as the chairman, I got more involved in
2  the day-to-day activities of the zoning enforcement
3  area. Before it had really been a total turnkey and it
4  had been for the chairman before me, and that's when I
5  really became aware of efforts on the seasonal,
6  basically houses that were deemed seasonal, however
7  that happened, okay, of enforcing action of preventing
8  year-round use. When I really got down and had to see
9  on a day-to-day basis what was going on in zoning
10 enforcement, that's when I became aware of it. That
11 was probably like the '93/'94 time frame, I'm
12 guessing.
13     Q   And prior to that -- so your earlier
14 testimony about learning about some of the aggressive
15 efforts to inspect and enforce regarding the seasonal
16 issue came from your review of records during this
17 period of time as opposed to direct conversations with
18 Mr. Hart or others to the commission?
19     A   They came not from review of records. They
20 came from a discussion -- my recollection is they came
21 from a discussion with the assistant zoning enforcement
22 officer of what her activities in the area had been,
23 because, frankly, had been from at least my perspective
24 on the commission a black box function. It had just

Eric Fries testimony - 09-24-03                    Page 38

39

1  day. We may have got some input on what was going on,

2  and I do have some recollection of Joe talking about

3  some cases, but not to the extent we got into after

4  Marilyn Ozols came on board.

5    Q  But you were at least generally aware prior

6  to Marilyn Ozols that there was some policy or practice

7  in the town of Old Lyme to take enforcement actions

8  regarding off season use of properties that had been

9  somehow deemed seasonal?

10   A  Yes.

11   Q  And what was the impetus to more formalize

12  the regulations with respect to the seasonal

13  regulations?

14       MR. RADSHAW: Object to the form of the

15       question.

16   A  The main impetus, as I recall, was the fact

17  that there was the prospect of year-round water in the

18  area and that gave us an idea that probably it would be

19  time to understand, number one, how that seasonal

20  versus year-round determination had been made, and

21  failing that, to enable a process to take place. And

22  like I said before, when we sought to look at what

23  could be used as a process, we sought what local towns

24  were doing. And that's when we found what Old Saybrook