

PART ONE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -X
SOUTH LYME PROPERTY OWNERS          :
ASSOCIATION, INC., CHARLES AND      :
VICTORIA PARSONS AND JOAN BYER,     :
              Plaintiffs            :
                                    :
VS                                  :
                                    : 3:00CV97(EBB)
                                    :
TOWN OF OLD LYME, TOWN OF OLD       :
LYME ZONING COMMISSION,             :
ERIC FRIES, GEORGE JAMES,           :
JANE MARSH, THOMAS RISOM,           :
WALTER SEIFERT, SHARON COLVIN AND   :
MARILYN OZOLS,                      :
              Defendants            :
- - - - - - - - - - - - - - - - -X


VOLUME II


Deposition of THOMAS C. RISOM taken at the
offices of Halloran & Sage, 225 Asylum
Street, Hartford, Connecticut, before
Audra Quinn, RPR, Licensed Shorthand Reporter
#106, and Notary Public, in and for the State
of Connecticut on August 15, 2003, at
9:20 a.m.


COPY


DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE                 100 PEARL ST., 14th FL.
MADISON, CT 06443               HARTFORD, CT 06103-4506
  203 245-9583                      800 839-6867

1    includes excerpts of the zoning regulations from three

2    different points in time.  I'd ask you to briefly take

3    a review of that.

4         A    (Witness reviewed.)

5                   MR. RADSHAW:  Do you want to take a

6              short break while he looks at that?

7                   MR. SLATER:  Sure.

8              (THEREUPON, A RECESS WAS TAKEN

9                   FROM 10:45 TO 10:56.)

10   BY MR. SLATER:

11        Q    So you would characterize your understanding

12   that the adoption of the amendments in 1995 were to

13   provide a mechanism to enforce the seasonal

14   designations that had already been placed on properties

15   by Mr. Kneen or perhaps others?

16        A    If you asked if that's my understanding, yes,

17   that is my understanding.  That's why we did it.

18        Q    Was environmental protection the basis for

19   adoption of that regulation in 1995?

20        A    No.  I think I explained why I believe the

21   things were adopted.

22        Q    Do you know of any benefits to the community

23   that would be served by restricting use of residential

24   properties to prohibit use during winter months?

25        A    You asked me if I know of any, and I'll have

42

1    to answer that with a no.  No, I don't know of any.  I

2    have my own beliefs as an elected Zoning Commission

3    member, but I don't know of any.

4        Q    Were any of those beliefs a basis for your

5    voting to adopt the amendments that were enacted in

6    1995?

7        A    Yes.

8        Q    And what were those considerations?

9        A    I think they had to do with the

10   infrastructure of those areas in which there is

11   seasonal dwelling being unable to support year-round

12   use.  An infrastructure meaning fire protection,

13   potable water, the ability for or the means by which

14   the water is drawn off those areas and into the Sound

15   in any kind of pretreatment.  A lot of reasons why the

16   highly dense or the areas of higher density are best

17   suited by seasonal use.

18       Q    Is it fair to say that those areas we're

19   talking about are the beach communities of Old Lyme and

20   Rogers Lake?

21       A    I think that's a fair coining.

22       Q    Is it fair to say that those areas are --

23   please strike that.

24            Is it fair to say that the occupation of the

25   properties in those areas is very high during summer

1    months?

2         A    Yes.

3         Q    Can you explain how the infrastructure and

4    fire protection that serves those areas in summer

5    months would not be able to serve those in winter

6    months?

7         A    Specifically fire protection?

8         Q    Any of the considerations that form the basis

9    in your mind for adopting the 1995 amendments.

10        A    That's pretty wide open, but I'll give you

11   some examples of the way I approach it.

12            Most of these beach communities have

13   privately owned streets.  Let's call this section fire

14   protection.  I have been a senior officer, deputy

15   chief, assistant chief, not the chief of the Old Lyme

16   Fire Department for 17 years.  These streets are not

17   well maintained in the winter.  There is no Department

18   of Transportation or Department of Public Works

19   maintenance on most of these streets and to avail them

20   in the winter would not be feasible.  We would --

21   obviously, in a time of catastrophe we would make do,

22   but we would have to change the infrastructure if it

23   was more year-round use.

24            For the case of potable water, it is my

25   understanding and my belief that the potable water

44

1    plumbing is above the frost line and, therefore, could

2    not survive a winter.  They would not be serviceable

3    during the year-round months.  That is changing in some

4    of the communities, but not all of them.

5        So far as storm run-off and all that, the

6    ground is able to absorb, not absorb -- right now there

7    is minimum storm draining except from 156 which is the

8    highway that borders these shoreline communities.  And

9    I think this is also true in Rogers Lake, although I'm

10   less aware of the storm water system up there, that the

11   cars and the traffic and that stuff dripping out of

12   cars in parking lots and all that kind of stuff will

13   aggravate the groundwater to some degree with seasonal

14   use and to a much higher degree in year-round use.

15       And if we were going to need -- if we were

16   going to have more year-round use, we would have to

17   mitigate that somehow.  We have different kind of storm

18   drains when there's petroleum type pollution.  It skims

19   off -- it takes the water from under the scum so you

20   don't get the oils out in the Sound and some other

21   mechanisms like that.  Right now they don't have that.

22       So far as school buses and all that kind of

23   stuff, there's factors that work now because it's

24   seasonal that would have to be addressed if it was not

25   seasonal.

1           So these are all things that brought me to

2   the conclusion that enforcing the seasonal use, the

3   determined seasonal use was a good thing for the town.

4       Q    On that storm water issue, can you explain

5   how storm water would be handled differently in winter

6   months than it's handled in summer months?

7       A    Well, it's more of a degree of the problem.

8   Four months or five months of use of dropping fuels and

9   oils on the ground and then running them off into the

10  Sound is better than 12 months.  If it was going to be

11  12 months, we would replace -- this is within the

12  experience I have with the storm water.  We would

13  replace the storm drains with a kind that did not run

14  the surface of the water in the storm drain out to the

15  Sound.  It would hold that.  So that you didn't have as

16  much potential for taking what's in somebody's driveway

17  and running it into Long Island Sound.  You would have

18  to change the infrastructure to support year-round use.

19  There are steps to do that, but they're not in place at

20  this time.

21      Q    It's true that properties throughout these

22  beach communities are, in fact, used year round?

23      A    Within our own communities.  Is that what you

24  meant?

25      Q    Within Old Lyme.

46

1          A     Yes, some are.

2          Q     And are you aware of -- why would you need to

3     make these infrastructure improvements given the fact

4     that these properties are, in fact, being used year

5     round in those communities notwithstanding your

6     amendments in 1995?

7          A     Because the cost risk.  In a cost risk

8     analysis you can tolerate the little bit that's going

9     on whereas you would probably choose not to tolerate

10    more.

11         Q     Were any of the issues that you've just

12    described presented as considerations or grounds for

13    adopting the 1995 regulations in the public hearing

14    when those regulations were considered?

15         A     No.

16         Q     I'll show you a document that's been

17    identified as SC-1 and ask you if you've ever seen that

18    document?

19         A     I can't say I haven't.  I haven't recently,

20    but I may have.  I don't recall the document.

21               Actually, I do.

22         Q     You do recall reviewing --

23         A     I remember reading a summary such as this.

24    There's no date on it, though, so I can't tell when it

25    was generated.  It seems to be a compilation of the

1   the hundreds of properties that fall under that

2   category have septic systems that, in fact, comply with

3   the Public Health Code in the town of Old Lyme?

4                   MR. RADSHAW:  Object to the form of the

5           question.

6       A    I can't answer that, again, until you tell me

7   the use.

8   BY MR. SLATER:

9       Q    Single-family home.

10      A    And seasonal or year round?

11      Q    Why would that be a factor in determining the

12  Public Health Code compliance of an on-site septic

13  system under the Public Health Code?

14      A    I believe that intuitively the intensity of

15  use must be considered in the ability of the system to

16  handle that use.  So if the intensity is minimized, it

17  is more likely the system will be suitable than if it's

18  maximized.

19      Q    If a system is functioning properly for the

20  use from the months of April through November, would

21  you expect it would continue to function properly for

22  the remaining months of the year?

23      A    If the use in April through November, in

24  other words, during the usable season was in accordance

25  with the design of the system, yes, I would.  But it is

67

1   our experience that many of these houses, and by the
2   term many, I mean hundreds of these homes exasperate
3   the use by several times.  In other words, if they have
4   a one bedroom house, they're sleeping 6, 8, 12, 15
5   people in that house.  And the use and the design of
6   the septic was not permitted for that kind of -- I'm
7   sorry, the design of the septic was not permitted for
8   that kind of use.  Because of the intensity of the use
9   during the season, that is only mitigated by letting it
10  rest during other times.  One form of mitigation is to
11  let it rest in other times and that averages out the
12  use.  It is the reason we are so stringent in Old Lyme
13  with zoning and house modifications and other things is
14  because characteristically there are offenders that
15  skew the data and show that even though something is
16  permitted for a certain type of use, it's getting a
17  much more intense use than it was intended.
18      Q    And how did you learn that a method of
19  mitigation in this situation would be through rest of
20  the system?
21      A    The biological process takes time, and my
22  engineer, my consulting engineers have told us that if
23  it takes X time to process Y discharge, that if you
24  make it 3Y you need to go to 3X.
25          Does that make sense?

1    Q    No.

2    A    That if you have --

3         MR. RADSHAW:  Let me stop you for a

4    second.  If you answered his question, it

5    didn't make sense, he can ask you another

6    question.

7    BY MR. SLATER:

8    Q    I believe that what you're referring to

9    involves the treatment time in which the septage

10   flowing into soils on the property are treated through

11   natural processes.  Is that correct?

12   A    That is correct.

13   Q    And that there's a certain amount of time and

14   distance necessary in order to adequately treat septage

15   from an on-site septic system.  Is that correct?

16   A    No, it's not.  If you said time and area, I

17   would agree.  Distance doesn't --

18   Q    Does the Public Health Code determine whether

19   or not adequate area exists by way of measuring

20   separation distances?

21        MR. RADSHAW:  Object to the form of the

22   question.

23        You can answer it if you understand it.

24   A    The Public Health Code addresses distance

25   between a potable water source and the discharge area.