Case 3:00-cv-00097-EBB    Document 125-24    Filed 05/02/2007    Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER, : <br><br> Plaintiffs <br><br> VS. <br><br> TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, <br><br> Defendants | CIVIL ACTION <br> NO. 3:00CV97 (EBB) <br><br><br><br><br><br><br><br><br><br><br><br> APRIL 30, 2007 |

### AFFIDAVIT OF GARY GNAZZO

I, Gary Gnazzo, being duly sworn, depose and say:

1. I am more than eighteen (18) years of age and believe in the obligations of an oath.

2. I have owned property in the R-10 zoning district of the Town of Old Lyme since 1976.

3. I am familiar with the facts and circumstances of the above-captioned plaintiffs' Complaint dated December 29, 1999 and the Amended Complaint dated May 29, 2001.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.  I make this affidavit in support of the Opposition to Certain Defendants' February 9, 2007 and February 20, 2007 Motions for Summary Judgment.

5.  In or about 1995, the Town of Old Lyme Zoning Commission ("Commission") and certain Town of Old Lyme ("Town") officials sought to prohibit the use of hundreds of residential properties in the R-10 zoning district of the Town during several months of the year.

6.  In or about 1995, the Commission enacted regulations prohibiting the use of certain residential properties in the R-10 zone during the winter months (the "Challenged Regulations").

7.  My family has owned property in Old Lyme for 30 years.

8.  During 1981 my family and I resided at the property at 90 Swan Avenue on a year round basis. My two children began attending school at the Old Lyme School system at that time.

9.  Approximately two years later, the Zoning Enforcement Officer, Joseph Hart, issued a cease and desist order asserting that it was illegal for me to use the property during winter months.

10. He informed me that it was strictly based on a zoning policy against winter use of undersized building lots in the beach communities. He did not suggest that the Town's effort to restrict winter use related to environmental protection.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

11. The first Town agency formed for the purposes of management of septic systems was first formed in 1996 which later became the Water Pollution Control Agency.

12. My wife and I plan on residing at our Old Lyme property on a year-round basis when we retire.

13. The Town of Old Lyme brought similar zoning enforcement actions during the 1980's.

14. After the Challenged Regulations were adopted, the Zoning Enforcement Officer, Marilyn Ozols, wrote that the reason for the restriction against year round use was to protect the "character" of the community.

15. As a long-time year-round resident of the beach community in Old Lyme, I am very familiar with the beach community and personally know hundred of summer residents.

16. The majority of owners of property in the beach communities, which are all zoned R-10, reside in towns other than Old Lyme.

17. The majority of properties in the beach communities are owned by middle class working families or their descendants, most of whom were from central Connecticut and western Massachusetts.

18. The membership of the Association is generally representative of the owners of the beach community, most of whom are not year-round residents of Old Lyme.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

19. For decades, representatives of the Town of Old Lyme have refused to issue building permits to enable members to install heat, insulation or year-round water supply to their homes.

The above statements are true to the best of my knowledge and belief.

_____
Gary Gnazzo

STATE OF CONNECTICUT )
                     ) ss: Hartford, Connecticut
COUNTY OF HARTFORD   )

Subscribed and sworn to before me on this 30th day of April, 2007.

_____
Kenneth R. Slater, Jr.
Commissioner of the Superior Court

984977.1

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105