UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS | : | NO.: 3:00CV97 (EBB) |
| ASSOCIATION, INC., CHARLES AND | : | |
| VICTORIA PARSONS AND JOAN BYER | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF OLD LYME, TOWN OF OLD | : | |
| LYME ZONING COMMISSION, ERIC | : | |
| FRIES, GEORGE JAMES, JANE | : | |
| MARSH, THOMAS RISOM, WALTER | : | |
| SEIFERT, SHARON COLVIN AND | : | |
| MARILYN OZOLS | : | MAY 14, 2007 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. Pro. 6(b), the defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN and MARILYN OZOLS, hereby moves the Court for an enlargement of time of twenty-one (21) days, up to and including June 1, 2007, in which to file a reply brief to plaintiff's opposition to defendants' motion for summary judgment.

The undersigned counsel has contacted counsel for the plaintiffs, Attorney Kenneth Slater, and Attorney Slater has no objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to the plaintiff's objection.

WHEREFORE, the undersigned defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES,

JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN and MARILYN OZOLS,, hereby requests that their Motion for Enlargement of Time, up to and including June 1, 2007, be granted.

        DEFENDANTS,
        TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS

        By/s/John J. Radshaw
          John J. Radshaw, III, ct19882
          Howd & Ludorf, LLC
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (fax)
          e-mail:  jradshaw@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of May, 2007.

Kenneth R. Slater, Jr., Esquire  
Laurie R. Steinberg, Esquire  
Thomas C. Blatchley, Esquire  
Halloran & Sage LLP  
One Goodwin Square  
225 Asylum Street  
Hartford, CT  06103-4303  

Eric Knapp, Esquire  
Branse, Willis & Knapp, LLC  
148 Eastern Blvd, Ste 301  
Glastonbury, CT 06033  

                                             /s/John J. Radshaw  
                                             John J. Radshaw, III