AO 137 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Connecticut__

South Lyme
v.
Old Lyme

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:00cv97

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| EBB | Slater | Gerardi |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 4/12/00 | Poehls | SSC |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | Russo |  | 4/12 | Photo |
|  | B | " |  | " | Photo |
|  | C | " |  | " | Photo |
|  | D | " |  | " | Photo |
|  | E | " |  | " | Bldg permit – Unit A |
|  | F | " |  | " | Bldg permit – Unit C |
|  | G | " |  | " | Bldg permit – Unit B |
|  | H | Marsh |  | " | Letter 3/19/90 Racquel Deitrick |
|  | I | " |  | " | Town Plan of development 1990 |
|  | J | " |  | " | Letter 8/29/94 Favour/Fries |
|  | K | " |  | " | 1995 Plan of development |
|  | L | Ozols |  | 4/13 | Letter 5/19/99 from Ozols |
|  | M | " |  | " | Letter 8/5/99 Ozols Re final determ |
|  | N | " |  | " | Application for Conversion |
|  | O | " |  | " | Notice of determination |
|  | P | " |  | " | Letter 9/20/99 use/Hyne |
|  | Q | " |  | " | Verification of Year Round use |
|  | R | " |  | " | Year Round use determination |
|  | S | " |  | " | Town Zoning records |
|  | T | " |  | " | Letter 1/11/99 |
|  | U | " |  | " | Col Breen documents |
|  | V | " |  | " | Zoning file – Hartung Place |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

AO 187A (4/82)

vs.

DOCKET NO.

| PLF. NO. | DEF. NO. | WITNESS | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | W | Ozols | | 4/13 | Zoning File – 11 Brookside |
| | X | Greci | | 4/14 | 5/84 Report |
| | Y | " | | " | memo 4/19/98 |
| | Z | " | | " | Letter 4/11/00 |

Page _____ of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

South Lyme
v.
Old Lyme

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:00 0097

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| EBB | Slater | Gerard |
| TRIAL DATE(S) 4/12/00 | COURT REPORTER Poehls | COURTROOM DEPUTY SSC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/12 | | | Joseph Russo, Old Lyme, CT |
| ✓ | | " | | | Jane Marsh, Old Lyme, CT |
| ✓ | | " | | | Walter Kent Jr. Quaker Hill, CT |
| ✓ | | " | | | Ronald Rose, East Haddam, CT |
| ✓ | | 4/13 | | | Marilyn Ozols, Old Lyme, CT |
| ✓ | | 4/13 | | | Marilyn Swaney, Lyme, CT |
| ✓ | | | | | Lawrence Lapila, Berlin, CT |
| | ✓ | 4/14 | | | Dennis Greci, Lebanon, CT |
| | ✓ | " | | | Brian Curtis, Durham, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.