UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 3:00CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : | FEBRUARY 11, 2008 |

## **APPEARANCE**

Please enter the appearance of Kristan M. Maccini, as attorney for the defendants, Town of Old Lyme, Town of Old Lyme Zoning Commission, Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert, Sharon Colvin and Marilyn Ozols, in the above matter, in addition to the appearance already on file by this firm.

                    DEFENDANTS,
                    TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS

                    By_____/s/ Kristan M. Maccini_____
                      Kristan M. Maccini, ct25121
                      John J. Radshaw, III, ct19882
                      Howd & Ludorf, LLC
                      65 Wethersfield Avenue
                      Hartford, CT  06114
                      (860) 249-1361
                      (860) 249-7665 (fax)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 11th day of February, 2008.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Thomas C. Blatchley, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse, Willis & Knapp, LLC
148 Eastern Blvd, Ste 301
Glastonbury, CT 06033

                                                                      /s/ Kristan M. Maccini
                                                                     Kristan M. Maccini
                                                                       John J. Radshaw, III