UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 3:00CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : | FEBRUARY 11, 2008 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Jeffrey E. Potter moves the Court for permission to withdraw his appearance filed on behalf of the defendants, Town of Old Lyme, Town of Old Lyme Zoning Commission, Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert, Sharon Colvin, and Marilyn Ozols, in the above-captioned matter.

Attorney Kristan M. Maccini will be entering an appearance on behalf of the defendants, Town of Old Lyme, Town of Old Lyme Zoning Commission, Eric Fries, George James, Jane Marsh, Thomas Risom, Walter Seifert, Sharon Colvin, and Marilyn Ozols.

        DEFENDANTS,
        TOWN OF OLD LYME, TOWN OF OLD
        LYME ZONING COMMISSION, ERIC
        FRIES, GEORGE JAMES, JANE MARSH,
        THOMAS RISOM, WALTER SEIFERT,
        SHARON COLVIN AND MARILYN OZOLS


        By____/s/ Jeffrey E. Potter_____
         Jeffrey E. Potter,
         Howd & Ludorf, LLC
         65 Wethersfield Avenue
         Hartford, CT  06114
         (860) 249-1361
         (860) 249-7665 (fax)

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 11th day of February, 2008.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Thomas C. Blatchley, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse, Willis & Knapp, LLC
148 Eastern Blvd, Ste 301
Glastonbury, CT 06033

                                                               /s/ Jeffrey E. Potter
                                                 Jeffrey E. Potter