UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 3:00CV97 (EBB) |
| v. | : : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : : | FEBRUARY 15, 2008 |

**MOTION FOR EXTENSION OF TIME**

     The defendants, TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS, hereby move the Court for an extension of time up to and including February 26, 2008, in which to file motions for reconsideration with regard to the Court's decisions on the defendants' motions for summary judgment, issued on February 4, 2008.

     The requested one week of additional time will be necessary to review the Court's decisions and applicable case law and determine whether the desirability of filing such a motion.

ORAL ARGUMENT IS NOT REQUESTED

The undersigned has contacted Attorney Kenneth R. Slater, Jr., counsel for the plaintiffs, and has been advised that the plaintiffs have no objection to the granting of this motion.

WHEREFORE, the defendants request that this Motion for Extension of Time, up to and including February 26, 2008, be granted.

        DEFENDANTS,
        TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS

        By   /s/ John J. Radshaw, III
          John J. Radshaw, III, ct19882
          Kristan M. Maccini, ct25121
         Howd & Ludorf, LLC
         65 Wethersfield Avenue
         Hartford, CT  06114
         (860) 249-1361
         (860) 249-7665 (fax)

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 15th day of February, 2008.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Thomas C. Blatchley, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303

Eric Knapp, Esquire
Branse, Willis & Knapp, LLC
148 Eastern Blvd, Ste 301
Glastonbury, CT 06033

                                                 /s/ John J. Radshaw, III
                                                John J. Radshaw, III
                                                Kristan M. Maccini