UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER | : : : : | NO.: 3:00CV97 (EBB) |
| v. | : : | |
| TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS | : : : : : : : | FEBRUARY 27, 2008 |

**STIPULATION FOR ELECTRONIC FILING**

Pursuant to the electronic filing policies and procedures promulgated by the Clerk of the United States District Court for the District of Connecticut, the undersigned parties consent to electronic filing over the internet. The undersigned parties offer this stipulation to the Court so that it may issue the necessary orders to allow electronic filing over the internet in this matter.

ORAL ARGUMENT IS NOT REQUESTED

PLAINTIFFS,
SOUTH LYME PROPERTY OWNERS ASSOCIATION, INC., CHARLES AND VICTORIA PARSONS AND JOAN BYER

By /s/ Kenneth R. Slater, Jr.
Kenneth R. Slater, Jr., ct09451
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103-4303
860 522-6103
860 548-0006 (Fax)

DEFENDANTS,
TOWN OF OLD LYME, TOWN OF OLD LYME ZONING COMMISSION, ERIC FRIES, GEORGE JAMES, JANE MARSH, THOMAS RISOM, WALTER SEIFERT, SHARON COLVIN AND MARILYN OZOLS

By /s/ Kristan M. Maccini
Kristan M. Maccini, ct25121
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of February, 2008.

Kenneth R. Slater, Jr., Esquire
Laurie R. Steinberg, Esquire
Thomas C. Blatchley, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

Eric Knapp, Esquire
Branse, Willis & Knapp, LLC
148 Eastern Blvd, Ste 301
Glastonbury, CT 06033

_____
Kristan M. Maccini